FILED
CLERK, U.S. DISTRICT COURT
9/30/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>STEFANI KASEY MARIE STEVENS,<br>  aka "Kasey J,"<br>     "7210oneandonly,"<br>     "oneandonly7210,"<br>     "onenonly7210," and<br>     "lover7210,"<br><br>        Defendant. | ED CR 19-377(A)-VAP<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 2251A(b): Obtaining Custody of Minor with Intent to Produce Child Pornography; 18 U.S.C. §§ 2251(a), (e): Production of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2251A(b)]

On or about May 22, 2019, in San Bernardino County, within the Central District of California, defendant STEFANI KASEY MARIE STEVENS, also known as "Kasey J," "7210oneandonly," "oneandonly7210," "onenonly7210," and "lover7210," obtained custody and control of

1  Victim 1, a minor, with knowledge that as a consequence of obtaining
2  custody, Victim 1 would be portrayed in a visual depiction engaging
3  in and assisting another person to engage in sexually explicit
4  conduct, as defined in Title 18, United States Code, Section
5  2256(2)(A), and with intent to promote the engaging in of sexually
6  explicit conduct by Victim 1 and the rendering of assistance by
7  Victim 1 to another person to engage in sexually explicit conduct for
8  the purpose of producing any visual depiction of such conduct, and
9  the minor traveled in and was transported in and affecting interstate
10 and foreign commerce, and the offer was communicated and transported
11 using any means and facility of interstate and foreign commerce and
12 in and affecting interstate and foreign commerce by any means,
13 including by computer.

COUNTS TWO THROUGH SEVEN

[18 U.S.C. §§ 2251(a), (e)]

On or about the following dates, in San Bernardino County, within the Central District of California, defendant STEFANI KASEY MARIE STEVENS, also known as "Kasey J," "7210oneandonly," "oneandonly7210," "onenonly7210," and "lover7210," knowingly employed, used, persuaded, induced, enticed, and coerced the following minors, who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer:

| COUNT | DATE | MINOR VICTIM |
|-------|------|--------------|
| TWO | October 31, 2018 | Victim 2 |
| THREE | November 4, 2018 | Victim 2 |
| FOUR | November 12, 2018 | Victim 2 |
| FIVE | November 13, 2018 | Victim 2 |
| SIX | May 22, 2019 | Victim 1 |
| SEVEN | June 22, 2019 | Victim 1 |

COUNT EIGHT

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about June 28, 2019, in San Bernardino County, within the Central District of California, defendant STEFANI KASEY MARIE STEVENS, also known as "Kasey J," "7210oneandonly," "oneandonly7210," "onenonly7210," and "lover7210," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant STEVENS distributed included the following images titled:

(1) 2019-06-22 18.20.26.jpg; and

(2) 2019-06-22 18.20.31.jpg.

COUNT NINE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 8, 2019, in San Bernardino County, within the Central District of California, defendant STEFANI KASEY MARIE STEVENS, also known as "Kasey J," "7210oneandonly," "oneandonly7210," "onenonly7210," and "lover7210," knowingly possessed a Mega.nz account linked to her email "oneandonly7210@gmail.com" ("Mega account"), which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were child pornography.

The child pornography that defendant STEVENS possessed on the Mega account included, but was not limited to, videos titled:

(1) VID_20180704_1 04019_137.mp4;

(2) 01.mp4; and

(3) cp fuck me.mp4.

FORFEITURE ALLEGATION

[18 U.S.C. § 2253 and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Nine of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following property:

    (a) All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received and involved in any such offense;

    (b) All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

    (c) All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

    (d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2253(b) and Title 28, United States

6

Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                        _____/S/_____
                                        Foreperson


E. MARTIN ESTRADA
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

ROBERT S. TRISOTTO
Assistant United States Attorney
Riverside Branch Office

SONAH LEE
Assistant United States Attorney
Riverside Branch Office