CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: howard_shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
STEFANI KASEY MARIE STEVENS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEFANI KASEY MARIE STEVENS,<br><br>    Defendant. | Case No. ED CR 19-377-VAP<br><br>**EXHIBITS F AND G IN SUPPORT OF MOTION TO SUPPRESS** |

    Stefani Stevens, through her counsel, files the attached records received in response to the subpoenas issued by the Court. Dkt. 66. The records appear to have been delivered directly to defense counsel as opposed to delivered to the Court, which is why counsel is filing them here.

    The records returned by Kik are attached as Exhibit F. The Kik records include subscriber data and IP addresses for the Kik accounts, but do not include any records regarding whether a Kik employee reviewed the child pornography images that are the subject of the motion to suppress. Given Kik's response to the subpoena, it does not appear that any records exist regarding whether a Kik employee reviewed the images.

//

//

The response received from Google was an email from counsel, which is attached as Exhibit G. The email explains that Google conducted a diligent search and does not have any records responsive to the subpoena.

The defense files these subpoena responses in support of the pending motion to suppress evidence.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 5, 2022        By  /s/ *Howard Shneider*
                                                  Howard Shneider
                                                  Ijeoma U. Eke
                                                  Deputy Federal Public Defenders
                                                  Attorney for Stefani Kasey Marie Stevens