# Government's Trial Exhibit 2



Exhibit 2
Page 1 of 10



Exhibit 2
Page 2 of 10



Exhibit 2
Page 3 of 10



Exhibit 2
Page 4 of 10

**Stefani >**

> appreciate you doing this for us  6:02 PM

Your welcome! It's no problem 😊  6:04 PM

Wed, May 22, 8:49 AM

> A[___] is taking a nap when she wakes up I'll pack up and head over :)  8:49 AM

Alrighty sounds good 😊  8:57 AM

So is L[___] not going to Texas anymore ?  9:30 AM

> Idk why?  9:31 AM

I know you're not gonna like this much but can you please check if there's any rentals available in your place the house is going up this weekend

> Yeah o knew there was one not to long ago but it was a 1,000 and a two

Exhibit 2
Page 5 of 10

9:41 AM

Stefani

> Idk why?  9:31 AM

I know you're not gonna like this much but can you please check if there's any rentals available in your place the house is going up this weekend

> Yeah o knew there was one not to long ago but it was a 1,000 and a two bedroom what your price range

900

One bedroom if it becomes urgent  9:31 AM

I'm never home so I won't be bothering you
Can you please check

> Yeah I'll go by the office today .
> Read 9:30 AM

I'd really appreciate it I don't want to be homeless again

> Did you change your mind on Texas ?

Because she just text me this  9:31 AM

> As far as I know she's moving to Texas in August she probably just need somewhere  9:33 AM

Exhibit 2
Page 6 of 10



Exhibit 2
Page 7 of 10



> When you get off comebyo the house G▮ is getting D▮ for me since it's pouring  — 1:32 PM

> *to  — 1:32 PM

> Ok heading there now  — 2:01 PM

> Ok 😊  — 2:01 PM

> Did you guys eat?  — 2:02 PM

> I'm starving lol  — 2:02 PM

> I fed the kids a little bit ago they had chicken nuggets..  — 2:03 PM

> Ok do you mind if I stop at del taco?  — 2:03 PM

> Go ahead A▮ is sleeping

Exhibit 2
Page 8 of 10



Exhibit 2
Page 9 of 10

