# Government's Trial Exhibit 76, AMS Subscriber_Devices tab

| person_id | email_addr_txt | first_name | last_name | street_1_name | city_name | area_cd | phone_nr |
|---|---|---|---|---|---|---|---|
| 1271601104 | stevens.stefani515@gmail.com | Garrett | Grimes | 34184 county line rd spc 90 | Yucaipa | 909 | 6337319 |
| 1271601104 | stevens.stefani515@gmail.com | Garrett | Grimes | 34184 county line rd spc 90 | Yucaipa | 909 | 6337319 |
| 1271601104 | stevens.stefani515@gmail.com | Garrett | Grimes | 34184 county line rd spc 90 | Yucaipa | 909 | 6337319 |
| 8607672805 | kingnqueen187@gmail.com | Garrett | grimes | 34184 county line | yucaipa | 951 | 5811386 |