# Government's Trial Exhibit 76, Registrations_Device tab

|  | A | C | D | E | F | G | I | J | K | L | M | N | R | V | W | Y | AA | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Apple Confidential | | | | | | | | | | | | | | | | | | | |
| 2 | Device Registration | | | | | | | | | | | | | | | | | | | |
| 3 | Serial Number: See Device Key | | | | | | | | | | | | | | | | | | | |
| 4 | Period: From Inception to 2022-06-27 | | | | | | | | | | | | | | | | | | | |
| 5 | Timezone: GMT | | | | | | | | | | | | | | | | | | | |
| 6 | Registration Source key (column E): | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | |
| 8 | Macbuddy: information provided when a customer registers a Mac (prior to Yosemite 10.10) | | | | | | | | | | | | | | | | | | | |
| 9 | icloud: information received when a customer associates a device to an iCloud Apple ID by signing in to iCloud (iOS 8 or later, Yosemite 10.10 or later) | | | | | | | | | | | | | | | | | | | |
| 10 | ios: information provided when a customer registers an iOS device over the air (prior to iOS 8) | | | | | | | | | | | | | | | | | | | |
| 11 | jinglep: information provided when a customer registers a device connected to a PC/Mac (prior to iTunes 11.4 and iOS 8) | | | | | | | | | | | | | | | | | | | |
| 12 | tethered: information received when a customer associates a non-iOS device to an iTunes account (iTunes 11.4 or later) | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |
| 14 | serial number | date activation_unbrick | date reg received | registration source | product description | part number | ds id | purchase location | first name | last name | email address | name prefix | mail address1 | mail city | mail state/province | mail postal | phone country code | business phone country code | business phone area code | business phone number |
| 20 | C39W4BKJJCLF | 2018-04-02 21:39:19 | 2018-04-02 21:42:27 | iCloud | IPHONE X SPACE GRAY 64GB SPR-USA | MQCR2LL/A | 8607672805 | RESELLER | Garrett | grimes | kingnqueen187@gmail.com | Mr. | 34184 County Line Rd | Yucaipa | CA | 92399-2676 | USA | 1 | 951 | 5811386 |