# Government's Trial Exhibit 78, iTunes Updates tab

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 1 | **Apple Confidential** | | | | |
| 2 | **iTunes Data** | | | | |
| 3 | **iTunes update and redownload details related to DSID** | | | | |
| 4 | **DSID: 1271601104** | | | | |
| 5 | **Period: From 2018-10-01 to 2020-01-17** | | | | |
| 6 | **Timezone: PST/PDT** | | | | |
| 7 | | | | | |
| 8 | **device_version_nr** | **create_ts** | **first_name** | **last_name** | **content_name** |
| 9 | iPhone10,3 | 2018-10-01 04:15:01 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 10 | iPhone10,3 | 2018-10-01 04:15:02 | Garrett | Grimes | Facebook |
| 11 | iPhone10,3 | 2018-10-01 20:29:20 | Garrett | Grimes | Frontier Airlines |
| 12 | iPhone10,3 | 2018-10-01 20:29:21 | Garrett | Grimes | Chick-fil-A |
| 13 | iPhone10,3 | 2018-10-01 20:29:22 | Garrett | Grimes | ClassDojo |
| 14 | iPhone10,3 | 2018-10-01 20:29:23 | Garrett | Grimes | Remind: School Communication |
| 15 | iPhone10,3 | 2018-10-01 20:29:24 | Garrett | Grimes | Earnin - Get paid today |
| 16 | iPhone10,3 | 2018-10-01 20:29:25 | Garrett | Grimes | Google Drive |
| 17 | iPhone10,3 | 2018-10-01 20:29:25 | Garrett | Grimes | Instagram |
| 18 | iPhone10,3 | 2018-10-02 07:33:30 | Garrett | Grimes | Kik |
| 19 | iPhone10,3 | 2018-10-02 18:47:11 | Garrett | Grimes | Kik |
| 20 | iPhone10,3 | 2018-10-02 21:05:08 | Garrett | Grimes | Spotify: Music and Podcasts |
| 21 | iPhone10,3 | 2018-10-02 21:05:10 | Garrett | Grimes | Snapchat |
| 22 | iPhone10,3 | 2018-10-02 21:05:11 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 23 | iPhone10,3 | 2018-10-02 21:05:12 | Garrett | Grimes | Pinterest |
| 24 | iPhone10,3 | 2018-10-02 21:05:13 | Garrett | Grimes | AXS Tickets |
| 25 | iPhone10,3 | 2018-10-02 21:05:13 | Garrett | Grimes | Amazon - Shopping made easy |
| 26 | iPhone10,3 | 2018-10-03 06:23:18 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 27 | iPhone10,3 | 2018-10-03 19:54:16 | Garrett | Grimes | Hello Stars |
| 28 | iPhone10,3 | 2018-10-03 19:54:17 | Garrett | Grimes | Temple Run |
| 29 | iPhone10,3 | 2018-10-03 19:54:18 | Garrett | Grimes | Spectrum TV |
| 30 | iPhone10,3 | 2018-10-03 19:54:19 | Garrett | Grimes | Tasty |
| 31 | iPhone10,3 | 2018-10-03 19:54:21 | Garrett | Grimes | TIDAL Music |
| 32 | iPhone10,3 | 2018-10-03 19:54:22 | Garrett | Grimes | Weather - The Weather Channel |
| 33 | iPhone10,3 | 2018-10-03 19:54:23 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 34 | iPhone10,3 | 2018-10-03 19:54:25 | Garrett | Grimes | NFL |
| 35 | iPhone10,3 | 2018-10-04 10:58:30 | Garrett | Grimes | Kik |
| 36 | iPhone10,3 | 2018-10-04 12:33:58 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 37 | iPhone10,3 | 2018-10-04 20:11:13 | Garrett | Grimes | The Home Depot |
| 38 | iPhone10,3 | 2018-10-04 20:11:15 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 39 | iPhone10,3 | 2018-10-04 20:11:17 | Garrett | Grimes | PicCollage Grid & Photo Editor |
| 40 | iPhone10,3 | 2018-10-04 20:11:18 | Garrett | Grimes | Snapchat |
| 41 | iPhone10,3 | 2018-10-04 20:11:19 | Garrett | Grimes | MLB At Bat |
| 42 | iPhone10,3 | 2018-10-04 20:11:21 | Garrett | Grimes | Fresh EBT - Food Stamp Balance |
| 43 | iPhone10,3 | 2018-10-04 20:11:23 | Garrett | Grimes | Hulu: Stream TV shows & movies |
| 44 | iPhone10,3 | 2018-10-04 20:11:24 | Garrett | Grimes | Messenger |
| 45 | iPhone10,3 | 2018-10-04 20:11:25 | Garrett | Grimes | Microsoft OneDrive |
| 46 | iPhone10,3 | 2018-10-05 10:27:11 | Garrett | Grimes | Kik |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 47 | iPhone10,3 | 2018-10-05 10:33:42 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 48 | iPhone10,3 | 2018-10-05 23:10:37 | Garrett | Grimes | Farmer Boys |
| 49 | iPhone10,3 | 2018-10-05 23:10:38 | Garrett | Grimes | Target |
| 50 | iPhone10,3 | 2018-10-05 23:10:39 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 51 | iPhone10,3 | 2018-10-05 23:10:40 | Garrett | Grimes | AB Classic |
| 52 | iPhone10,3 | 2018-10-05 23:10:41 | Garrett | Grimes | 7-Eleven, Inc. |
| 53 | iPhone10,3 | 2018-10-06 22:32:07 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 54 | iPhone10,3 | 2018-10-06 22:32:09 | Garrett | Grimes | Facebook |
| 55 | iPhone10,3 | 2018-10-07 12:45:46 | Garrett | Grimes | Pandora: Music & Podcasts |
| 56 | iPhone10,3 | 2018-10-07 12:45:47 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 57 | iPhone10,3 | 2018-10-08 01:20:26 | Garrett | Grimes | CheapOair: Cheap Flight Deals |
| 58 | iPhone10,3 | 2018-10-08 07:48:23 | Garrett | Grimes | Kik |
| 59 | iPhone10,3 | 2018-10-08 08:04:37 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 60 | iPhone10,3 | 2018-10-09 07:24:47 | Garrett | Grimes | Kik |
| 61 | iPhone10,3 | 2018-10-09 08:40:42 | Garrett | Grimes | NHL |
| 62 | iPhone10,3 | 2018-10-09 08:40:43 | Garrett | Grimes | Spotify: Music and Podcasts |
| 63 | iPhone10,3 | 2018-10-09 08:40:44 | Garrett | Grimes | Earnin - Get paid today |
| 64 | iPhone10,3 | 2018-10-09 08:40:46 | Garrett | Grimes | Gametime - Last Minute Tickets |
| 65 | iPhone10,3 | 2018-10-09 08:40:47 | Garrett | Grimes | iHeart: Radio, Music, Podcasts |
| 66 | iPhone10,3 | 2018-10-09 08:40:48 | Garrett | Grimes | Instagram |
| 67 | iPhone10,3 | 2018-10-09 08:40:50 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 68 | iPhone10,3 | 2018-10-09 17:24:18 | Garrett | Grimes | Kik |
| 69 | iPhone10,3 | 2018-10-10 07:14:02 | Garrett | Grimes | Gmail - Email by Google |
| 70 | iPhone10,3 | 2018-10-10 07:14:08 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 71 | iPhone10,3 | 2018-10-10 07:14:09 | Garrett | Grimes | Pinterest |
| 72 | iPhone10,3 | 2018-10-10 07:14:10 | Garrett | Grimes | Yelp－Food & Services Around Me |
| 73 | iPhone10,3 | 2018-10-10 07:14:11 | Garrett | Grimes | Google Drive |
| 74 | iPhone10,3 | 2018-10-10 07:14:12 | Garrett | Grimes | NFL |
| 75 | iPhone10,3 | 2018-10-10 10:44:59 | Garrett | Grimes | Cafe Rio |
| 76 | iPhone10,3 | 2018-10-10 17:13:26 | Garrett | Grimes | Slack |
| 77 | iPhone10,3 | 2018-10-10 21:36:34 | Garrett | Grimes | Walmart - Save Time and Money |
| 78 | iPhone10,3 | 2018-10-10 21:36:35 | Garrett | Grimes | Wells Fargo Mobile |
| 79 | iPhone10,3 | 2018-10-10 21:36:35 | Garrett | Grimes | AXS Tickets |
| 80 | iPhone10,3 | 2018-10-10 21:36:36 | Garrett | Grimes | My Bath & Body Works |
| 81 | iPhone10,3 | 2018-10-10 21:36:37 | Garrett | Grimes | Messenger |
| 82 | iPhone10,3 | 2018-10-10 21:36:38 | Garrett | Grimes | Google Docs: Sync, Edit, Share |
| 83 | iPhone10,3 | 2018-10-11 12:18:49 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 84 | iPhone10,3 | 2018-10-11 12:19:39 | Garrett | Grimes | Kik |
| 85 | iPhone10,3 | 2018-10-11 20:51:44 | Garrett | Grimes | The Home Depot |
| 86 | iPhone10,3 | 2018-10-11 20:51:50 | Garrett | Grimes | Walmart - Save Time and Money |
| 87 | iPhone10,3 | 2018-10-11 20:52:10 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 88 | iPhone10,3 | 2018-10-11 20:52:11 | Garrett | Grimes | MLB At Bat |
| 89 | iPhone10,3 | 2018-10-11 20:52:12 | Garrett | Grimes | Subway Surfers |
| 90 | iPhone10,3 | 2018-10-11 20:52:13 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 91 | iPhone10,3 | 2018-10-11 20:52:14 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 92 | iPhone10,3 | 2018-10-13 10:00:37 | Garrett | Grimes | NHL |
| 93 | iPhone10,3 | 2018-10-13 10:00:38 | Garrett | Grimes | Target |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 94 | iPhone10,3 | 2018-10-13 10:00:39 | Garrett | Grimes | 7-Eleven, Inc. |
| 95 | iPhone10,3 | 2018-10-13 14:59:25 | Garrett | Grimes | Kik |
| 96 | iPhone10,3 | 2018-10-13 14:59:33 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 97 | iPhone10,3 | 2018-10-14 22:07:03 | Garrett | Grimes | Remind: School Communication |
| 98 | iPhone10,3 | 2018-10-14 22:07:04 | Garrett | Grimes | Southwest Airlines |
| 99 | iPhone10,3 | 2018-10-14 22:07:05 | Garrett | Grimes | Microsoft Word |
| 100 | iPhone10,3 | 2018-10-15 07:33:35 | Garrett | Grimes | Kik |
| 101 | iPhone10,3 | 2018-10-15 07:35:08 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 102 | iPhone10,3 | 2018-10-15 21:29:57 | Garrett | Grimes | ADP Mobile Solutions |
| 103 | iPhone10,3 | 2018-10-15 21:29:58 | Garrett | Grimes | Frontier Airlines |
| 104 | iPhone10,3 | 2018-10-15 21:29:59 | Garrett | Grimes | Adobe Lightroom Photo Editor |
| 105 | iPhone10,3 | 2018-10-15 21:30:13 | Garrett | Grimes | Priceline Travel - Book & Save |
| 106 | iPhone10,3 | 2018-10-15 21:30:14 | Garrett | Grimes | Gametime - Last Minute Tickets |
| 107 | iPhone10,3 | 2018-10-15 21:30:15 | Garrett | Grimes | Tasty |
| 108 | iPhone10,3 | 2018-10-15 21:30:16 | Garrett | Grimes | DisneyNOW – Episodes & Live TV |
| 109 | iPhone10,3 | 2018-10-15 21:30:19 | Garrett | Grimes | Instagram |
| 110 | iPhone10,3 | 2018-10-15 21:30:20 | Garrett | Grimes | Facebook |
| 111 | iPhone10,3 | 2018-10-15 21:31:04 | Garrett | Grimes | Amazon - Shopping made easy |
| 112 | iPhone10,3 | 2018-10-16 08:01:55 | Garrett | Grimes | Dave - Banking For Humans |
| 113 | iPhone10,3 | 2018-10-16 12:14:10 | Garrett | Grimes | Kik |
| 114 | iPhone10,3 | 2018-10-16 12:58:44 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 115 | iPhone10,3 | 2018-10-16 17:41:32 | Garrett | Grimes | Kik |
| 116 | iPhone10,3 | 2018-10-16 17:42:14 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 117 | iPhone10,3 | 2018-10-16 19:30:09 | Garrett | Grimes | Spotify: Music and Podcasts |
| 118 | iPhone10,3 | 2018-10-16 19:30:10 | Garrett | Grimes | Snapchat |
| 119 | iPhone10,3 | 2018-10-16 19:30:11 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 120 | iPhone10,3 | 2018-10-16 19:30:12 | Garrett | Grimes | Pinterest |
| 121 | iPhone10,3 | 2018-10-16 19:30:13 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 122 | iPhone10,3 | 2018-10-16 19:30:14 | Garrett | Grimes | ClassDojo |
| 123 | iPhone10,3 | 2018-10-16 19:30:17 | Garrett | Grimes | Chime - Mobile Banking |
| 124 | iPhone10,3 | 2018-10-17 15:29:54 | Garrett | Grimes | Firehouse Subs App |
| 125 | iPhone10,3 | 2018-10-17 15:29:55 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 126 | iPhone10,3 | 2018-10-17 15:29:56 | Garrett | Grimes | Earnin - Get paid today |
| 127 | iPhone10,3 | 2018-10-17 15:29:57 | Garrett | Grimes | Spectrum TV |
| 128 | iPhone10,3 | 2018-10-17 15:29:58 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 129 | iPhone10,3 | 2018-10-17 15:29:59 | Garrett | Grimes | Kronos Mobile™ |
| 130 | iPhone10,3 | 2018-10-17 15:30:00 | Garrett | Grimes | TIDAL Music |
| 131 | iPhone10,3 | 2018-10-17 15:30:01 | Garrett | Grimes | My Spectrum |
| 132 | iPhone10,3 | 2018-10-17 15:30:02 | Garrett | Grimes | Line Puzzle: String Art |
| 133 | iPhone10,3 | 2018-10-18 05:16:15 | Garrett | Grimes | Rabbids Crazy Rush |
| 134 | iPhone10,3 | 2018-10-18 05:16:16 | Garrett | Grimes | Messenger |
| 135 | iPhone10,3 | 2018-10-18 10:23:08 | Garrett | Grimes | Uber Eats: Order Food Delivery |
| 136 | iPhone10,3 | 2018-10-18 22:09:50 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 137 | iPhone10,3 | 2018-10-18 22:09:51 | Garrett | Grimes | Facebook |
| 138 | iPhone10,3 | 2018-10-18 22:09:52 | Garrett | Grimes | Amazon - Shopping made easy |
| 139 | iPhone10,3 | 2018-10-19 07:05:41 | Garrett | Grimes | Kik |
| 140 | iPhone10,3 | 2018-10-19 08:37:15 | Garrett | Grimes | Talkatone: WiFi Text & Calls |

| # | C | E | G | H | W |
|---|---|---|---|---|---|
| 141 | iPhone10,3 | 2018-10-19 16:56:59 | Garrett | Grimes | TikTok - Make Your Day |
| 142 | iPhone10,3 | 2018-10-19 22:08:40 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 143 | iPhone10,3 | 2018-10-19 22:08:41 | Garrett | Grimes | Priceline Travel - Book & Save |
| 144 | iPhone10,3 | 2018-10-19 22:08:42 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 145 | iPhone10,3 | 2018-10-19 22:08:43 | Garrett | Grimes | 7-Eleven, Inc. |
| 146 | iPhone10,3 | 2018-10-20 22:23:18 | Garrett | Grimes | Earnin - Get paid today |
| 147 | iPhone10,3 | 2018-10-21 10:10:57 | Garrett | Grimes | Kik |
| 148 | iPhone10,3 | 2018-10-21 19:06:08 | Garrett | Grimes | Kik |
| 149 | iPhone10,3 | 2018-10-21 19:06:31 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 150 | iPhone10,3 | 2018-10-21 22:08:28 | Garrett | Grimes | CA Lottery Official App |
| 151 | iPhone10,3 | 2018-10-21 22:08:29 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 152 | iPhone10,3 | 2018-10-22 22:08:23 | Garrett | Grimes | The Home Depot |
| 153 | iPhone10,3 | 2018-10-22 22:08:24 | Garrett | Grimes | NHL |
| 154 | iPhone10,3 | 2018-10-22 22:08:24 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 155 | iPhone10,3 | 2018-10-22 22:08:25 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 156 | iPhone10,3 | 2018-10-22 22:08:26 | Garrett | Grimes | Uber Eats: Order Food Delivery |
| 157 | iPhone10,3 | 2018-10-22 22:08:27 | Garrett | Grimes | Wells Fargo Mobile |
| 158 | iPhone10,3 | 2018-10-22 22:08:28 | Garrett | Grimes | MLB At Bat |
| 159 | iPhone10,3 | 2018-10-22 22:08:29 | Garrett | Grimes | Kik |
| 160 | iPhone10,3 | 2018-10-22 22:08:29 | Garrett | Grimes | Slack |
| 161 | iPhone10,3 | 2018-10-22 22:08:30 | Garrett | Grimes | Yelp―Food & Services Around Me |
| 162 | iPhone10,3 | 2018-10-22 22:08:31 | Garrett | Grimes | Hulu: Stream TV shows & movies |
| 163 | iPhone10,3 | 2018-10-22 22:08:32 | Garrett | Grimes | Instagram |
| 164 | iPhone10,3 | 2018-10-23 08:42:53 | Garrett | Grimes | Granddaddy's Chair |
| 165 | iPhone10,3 | 2018-10-23 12:42:14 | Garrett | Grimes | Hangouts |
| 166 | iPhone10,3 | 2018-10-23 21:23:19 | Garrett | Grimes | Walmart - Save Time and Money |
| 167 | iPhone10,3 | 2018-10-23 21:23:21 | Garrett | Grimes | Fresh EBT - Food Stamp Balance |
| 168 | iPhone10,3 | 2018-10-23 21:23:23 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 169 | iPhone10,3 | 2018-10-23 21:23:24 | Garrett | Grimes | Pinterest |
| 170 | iPhone10,3 | 2018-10-23 21:23:26 | Garrett | Grimes | Gametime - Last Minute Tickets |
| 171 | iPhone10,3 | 2018-10-23 21:23:27 | Garrett | Grimes | Showtime Anytime |
| 172 | iPhone10,3 | 2018-10-23 21:23:28 | Garrett | Grimes | AXS Tickets |
| 173 | iPhone10,3 | 2018-10-23 21:23:30 | Garrett | Grimes | SoundHound - Music Discovery |
| 174 | iPhone10,3 | 2018-10-23 21:23:31 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 175 | iPhone10,3 | 2018-10-23 21:23:32 | Garrett | Grimes | NFL |
| 176 | iPhone10,3 | 2018-10-24 21:21:24 | Garrett | Grimes | Gmail - Email by Google |
| 177 | iPhone10,3 | 2018-10-24 21:21:26 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 178 | iPhone10,3 | 2018-10-24 21:21:27 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 179 | iPhone10,3 | 2018-10-24 21:21:28 | Garrett | Grimes | Spotify: Music and Podcasts |
| 180 | iPhone10,3 | 2018-10-24 21:21:29 | Garrett | Grimes | CheapOair: Cheap Flight Deals |
| 181 | iPhone10,3 | 2018-10-24 21:21:30 | Garrett | Grimes | Priceline Travel - Book & Save |
| 182 | iPhone10,3 | 2018-10-24 21:21:32 | Garrett | Grimes | Gametime - Last Minute Tickets |
| 183 | iPhone10,3 | 2018-10-24 21:21:33 | Garrett | Grimes | Microsoft OneDrive |
| 184 | iPhone10,3 | 2018-10-24 21:21:34 | Garrett | Grimes | TikTok - Make Your Day |
| 185 | iPhone10,3 | 2018-10-24 21:21:35 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 186 | iPhone10,3 | 2018-10-24 21:21:36 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 187 | iPhone10,3 | 2018-10-24 21:21:37 | Garrett | Grimes | Messenger |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 188 | iPhone10,3 | 2018-10-24 21:21:38 | Garrett | Grimes | Google Drive |
| 189 | iPhone10,3 | 2018-10-24 21:21:39 | Garrett | Grimes | Facebook |
| 190 | iPhone10,3 | 2018-10-25 05:37:36 | Garrett | Grimes | Kik |
| 191 | iPhone10,3 | 2018-10-25 05:38:07 | Garrett | Grimes | Hangouts |
| 192 | iPhone10,3 | 2018-10-25 10:26:26 | Garrett | Grimes | Kik |
| 193 | iPhone10,3 | 2018-10-25 11:19:27 | Garrett | Grimes | Hangouts |
| 194 | iPhone10,3 | 2018-10-25 20:59:19 | Garrett | Grimes | The Home Depot |
| 195 | iPhone10,3 | 2018-10-25 20:59:20 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 196 | iPhone10,3 | 2018-10-25 20:59:21 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 197 | iPhone10,3 | 2018-10-25 20:59:22 | Garrett | Grimes | HBO GO: Stream with TV Package |
| 198 | iPhone10,3 | 2018-10-25 20:59:23 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 199 | iPhone10,3 | 2018-10-26 17:22:28 | Garrett | Grimes | Kik |
| 200 | iPhone10,3 | 2018-10-26 17:53:03 | Garrett | Grimes | ・MEGA・ |
| 201 | iPhone10,3 | 2018-10-26 23:01:38 | Garrett | Grimes | ・MEGA・ |
| 202 | iPhone10,3 | 2018-10-27 00:15:03 | Garrett | Grimes | CheapOair: Cheap Flight Deals |
| 203 | iPhone10,3 | 2018-10-27 00:15:04 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 204 | iPhone10,3 | 2018-10-27 00:15:05 | Garrett | Grimes | Southwest Airlines |
| 205 | iPhone10,3 | 2018-10-27 00:15:06 | Garrett | Grimes | ClassDojo |
| 206 | iPhone10,3 | 2018-10-27 00:15:08 | Garrett | Grimes | Line Puzzle: String Art |
| 207 | iPhone10,3 | 2018-10-27 18:36:45 | Garrett | Grimes | McDonald's |
| 208 | iPhone10,3 | 2018-10-27 19:17:27 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 209 | iPhone10,3 | 2018-10-28 09:16:03 | Garrett | Grimes | Target |
| 210 | iPhone10,3 | 2018-10-29 09:21:49 | Garrett | Grimes | Chick-fil-A |
| 211 | iPhone10,3 | 2018-10-29 09:21:51 | Garrett | Grimes | Instagram |
| 212 | iPhone10,3 | 2018-10-29 20:02:01 | Garrett | Grimes | Kik |
| 213 | iPhone10,3 | 2018-10-29 20:11:18 | Garrett | Grimes | ・MEGA・ |
| 214 | iPhone10,3 | 2018-10-30 04:50:38 | Garrett | Grimes | AB Classic |
| 215 | iPhone10,3 | 2018-10-30 04:50:39 | Garrett | Grimes | My Sprint Mobile |
| 216 | iPhone10,3 | 2018-10-30 04:50:40 | Garrett | Grimes | Google Docs: Sync, Edit, Share |
| 217 | iPhone10,3 | 2018-10-30 07:18:38 | Garrett | Grimes | Kik |
| 218 | iPhone10,3 | 2018-10-30 07:53:28 | Garrett | Grimes | ・MEGA・ |
| 219 | iPhone10,3 | 2018-10-30 16:28:28 | Garrett | Grimes | Snapchat |
| 220 | iPhone10,3 | 2018-10-30 20:21:08 | Garrett | Grimes | Walmart - Save Time and Money |
| 221 | iPhone10,3 | 2018-10-30 20:21:10 | Garrett | Grimes | Spotify: Music and Podcasts |
| 222 | iPhone10,3 | 2018-10-30 20:21:12 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 223 | iPhone10,3 | 2018-10-30 20:21:13 | Garrett | Grimes | Pinterest |
| 224 | iPhone10,3 | 2018-10-30 20:21:15 | Garrett | Grimes | Spectrum TV |
| 225 | iPhone10,3 | 2018-10-30 20:21:16 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 226 | iPhone10,3 | 2018-10-30 20:21:17 | Garrett | Grimes | ADP Mobile Solutions |
| 227 | iPhone10,3 | 2018-10-30 20:21:18 | Garrett | Grimes | NFL |
| 228 | iPhone10,3 | 2018-10-30 20:21:20 | Garrett | Grimes | Amazon - Shopping made easy |
| 229 | iPhone10,3 | 2018-10-31 08:19:53 | Garrett | Grimes | Kik |
| 230 | iPhone10,3 | 2018-10-31 08:23:22 | Garrett | Grimes | ・MEGA・ |
| 231 | iPhone10,3 | 2018-10-31 13:31:12 | Garrett | Grimes | Hangouts |
| 232 | iPhone10,3 | 2018-10-31 16:11:02 | Garrett | Grimes | Chime - Mobile Banking |
| 233 | iPhone10,3 | 2018-11-01 05:28:46 | Garrett | Grimes | Ulta Beauty: Makeup & Skincare |
| 234 | iPhone10,3 | 2018-11-01 05:28:47 | Garrett | Grimes | Microsoft OneDrive |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 235 | iPhone10,3 | 2018-11-01 05:28:48 | Garrett | Grimes | 7-Eleven, Inc. |
| 236 | iPhone10,3 | 2018-11-01 09:25:54 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 237 | iPhone10,3 | 2018-11-01 20:14:28 | Garrett | Grimes | My Spectrum |
| 238 | iPhone10,3 | 2018-11-01 20:14:29 | Garrett | Grimes | Subway Surfers |
| 239 | iPhone10,3 | 2018-11-01 20:14:30 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 240 | iPhone10,3 | 2018-11-01 20:14:31 | Garrett | Grimes | Messenger |
| 241 | iPhone10,3 | 2018-11-01 20:14:32 | Garrett | Grimes | Facebook |
| 242 | iPhone10,3 | 2018-11-02 08:51:01 | Garrett | Grimes | ・MEGA・ |
| 243 | iPhone10,3 | 2018-11-02 08:57:41 | Garrett | Grimes | Kik |
| 244 | iPhone10,3 | 2018-11-02 11:09:06 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 245 | iPhone10,3 | 2018-11-02 11:09:10 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 246 | iPhone10,3 | 2018-11-02 17:25:13 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 247 | iPhone10,3 | 2018-11-02 18:31:03 | Garrett | Grimes | ・MEGA・ |
| 248 | iPhone10,3 | 2018-11-02 20:59:43 | Garrett | Grimes | Snapchat |
| 249 | iPhone10,3 | 2018-11-03 08:41:40 | Garrett | Grimes | ・MEGA・ |
| 250 | iPhone10,3 | 2018-11-03 13:06:40 | Garrett | Grimes | ・MEGA・ |
| 251 | iPhone10,3 | 2018-11-03 15:16:44 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 252 | iPhone10,3 | 2018-11-03 18:16:43 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 253 | iPhone10,3 | 2018-11-03 18:54:41 | Garrett | Grimes | ・MEGA・ |
| 254 | iPhone10,3 | 2018-11-04 11:12:24 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 255 | iPhone10,3 | 2018-11-04 13:13:17 | Garrett | Grimes | Kik |
| 256 | iPhone10,3 | 2018-11-04 13:15:10 | Garrett | Grimes | ・MEGA・ |
| 257 | iPhone10,3 | 2018-11-04 13:40:13 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 258 | iPhone10,3 | 2018-11-04 16:31:38 | Garrett | Grimes | Kik |
| 259 | iPhone10,3 | 2018-11-04 16:31:49 | Garrett | Grimes | ・MEGA・ |
| 260 | iPhone10,3 | 2018-11-04 16:31:57 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 261 | iPhone10,3 | 2018-11-05 06:40:51 | Garrett | Grimes | CheapOair: Cheap Flight Deals |
| 262 | iPhone10,3 | 2018-11-05 06:40:52 | Garrett | Grimes | Pandora: Music & Podcasts |
| 263 | iPhone10,3 | 2018-11-05 06:40:53 | Garrett | Grimes | Remind: School Communication |
| 264 | iPhone10,3 | 2018-11-05 06:40:54 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 265 | iPhone10,3 | 2018-11-05 06:40:56 | Garrett | Grimes | 7-Eleven, Inc. |
| 266 | iPhone10,3 | 2018-11-06 05:48:31 | Garrett | Grimes | Tasty |
| 267 | iPhone10,3 | 2018-11-06 05:48:32 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 268 | iPhone10,3 | 2018-11-06 05:48:33 | Garrett | Grimes | Spotify: Music and Podcasts |
| 269 | iPhone10,3 | 2018-11-06 05:48:33 | Garrett | Grimes | MLB At Bat |
| 270 | iPhone10,3 | 2018-11-06 05:48:34 | Garrett | Grimes | Yelp－Food & Services Around Me |
| 271 | iPhone10,3 | 2018-11-06 05:48:35 | Garrett | Grimes | DisneyNOW – Episodes & Live TV |
| 272 | iPhone10,3 | 2018-11-06 05:48:36 | Garrett | Grimes | My Bath & Body Works |
| 273 | iPhone10,3 | 2018-11-06 05:48:37 | Garrett | Grimes | Instagram |
| 274 | iPhone10,3 | 2018-11-06 05:48:37 | Garrett | Grimes | iHeart: Radio, Music, Podcasts |
| 275 | iPhone10,3 | 2018-11-06 20:08:02 | Garrett | Grimes | Walmart - Save Time and Money |
| 276 | iPhone10,3 | 2018-11-06 20:08:03 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 277 | iPhone10,3 | 2018-11-06 20:08:04 | Garrett | Grimes | Pinterest |
| 278 | iPhone10,3 | 2018-11-06 20:08:05 | Garrett | Grimes | Priceline Travel - Book & Save |
| 279 | iPhone10,3 | 2018-11-06 20:08:07 | Garrett | Grimes | Microsoft OneDrive |
| 280 | iPhone10,3 | 2018-11-06 20:08:08 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 281 | iPhone10,3 | 2018-11-06 20:08:10 | Garrett | Grimes | ClassDojo |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 282 | iPhone10,3 | 2018-11-06 20:08:13 | Garrett | Grimes | Hulu: Stream TV shows & movies |
| 283 | iPhone10,3 | 2018-11-07 19:17:43 | Garrett | Grimes | Weather - The Weather Channel |
| 284 | iPhone10,3 | 2018-11-07 19:17:44 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 285 | iPhone10,3 | 2018-11-07 19:17:47 | Garrett | Grimes | Frontier Airlines |
| 286 | iPhone10,3 | 2018-11-07 19:17:47 | Garrett | Grimes | NFL |
| 287 | iPhone10,3 | 2018-11-07 19:17:48 | Garrett | Grimes | Amazon - Shopping made easy |
| 288 | iPhone10,3 | 2018-11-08 12:48:43 | Garrett | Grimes | Google Docs: Sync, Edit, Share |
| 289 | iPhone10,3 | 2018-11-09 06:17:40 | Garrett | Grimes | Microsoft OneDrive |
| 290 | iPhone10,3 | 2018-11-09 06:17:41 | Garrett | Grimes | Messenger |
| 291 | iPhone10,3 | 2018-11-09 06:17:43 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 292 | iPhone10,3 | 2018-11-09 06:23:15 | Garrett | Grimes | Kik |
| 293 | iPhone10,3 | 2018-11-09 19:11:56 | Garrett | Grimes | Southwest Airlines |
| 294 | iPhone10,3 | 2018-11-09 19:11:57 | Garrett | Grimes | Facebook |
| 295 | iPhone10,3 | 2018-11-10 11:37:24 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 296 | iPhone10,3 | 2018-11-11 06:04:32 | Garrett | Grimes | Facebook |
| 297 | iPhone10,3 | 2018-11-11 06:04:32 | Garrett | Grimes | Fresh EBT - Food Stamp Balance |
| 298 | iPhone10,3 | 2018-11-11 12:03:42 | Garrett | Grimes | Kik |
| 299 | iPhone10,3 | 2018-11-11 12:24:48 | Garrett | Grimes | ・MEGA・ |
| 300 | iPhone10,3 | 2018-11-11 23:31:08 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 301 | iPhone10,3 | 2018-11-11 23:31:09 | Garrett | Grimes | PicCollage Grid & Photo Editor |
| 302 | iPhone10,3 | 2018-11-11 23:31:09 | Garrett | Grimes | Microsoft Word |
| 303 | iPhone10,3 | 2018-11-12 23:30:33 | Garrett | Grimes | Tasty |
| 304 | iPhone10,3 | 2018-11-12 23:30:34 | Garrett | Grimes | Target |
| 305 | iPhone10,3 | 2018-11-12 23:30:35 | Garrett | Grimes | Google Drive |
| 306 | iPhone10,3 | 2018-11-12 23:30:36 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 307 | iPhone10,3 | 2018-11-12 23:30:37 | Garrett | Grimes | TIDAL Music |
| 308 | iPhone10,3 | 2018-11-12 23:30:38 | Garrett | Grimes | iHeart: Radio, Music, Podcasts |
| 309 | iPhone10,3 | 2018-11-12 23:30:39 | Garrett | Grimes | Kik |
| 310 | iPhone10,3 | 2018-11-12 23:30:39 | Garrett | Grimes | Instagram |
| 311 | iPhone10,3 | 2018-11-13 09:11:42 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 312 | iPhone10,3 | 2018-11-13 22:03:03 | Garrett | Grimes | Walmart - Save Time and Money |
| 313 | iPhone10,3 | 2018-11-13 22:03:05 | Garrett | Grimes | Snapchat |
| 314 | iPhone10,3 | 2018-11-13 22:03:06 | Garrett | Grimes | Rite Aid Pharmacy |
| 315 | iPhone10,3 | 2018-11-13 22:03:07 | Garrett | Grimes | Pinterest |
| 316 | iPhone10,3 | 2018-11-13 22:03:09 | Garrett | Grimes | Skechers USA |
| 317 | iPhone10,3 | 2018-11-13 22:03:10 | Garrett | Grimes | Spectrum TV |
| 318 | iPhone10,3 | 2018-11-14 22:02:37 | Garrett | Grimes | Spotify: Music and Podcasts |
| 319 | iPhone10,3 | 2018-11-14 22:02:38 | Garrett | Grimes | El Pollo Loco - Loco Rewards |
| 320 | iPhone10,3 | 2018-11-14 22:02:39 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 321 | iPhone10,3 | 2018-11-14 22:02:40 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 322 | iPhone10,3 | 2018-11-14 22:02:42 | Garrett | Grimes | Wells Fargo Mobile |
| 323 | iPhone10,3 | 2018-11-14 22:02:43 | Garrett | Grimes | Remind: School Communication |
| 324 | iPhone10,3 | 2018-11-14 22:02:44 | Garrett | Grimes | Messenger |
| 325 | iPhone10,3 | 2018-11-15 20:23:26 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 326 | iPhone10,3 | 2018-11-15 20:23:27 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 327 | iPhone10,3 | 2018-11-15 20:23:28 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 328 | iPhone10,3 | 2018-11-15 20:23:29 | Garrett | Grimes | 7-Eleven, Inc. |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 329 | iPhone10,3 | 2018-11-15 20:23:30 | Garrett | Grimes | NFL |
| 330 | iPhone10,3 | 2018-11-16 14:48:15 | Garrett | Grimes | Talkatone: WiFi Text & Calls |
| 331 | iPhone10,3 | 2018-11-16 14:52:35 | Garrett | Grimes | Wickr Me - Private Messenger |
| 332 | iPhone10,3 | 2018-11-17 07:33:41 | Garrett | Grimes | Adobe Lightroom Photo Editor |
| 333 | iPhone10,3 | 2018-11-17 07:33:43 | Garrett | Grimes | MLB At Bat |
| 334 | iPhone10,3 | 2018-11-17 07:33:44 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 335 | iPhone10,3 | 2018-11-17 15:53:18 | Garrett | Grimes | Wickr Me - Private Messenger |
| 336 | iPhone10,3 | 2018-11-17 15:58:46 | Garrett | Grimes | ・MEGA・ |
| 337 | iPhone10,3 | 2018-11-17 20:39:46 | Garrett | Grimes | Chime - Mobile Banking |
| 338 | iPhone10,3 | 2018-11-17 20:39:47 | Garrett | Grimes | Facebook |
| 339 | iPhone10,3 | 2018-11-18 20:20:44 | Garrett | Grimes | Pandora: Music & Podcasts |
| 340 | iPhone10,3 | 2018-11-18 20:20:45 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 341 | iPhone10,3 | 2018-11-18 20:20:46 | Garrett | Grimes | Gmail - Email by Google |
| 342 | iPhone10,3 | 2018-11-19 20:16:30 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 343 | iPhone10,3 | 2018-11-19 20:16:31 | Garrett | Grimes | CheapOair: Cheap Flight Deals |
| 344 | iPhone10,3 | 2018-11-19 20:16:32 | Garrett | Grimes | Snapchat |
| 345 | iPhone10,3 | 2018-11-19 20:16:40 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 346 | iPhone10,3 | 2018-11-19 20:16:41 | Garrett | Grimes | Spectrum TV |
| 347 | iPhone10,3 | 2018-11-19 20:16:42 | Garrett | Grimes | Yelp―Food & Services Around Me |
| 348 | iPhone10,3 | 2018-11-19 20:16:43 | Garrett | Grimes | Subway Surfers |
| 349 | iPhone10,3 | 2018-11-19 20:16:45 | Garrett | Grimes | My Bath & Body Works |
| 350 | iPhone10,3 | 2018-11-19 20:16:46 | Garrett | Grimes | SoundHound - Music Discovery |
| 351 | iPhone10,3 | 2018-11-19 20:16:47 | Garrett | Grimes | Temple Run |
| 352 | iPhone10,3 | 2018-11-19 20:16:48 | Garrett | Grimes | Instagram |
| 353 | iPhone10,3 | 2018-11-20 10:00:48 | Garrett | Grimes | ・MEGA・ |
| 354 | iPhone10,3 | 2018-11-21 08:04:44 | Garrett | Grimes | Earnin - Get paid today |
| 355 | iPhone10,3 | 2018-11-21 08:04:45 | Garrett | Grimes | Chick-fil-A |
| 356 | iPhone10,3 | 2018-11-21 08:04:46 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 357 | iPhone10,3 | 2018-11-21 08:22:14 | Garrett | Grimes | Wickr Me - Private Messenger |
| 358 | iPhone10,3 | 2018-11-22 08:25:07 | Garrett | Grimes | ・MEGA・ |
| 359 | iPhone10,3 | 2018-11-22 09:37:52 | Garrett | Grimes | Yelp―Food & Services Around Me |
| 360 | iPhone10,3 | 2018-11-22 09:37:54 | Garrett | Grimes | Clawee |
| 361 | iPhone10,3 | 2018-11-22 09:37:55 | Garrett | Grimes | Brigit: Get $250. When Needed. |
| 362 | iPhone10,3 | 2018-11-22 09:37:58 | Garrett | Grimes | ADP Mobile Solutions |
| 363 | iPhone10,3 | 2018-11-23 08:06:23 | Garrett | Grimes | TIDAL Music |
| 364 | iPhone10,3 | 2018-11-23 10:20:53 | Garrett | Grimes | Bitmoji |
| 365 | iPhone10,3 | 2018-11-23 13:51:00 | Garrett | Grimes | Kik |
| 366 | iPhone10,3 | 2018-11-23 22:24:29 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 367 | iPhone10,3 | 2018-11-24 15:27:20 | Garrett | Grimes | Google Home |
| 368 | iPhone10,3 | 2018-11-24 20:05:37 | Garrett | Grimes | Solitaire TriPeaks Card Game |
| 369 | iPhone10,3 | 2018-11-24 22:21:19 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 370 | iPhone10,3 | 2018-11-24 22:21:19 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 371 | iPhone10,3 | 2018-11-24 22:21:20 | Garrett | Grimes | Cheap flights―Jetradar |
| 372 | iPhone10,3 | 2018-11-24 22:21:21 | Garrett | Grimes | Microsoft OneDrive |
| 373 | iPhone10,3 | 2018-11-24 22:21:22 | Garrett | Grimes | Hulu: Stream TV shows & movies |
| 374 | iPhone10,3 | 2018-11-24 22:21:23 | Garrett | Grimes | PicCollage Grid & Photo Editor |
| 375 | iPhone10,3 | 2018-11-24 22:21:24 | Garrett | Grimes | Messenger |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 376 | iPhone10,3 | 2018-11-24 22:21:25 | Garrett | Grimes | Gmail - Email by Google |
| 377 | iPhone10,3 | 2018-11-27 21:53:57 | Garrett | Grimes | Puzzle Lover - classic puzzles |
| 378 | iPhone10,3 | 2018-11-27 21:53:59 | Garrett | Grimes | Snapchat |
| 379 | iPhone10,3 | 2018-11-27 21:54:00 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 380 | iPhone10,3 | 2018-11-27 21:54:00 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 381 | iPhone10,3 | 2018-11-28 08:15:31 | Garrett | Grimes | Kik |
| 382 | iPhone10,3 | 2018-11-28 08:30:12 | Garrett | Grimes | ・MEGA・ |
| 383 | iPhone10,3 | 2018-11-28 21:31:43 | Garrett | Grimes | Fire Balls 3D |
| 384 | iPhone10,3 | 2018-11-28 21:31:44 | Garrett | Grimes | Pinterest |
| 385 | iPhone10,3 | 2018-11-28 21:31:45 | Garrett | Grimes | Google Docs: Sync, Edit, Share |
| 386 | iPhone10,3 | 2018-11-29 21:03:39 | Garrett | Grimes | Puzzle Lover - classic puzzles |
| 387 | iPhone10,3 | 2018-11-29 21:03:40 | Garrett | Grimes | Spectrum TV |
| 388 | iPhone10,3 | 2018-11-29 21:03:41 | Garrett | Grimes | Subway Surfers |
| 389 | iPhone10,3 | 2018-11-29 21:03:42 | Garrett | Grimes | Solitaire TriPeaks Card Game |
| 390 | iPhone10,3 | 2018-11-29 21:03:43 | Garrett | Grimes | NFL |
| 391 | iPhone10,3 | 2018-11-30 22:27:12 | Garrett | Grimes | Earnin - Get paid today |
| 392 | iPhone10,3 | 2018-11-30 22:27:13 | Garrett | Grimes | ClassDojo |
| 393 | iPhone10,3 | 2018-11-30 22:27:14 | Garrett | Grimes | Pandora: Music & Podcasts |
| 394 | iPhone10,3 | 2018-11-30 22:27:15 | Garrett | Grimes | Facebook |
| 395 | iPhone10,3 | 2018-11-30 22:27:17 | Garrett | Grimes | BURGER KING® App |
| 396 | iPhone10,3 | 2018-12-01 10:17:05 | Garrett | Grimes | Square Sized |
| 397 | iPhone10,3 | 2018-12-02 21:23:15 | Garrett | Grimes | Sam's Club |
| 398 | iPhone10,3 | 2018-12-02 21:23:16 | Garrett | Grimes | Chick-fil-A |
| 399 | iPhone10,3 | 2018-12-02 21:23:17 | Garrett | Grimes | Southwest Airlines |
| 400 | iPhone10,3 | 2018-12-02 21:23:18 | Garrett | Grimes | Google Drive |
| 401 | iPhone10,3 | 2018-12-03 08:45:46 | Garrett | Grimes | ・MEGA・ |
| 402 | iPhone10,3 | 2018-12-03 09:22:25 | Garrett | Grimes | Kik |
| 403 | iPhone10,3 | 2018-12-03 20:21:23 | Garrett | Grimes | Puzzle Lover - classic puzzles |
| 404 | iPhone10,3 | 2018-12-03 20:21:25 | Garrett | Grimes | Bitmoji |
| 405 | iPhone10,3 | 2018-12-03 20:21:27 | Garrett | Grimes | Priceline Travel - Book & Save |
| 406 | iPhone10,3 | 2018-12-03 20:21:28 | Garrett | Grimes | iHeart: Radio, Music, Podcasts |
| 407 | iPhone10,3 | 2018-12-03 20:21:29 | Garrett | Grimes | Instagram |
| 408 | iPhone10,3 | 2018-12-03 20:21:30 | Garrett | Grimes | Remind: School Communication |
| 409 | iPhone10,3 | 2018-12-04 10:24:18 | Garrett | Grimes | Waze Navigation & Live Traffic |
| 410 | iPhone10,3 | 2018-12-04 21:00:19 | Garrett | Grimes | SONIC Drive-In |
| 411 | iPhone10,3 | 2018-12-04 21:00:20 | Garrett | Grimes | CheapOair: Cheap Flight Deals |
| 412 | iPhone10,3 | 2018-12-04 21:00:21 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 413 | iPhone10,3 | 2018-12-04 21:00:22 | Garrett | Grimes | Chick-fil-A |
| 414 | iPhone10,3 | 2018-12-04 21:00:23 | Garrett | Grimes | Weather - The Weather Channel |
| 415 | iPhone10,3 | 2018-12-04 21:00:24 | Garrett | Grimes | Microsoft OneDrive |
| 416 | iPhone10,3 | 2018-12-04 21:00:25 | Garrett | Grimes | CA Lottery Official App |
| 417 | iPhone10,3 | 2018-12-05 11:06:40 | Garrett | Grimes | The Home Depot |
| 418 | iPhone10,3 | 2018-12-05 11:06:41 | Garrett | Grimes | Subway Surfers |
| 419 | iPhone10,3 | 2018-12-06 01:40:30 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 420 | iPhone10,3 | 2018-12-06 01:40:31 | Garrett | Grimes | Yelp－Food & Services Around Me |
| 421 | iPhone10,3 | 2018-12-06 01:40:32 | Garrett | Grimes | TIDAL Music |
| 422 | iPhone10,3 | 2018-12-06 01:40:33 | Garrett | Grimes | Microsoft OneDrive |

| | C | E | G | H | W |
|---|---|---|---|---|---|
| 423 | iPhone10,3 | 2018-12-06 01:40:33 | Garrett | Grimes | Hulu: Stream TV shows & movies |
| 424 | iPhone10,3 | 2018-12-06 01:40:34 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 425 | iPhone10,3 | 2018-12-06 01:40:35 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 426 | iPhone10,3 | 2018-12-06 01:40:36 | Garrett | Grimes | Solitaire TriPeaks Card Game |
| 427 | iPhone10,3 | 2018-12-06 01:40:37 | Garrett | Grimes | Messenger |
| 428 | iPhone10,3 | 2018-12-06 01:40:37 | Garrett | Grimes | Google Docs: Sync, Edit, Share |
| 429 | iPhone10,3 | 2018-12-06 01:40:38 | Garrett | Grimes | NFL |
| 430 | iPhone10,3 | 2018-12-06 01:40:39 | Garrett | Grimes | Gametime - Last Minute Tickets |
| 431 | iPhone10,3 | 2018-12-06 01:40:40 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 432 | iPhone10,3 | 2018-12-06 01:40:41 | Garrett | Grimes | Google Drive |
| 433 | iPhone10,3 | 2018-12-07 22:31:16 | Garrett | Grimes | Puzzle Lover - classic puzzles |
| 434 | iPhone10,3 | 2018-12-07 22:31:17 | Garrett | Grimes | AB Classic |
| 435 | iPhone10,3 | 2018-12-07 22:31:18 | Garrett | Grimes | Spectrum TV |
| 436 | iPhone10,3 | 2018-12-07 22:31:19 | Garrett | Grimes | AXS Tickets |
| 437 | iPhone10,3 | 2018-12-09 19:47:27 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 438 | iPhone10,3 | 2018-12-09 19:47:29 | Garrett | Grimes | Waze Navigation & Live Traffic |
| 439 | iPhone10,3 | 2018-12-10 19:49:55 | Garrett | Grimes | Microsoft Word |
| 440 | iPhone10,3 | 2018-12-10 19:49:56 | Garrett | Grimes | Fire Balls 3D |
| 441 | iPhone10,3 | 2018-12-10 19:49:57 | Garrett | Grimes | Drop: Shopping & Cashback App |
| 442 | iPhone10,3 | 2018-12-10 19:49:57 | Garrett | Grimes | My Bath & Body Works |
| 443 | iPhone10,3 | 2018-12-10 19:49:58 | Garrett | Grimes | Priceline Travel - Book & Save |
| 444 | iPhone10,3 | 2018-12-10 19:49:59 | Garrett | Grimes | Tasty |
| 445 | iPhone10,3 | 2018-12-10 19:50:00 | Garrett | Grimes | Instagram |
| 446 | iPhone10,3 | 2018-12-10 19:50:01 | Garrett | Grimes | Adobe Lightroom Photo Editor |
| 447 | iPhone10,3 | 2018-12-11 22:16:56 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 448 | iPhone10,3 | 2018-12-11 22:16:57 | Garrett | Grimes | 7-Eleven, Inc. |
| 449 | iPhone10,3 | 2018-12-11 22:16:58 | Garrett | Grimes | Target |
| 450 | iPhone10,3 | 2018-12-13 21:03:54 | Garrett | Grimes | Gmail - Email by Google |
| 451 | iPhone10,3 | 2018-12-13 21:03:55 | Garrett | Grimes | Google Home |
| 452 | iPhone10,3 | 2018-12-13 21:03:56 | Garrett | Grimes | Bitmoji |
| 453 | iPhone10,3 | 2018-12-13 21:03:57 | Garrett | Grimes | SONIC Drive-In |
| 454 | iPhone10,3 | 2018-12-13 21:03:58 | Garrett | Grimes | Fresh EBT - Food Stamp Balance |
| 455 | iPhone10,3 | 2018-12-13 21:04:00 | Garrett | Grimes | HBO GO: Stream with TV Package |
| 456 | iPhone10,3 | 2018-12-13 21:04:01 | Garrett | Grimes | Pinterest |
| 457 | iPhone10,3 | 2018-12-13 21:04:02 | Garrett | Grimes | Spectrum TV |
| 458 | iPhone10,3 | 2018-12-13 21:04:03 | Garrett | Grimes | Rite Aid Pharmacy |
| 459 | iPhone10,3 | 2018-12-13 21:04:04 | Garrett | Grimes | NHL |
| 460 | iPhone10,3 | 2018-12-13 21:04:05 | Garrett | Grimes | 7-Eleven, Inc. |
| 461 | iPhone10,3 | 2018-12-13 21:04:06 | Garrett | Grimes | Snapchat |
| 462 | iPhone10,3 | 2018-12-13 21:04:07 | Garrett | Grimes | Dosh: Find Cash Back Deals |
| 463 | iPhone10,3 | 2018-12-13 21:04:08 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 464 | iPhone10,3 | 2018-12-13 21:04:09 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 465 | iPhone10,3 | 2018-12-13 21:04:10 | Garrett | Grimes | My Sprint Mobile |
| 466 | iPhone10,3 | 2018-12-13 21:04:11 | Garrett | Grimes | Messenger |
| 467 | iPhone10,3 | 2018-12-13 21:04:12 | Garrett | Grimes | DisneyNOW – Episodes & Live TV |
| 468 | iPhone10,3 | 2018-12-13 21:04:13 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 469 | iPhone10,3 | 2018-12-14 20:23:39 | Garrett | Grimes | Southwest Airlines |

|   | C | E | G | H | W |
|---|---|---|---|---|---|
| 470 | iPhone10,3 | 2018-12-15 22:07:07 | Garrett | Grimes | Facebook |
| 471 | iPhone10,3 | 2018-12-16 22:24:04 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 472 | iPhone10,3 | 2018-12-16 22:24:06 | Garrett | Grimes | Wells Fargo Mobile |
| 473 | iPhone10,3 | 2018-12-17 21:37:14 | Garrett | Grimes | VSCO: Photo & Video Editor |
| 474 | iPhone10,3 | 2018-12-17 21:37:15 | Garrett | Grimes | Priceline Travel - Book & Save |
| 475 | iPhone10,3 | 2018-12-17 21:37:17 | Garrett | Grimes | Yelp―Food & Services Around Me |
| 476 | iPhone10,3 | 2018-12-17 21:37:18 | Garrett | Grimes | TIDAL Music |
| 477 | iPhone10,3 | 2018-12-17 21:37:19 | Garrett | Grimes | Waze Navigation & Live Traffic |
| 478 | iPhone10,3 | 2018-12-17 21:37:20 | Garrett | Grimes | Snapchat |
| 479 | iPhone10,3 | 2018-12-18 19:05:22 | Garrett | Grimes | ADP Mobile Solutions |
| 480 | iPhone10,3 | 2018-12-18 19:05:23 | Garrett | Grimes | CheapOair: Cheap Flight Deals |
| 481 | iPhone10,3 | 2018-12-18 19:05:25 | Garrett | Grimes | Pinterest |
| 482 | iPhone10,3 | 2018-12-18 19:05:26 | Garrett | Grimes | Chick-fil-A |
| 483 | iPhone10,3 | 2018-12-18 19:05:28 | Garrett | Grimes | Hulu: Stream TV shows & movies |
| 484 | iPhone10,3 | 2018-12-18 19:05:29 | Garrett | Grimes | Instagram |
| 485 | iPhone10,3 | 2018-12-18 19:05:31 | Garrett | Grimes | letgo: Sell & Buy Used Stuff |
| 486 | iPhone10,3 | 2018-12-18 19:05:32 | Garrett | Grimes | NFL |
| 487 | iPhone10,3 | 2018-12-18 19:05:34 | Garrett | Grimes | Gametime - Last Minute Tickets |
| 488 | iPhone10,3 | 2018-12-18 19:05:35 | Garrett | Grimes | DisneyNOW – Episodes & Live TV |
| 489 | iPhone10,3 | 2018-12-18 19:05:37 | Garrett | Grimes | Pandora: Music & Podcasts |
| 490 | iPhone10,3 | 2018-12-19 15:06:43 | Garrett | Grimes | SoundHound - Music Discovery |
| 491 | iPhone10,3 | 2018-12-19 15:06:45 | Garrett | Grimes | My Spectrum |
| 492 | iPhone10,3 | 2018-12-19 15:06:46 | Garrett | Grimes | Remind: School Communication |
| 493 | iPhone10,3 | 2018-12-19 15:06:47 | Garrett | Grimes | ClassDojo |
| 494 | iPhone10,3 | 2018-12-19 15:06:49 | Garrett | Grimes | Microsoft OneDrive |
| 495 | iPhone10,3 | 2018-12-19 15:06:50 | Garrett | Grimes | BURGER KING® App |
| 496 | iPhone10,3 | 2018-12-19 15:06:52 | Garrett | Grimes | Dosh: Find Cash Back Deals |
| 497 | iPhone10,3 | 2018-12-20 04:07:00 | Garrett | Grimes | OfferUp - Buy. Sell. Simple. |
| 498 | iPhone10,3 | 2018-12-20 04:07:01 | Garrett | Grimes | PicCollage Grid & Photo Editor |
| 499 | iPhone10,3 | 2018-12-20 04:07:02 | Garrett | Grimes | FLO Period & Ovulation Tracker |
| 500 | iPhone10,3 | 2018-12-20 04:07:03 | Garrett | Grimes | Sam's Club |
| 501 | iPhone10,3 | 2018-12-20 04:07:04 | Garrett | Grimes | Walmart - Save Time and Money |
| 502 | iPhone10,3 | 2018-12-20 04:07:04 | Garrett | Grimes | GasBuddy: Find Cheap Gas |
| 503 | iPhone10,3 | 2018-12-20 04:07:05 | Garrett | Grimes | Hopper - Flight & Hotel Deals |
| 504 | iPhone10,3 | 2018-12-20 04:07:06 | Garrett | Grimes | YouTube: Watch, Listen, Stream |
| 505 | iPhone10,3 | 2018-12-20 07:37:29 | Garrett | Grimes | Catch Santa in my house! |
| 506 | iPhone10,3 | 2018-12-21 04:00:49 | Garrett | Grimes | Bitmoji |
| 507 | iPhone10,3 | 2018-12-21 04:00:50 | Garrett | Grimes | Spectrum TV |
| 508 | iPhone10,3 | 2018-12-21 04:00:51 | Garrett | Grimes | AXS Tickets |
| 509 | iPhone10,3 | 2018-12-22 01:03:01 | Garrett | Grimes | Spectrum TV |
| 510 | iPhone10,3 | 2018-12-22 01:03:02 | Garrett | Grimes | Pandora: Music & Podcasts |
| 511 | iPhone10,3 | 2018-12-22 01:03:02 | Garrett | Grimes | Facebook |
| 512 | iPhone10,3 | 2018-12-22 22:12:32 | Garrett | Grimes | iMovie |
| 513 | iPhone10,3 | 2018-12-22 22:12:45 | Garrett | Grimes | Clips |
| 514 | iPhone10,3 | 2018-12-23 00:58:50 | Garrett | Grimes | Puzzle Lover - classic puzzles |
| 515 | iPhone10,3 | 2018-12-23 00:58:51 | Garrett | Grimes | Fire Balls 3D |
| 516 | iPhone10,3 | 2018-12-23 13:53:28 | Garrett | Grimes | InShot - Video Editor |