# Government's Trial Exhibit 78, iTunes Subscriber Tab

|   | A | B | C | D | E | F | I |
|---|---|---|---|---|---|---|---|
| 1 | **Apple Confidential** | | | | | | |
| 2 | **iTunes Data** | | | | | | |
| 3 | **Subscriber information related to DSID** | | | | | | |
| 4 | **DSID: 1271601104** | | | | | | |
| 5 | **Period: From 2018-10-01 to 2020-01-17** | | | | | | |
| 6 | **Timezone: PST/PDT** | | | | | | |
| 7 | | | | | | | |
| 8 | **person_id** | **signup_ts** | **email_addr_txt** | **first_name** | **last_name** | **street_1_name** | **city_name** |
| 9 | 1271601104 | 2012-04-22 14:52:48 | stevens.stefani515@gmail.com | Garrett | Grimes | 34184 county line rd spc 90 | Yucaipa |
| 10 | 1271601104 | 2012-04-22 14:52:48 | stevens.stefani515@gmail.com | Stefani | Stevens | 12520 3rd st | Yucaipa |
| 11 | 1271601104 | 2012-04-22 14:52:48 | stevens.stefani515@gmail.com | Stefani | Stevens | 12520 3rd st | Yucaipa |
| 12 | 1271601104 | 2012-04-22 14:52:48 | stevens.stefani515@gmail.com | Stefani | Stevens | 34184 county line rd spc 90 | Yucaipa |
| 13 | 1271601104 | 2012-04-22 14:52:48 | stevens.stefani515@gmail.com | Stefani | Stevens | 34184 county line rd spc 90 | Yucaipa |