# Government's Trial Exhibit 95



Exhibit 95
Page 1 of 3



Exhibit 95
Page 2 of 3



Exhibit 95
Page 3 of 3