FILED
CLERK, U.S. DISTRICT COURT

11/01/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 19-00377(A)-VAP |
|---|---|
| Plaintiff, | VERDICT FOR DEFENDANT STEFANI KASEY MARIE STEVENS |
| v. | |
| STEFANI KASEY MARIE STEVENS, | |
| Defendant. | |

**COUNT ONE**

**OBTAINING CUSTODY OF MINOR WITH INTENT TO PRODUCE CHILD PORNOGRAPHY**

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS (*check one*):

   _____ NOT GUILTY

   __X__ GUILTY

   of Count One of the First Superseding Indictment.

2. If the Court finds the defendant STEFANI KASEY MARIE STEVENS guilty of Count One of the First Superseding Indictment, the Court further finds that defendant STEFANI KASEY MARIE STEVENS obtained custody or control of Victim A with either (*check one or both*):

   __X__ Knowledge that, as a consequence of obtaining custody, Victim A would be portrayed in a visual depiction engaging in sexually explicit conduct.

   __X__ The intent to promote the engaging in of sexually explicit conduct by Victim A for the purpose of producing a visual depiction of the conduct.

///
///

3. If the Court finds the defendant STEFANI KASEY MARIE STEVENS guilty of Count One of the First Superseding Indictment, the Court further finds (*check one or both*):

    __X__ Victim A traveled in or was transported in or affecting interstate or foreign commerce.

    __X__ The offer to obtain custody or control of Victim A was communicated or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

(*Please continue to the following page.*)

**COUNT TWO**

**PRODUCTION OF CHILD PORNOGRAPHY**

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS *(check one)*:

_____  NOT GUILTY

✗  GUILTY

of Count Two of the First Superseding Indictment.

*(Please continue to the following page.)*

3

## COUNT THREE

## PRODUCTION OF CHILD PORNOGRAPHY

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS *(check one)*:

_____    NOT GUILTY

\_\_X\_\_\_    GUILTY

of Count Three of the First Superseding Indictment.

*(Please continue to the following page.)*

**COUNT FOUR**

**PRODUCTION OF CHILD PORNOGRAPHY**

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS *(check one)*:

_____   NOT GUILTY

__X__   GUILTY

of Count Four of the First Superseding Indictment.

*(Please continue to the following page.)*

## COUNT FIVE

## PRODUCTION OF CHILD PORNOGRAPHY

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS *(check one)*:

    _____    NOT GUILTY

      X      GUILTY

of Count Five of the First Superseding Indictment.

*(Please continue to the following page.)*

## COUNT SIX

## PRODUCTION OF CHILD PORNOGRAPHY

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS (check one):

    _____  NOT GUILTY

    __X__  GUILTY

of Count Six of the First Superseding Indictment.

*(Please continue to the following page.)*

**COUNT SEVEN**

**PRODUCTION OF CHILD PORNOGRAPHY**

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS *(check one)*:

    _____ NOT GUILTY

    ✗\_\_\_\_ GUILTY

of Count Seven of the First Superseding Indictment.

*(Please continue to the following page.)*

## COUNT EIGHT

## DISTRIBUTION OF CHILD PORNOGRAPHY

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS (check one):

    \_\_\_\_\_ NOT GUILTY

    \_\_X\_\_ GUILTY

of Count Eight of the First Superseding Indictment.

(Please continue to the following page.)

**COUNT NINE**

**POSSESSION OF CHILD PORNOGRAPHY**

1. The Court finds the defendant STEFANI KASEY MARIE STEVENS (check one):

    _____ NOT GUILTY

    \_\_X\_\_\_ GUILTY

of Count Nine of the First Superseding Indictment.

2. If the Court finds the defendant STEFANI KASEY MARIE STEVENS guilty of Count Nine of the First Superseding Indictment, the Court further finds that the child pornography possessed by defendant STEFANI KASEY MARIE STEVENS in Count Nine of the First Superseding Indictment involved a prepubescent minor, that is, a minor who had not attained 12 years of age (check one):

    \_\_X\_\_\_ YES

    _____ NO

Dated: November 1, 2022, at Los Angeles, California.

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE