## LIST OF EXHIBITS AND WITNESSES

| Case Number | ED CR 19-377-VAP | | Title | USA -VS- STEFANI KASEY MARIE STEVENS |
|---|---|---|---|---|
| **Judge** | VIRGINIA A. PHILLIPS | | | |
| **Dates of Trial or Hearing** | 10/18/22; 10/19/22; 10/20/22; 10/25/22 | | | |
| **Court Reporters or Tape No.** | MYRA PONCE | | | |
| **Deputy Clerks** | WENDY HERNANDEZ ; KRYSTAL PASTRANA HERNANDEZ | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| AUSA ROBERT TRISOTTO | DFPD HOWARD SCHNEIDER |
| AUSA SONAH LEE | DFDP IJEOMA EKE |
| | |
| | |
| | |

FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

G-65 (03/07)        LIST OF EXHIBITS AND WITNESSES        Page ___1___ of ___1___

***United States v. Stefani Kasey Marie Stevens***

**ED CR No. 19-377-VAP**

**Government's Witness List**

| No. | Witness |
|-----|---------|
| 1. | Desiree Grimes C/S/t 10/18/22 |
| 2. | Dominic Davila, Apple Inc. Custodian of Record C/S/t 10/18/22 |
| 3. | HSI Special Agent Jonathan Ruiz C/S/t 10/18/22; 10/19/22; 10/20/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| **D.G.'s Text Messages with Defendant** | | | |
| 1 | Video recording of text messages between Defendant and D.G. from D.G's phone<br><br>(USA_786) | | 10/18/22 |
| 2 | Text messages between Defendant and D.G. from May 21, 2019 to May 22, 2019 | | 10/18/22 |
| **Oneandonly7210 Mega.nz Account** | | | |
| 3 | Video of SA Ruiz's Review of Defendant's Mega.nz account | | 10/18/22 |
| 4 | Mega.nz Chat with Tommy Pape Pape | 10/19/22 | 10/19/22 |
| **Oneandonly7210 Google Account** | | | |
| 5 | Google Hangout Chat with Dan Green | 10/19/22 | 10/20/22 |
| 6 | Google Hangout Chat with Max Lover | 10/19/22 | 10/20/22 |
| 7 | Google Hangout Chat with EA79JR | 10/19/22 | 10/20/22 |

1

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|------------|--------|----------|
| 8 | Email Conversation with Hank Meiser | | 10/20/22 |
| **7210onenonly Google Account** | | | |
| 9 | Google Hangout Chat with Justice Lace | | 10/20/22 |
| 10 | Google Hangout Chat with Andreas Sommer | | 10/20/22 |
| 11 | Video of Google Hangout Chat with Andreas Sommer | | 10/24/22 |
| **November 8, 2019 Interview of Defendant** | | | |
| 12 | Audio recording of November 8, 2019 interview with Defendant<br><br>(USA_775) | | 10/18/22 |
| 13 | Clip 1 – Audio recording of November 8, 2019 interview with Defendant<br><br>(Excerpt from USA_775) | | 10/18/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 14 | Clip 2 - Audio recording of November 8, 2019 interview with Defendant<br><br>(Excerpt from USA_775) | | 10/18/22 |
| 15 | Clip 3 - Audio recording of November 8, 2019 interview with Defendant<br><br>(Excerpt from USA_775) | | 10/18/22 |
| 16 | Transcript of audio recording of November 8, 2019 interview with Defendant<br><br>(USA_1710-1811) | 10/19/22 | |
| 17 | Documents shown Defendant during November 8, 2019 interview<br><br>(USA_754-771) | | 10/18/22 |
| **November 12, 2019 Interview of Defendant** | | | |
| 18 | Video recordings of November 12, 2019 interview with Defendant<br><br>(USA_778-782) | | 10/19/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 19 | Clip 1 – Video recording of November 12, 2019 interview with Defendant<br><br>(Excerpt from USA_778) | | 10/19/22 |
| 20 | Clip 2 – Video recording of November 12, 2019 interview with Defendant<br><br>(Excerpt from USA_779) | | 10/19/22 |
| 21 | Clip 3 – Video recording of November 12, 2019 interview with Defendant<br><br>(Excerpt from USA_781) | | 10/19/22 |
| 22 | Transcript of video recording of November 12, 2019 interview with Defendant<br><br>(USA_1812-1842) | | |
| 23 | Documents shown Defendant during November 12, 2019 interview<br><br>(USA_783-784) | | 10/19/22 |
| **Search Warrant Execution Photographs** | | | |

4

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 24 | Photographs of Bathroom<br><br>(USA_424-426) | | 10/7/22 |
| 25 | Photographs of Bedroom<br><br>(USA_413-418) | | 10/18/22 |
| 26 | Photographs of Bedding<br><br>(USA_507-515) | | 10/18/22 |
| **Count Two (October 31, 2018)** | | | |
| 27 | Child Pornography Photograph of Victim N, titled "2018-10-31 08.28.50" | | 10/19/22 |
| **Count Three (November 4, 2018)** | | | |
| 28 | Child Pornography Photograph of Victim N, titled "2018-11-04 17.14.54" | 10/19/22 | 10/19/22 |
| 29 | Child Pornography Photograph of Victim N, titled "2018-11-04 17.14.49" | 10/19/22 | |
| 30 | Child Pornography Photograph of Victim N, titled "2018-11-04 17.15.10" | 10/19/22 | ↓ |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| | **Count Four (November 12, 2018)** | | |
| 31 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.03.30" | 10/19/22 | 10/19/22 |
| 32 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.05.52" | 10/19/22 | |
| 33 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.00.00" | 10/19/22 | |
| 34 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.01.38" | 10/19/22 | |
| 35 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.02.58" | 10/19/22 | |
| 36 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.03.16" | 10/19/22 | |
| 37 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.05.01" | 10/19/22 | |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 38 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.05.43" | 10/19/22 | 10/19/22 |
| 39 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.05.43_1" | 10/19/22 | 10/19/22 |
| 40 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.05.51" | 10/19/22 | 10/19/22 |
| 41 | Child Pornography Photograph of Victim N, titled "2018-11-12 19.05.55" | 10/19/22 | 10/19/22 |
| **Count Five (November 13, 2018)** | | | |
| 42 | Child Pornography Photograph of Victim N, titled "2018-11-13 18.29.43" | | 10/19/22 |
| 43 | Child Pornography Photograph of Victim N, titled "2018-11-13 18.29.50" | | 10/19/22 |
| 44 | Child Pornography Photograph of Victim N, titled "2018-11-13 18.27.16" | | 10/19/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 45 | Child Pornography Photograph of Victim N, titled "2018-11-13 18.31.24" | | 10/19/22 |
| 46 | Child Pornography Photograph of Victim N, titled "2018-11-13 18.31.27" | | 10/19/22 |
| 47 | Child Pornography Photograph of Victim N, titled "2018-11-13 18.31.28" | | 10/19/22 |
| 48 | Child Pornography Photograph of Victim N, titled "2018-11-13 18.31.29" | | 10/19/22 |
| **Count Six (May 22, 2019)** | | | |
| 49 | Child Pornography Video of Victim A, titled "2019-05-22 12.22.40" | | 10/19/22 |
| 50 | Child Pornography Video of Victim A, titled "2019-05-22 12.23.12" | | 10/19/22 |
| 51 | Child Pornography Video of Victim A, titled "2019-05-22 12.22.12" | | 10/19/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 52 | Child Pornography Video of Victim A, titled "2019-05-22 12.24.10" | | 10/19/22 |
| 53 | Child Pornography Video of Victim A, titled "2019-05-22 12.27.45" | | 10/19/22 |
| 54 | Child Pornography Video of Victim A, titled "2019-05-22 12.28.20" | | 10/19/22 |
| 55 | Child Pornography Video of Victim A, titled "2019-05-22 12.30.02" | | 10/19/22 |
| **Count Seven (June 22, 2019)** | | | |
| 56 | Child Pornography Photograph of Victim A, titled "2019-06-22 18.19.32" | | 10/19/22 |
| 57 | Child Pornography Photograph of Victim A, titled "2019-06-22 18.20.27" | | 10/19/22 |
| 58 | Child Pornography Photograph of Victim A, titled "2019-06-22 18.20.26" | | 10/19/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 59 | Child Pornography Photograph of Victim A, titled "2019-06-22 18.20.31" | | 10/19/22 |
| **Count Eight** | | | |
| 60 | Child Pornography Photograph of Victim A, titled "2019-06-22 18.20.26.jpg" | | 10/19/22 |
| 61 | Child Pornography Photograph of Victim A, titled "2019-06-22 18.20.31.jpg" | | 10/19/22 |
| **Count Nine** | | | |
| 62 | Child Pornography Video, titled "VID_20180704_1 04019_137.mp4" | | 10/19/22 |
| 63 | Child Pornography Video, titled, "01.mp4" | | 10/19/22 |
| 64 | Child Pornography Video, titled, "cp fuck me.mp4" | | 10/19/22 |
| **Apple and Google Account Records** | | | |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 65 | Apple Data – iPhones Registered to Defendant's iCloud account<br><br>(USA_1893) | | 10/18/22 |
| 66 | Apple Data Guide<br><br>(USA_1894) | | |
| 67 | Apple Records – Devices Registered to Defendant's iCloud account | | |
| 68 | Apple Records – iTune Updates for Defendant's iCloud account | | |
| 69 | Apple Records – iTune Transactions for Defendant's iCloud account | | |
| 70 | Google Records – Oneandonly7210 Account Information | | 10/20/22 |
| 71 | Google Records – 7210onenonly Account Information | | 10/20/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 72 | Google Records – Stevens.stefani515 Account Information | | 10/20/22 |
| 73 | Google Records – Oneandonly7210 Search Activity | | 10/20/22 |
| 74 | Google Records – Welcome to Mega Email | | 10/20/22 |
| 75 | Google Records - Mega Email Verification | | 10/20/22 |
| 76 | Apple Data – iPhones Registered to Defendant's iCloud account (On CD) (Excel format of Exhibit 65)  (USA_1893) | | 10/18/22 |
| 77 | Apple Data Guide (On CD) (Excel format of Exhibit 66)  (USA_1894) | | |
| 78 | Apple Search Warrant Results 1 of 2 (Excel format of Exhibits 67-69) | | 10/18/22 |

12

***United States v. Stefani Kasey Marie Stevens***

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 79 | Apple Search Warrant Results 2 of 2 (Excel format) | | |
| **Miscellaneous** | | | |
| 80 | NCMEC Cybertip 49677716<br><br>(USA_612-630) | | |
| 81 | Google Map Image 1 of 34184 County Line Road, Yucaipa, California | | |
| 82 | Google Map Image 2 of 34184 County Line Road, Yucaipa, California | | |
| 83 | Non-Child Pornography Photographs of Victim A<br><br>(USA_746-749) | | 10/18/22 |
| 84 | Defendant's iPhone XS Max seized November 8, 2019<br><br>(Physical Exhibit) | | 10/19/22 JUST HELD FOR IDEN |
| 85 | Photograph of Victim A from D.G.'s text messages | | 10/18/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 86 | Photograph of Victim A from D.G.'s text messages | | 10/18/22 |
| 87 | Photograph of Victim A from D.G.'s text messages | | 10/18/22 |
| 88 | Defendant's Consent to Assume Online Identity Form<br><br>(USA_772) | | 10/18/22 |
| 89 | Redacted screen shot of Victim A taken from Exhibit 50 | | |
| 90 | Text messages between Defendant and D.G. from June 22, 2019 | | 10/18/22 |
| 91 | Photographs Shown to Victim N During December 18, 2019 Forensic Interview<br><br>(USA_875-882) | | |
| 92 | Screen shots taken from Exhibit 3, video of SA Ruiz's Review of Defendant's Mega.nz account | | 10/19/22 |
| 93 | Intentionally Omitted | | |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

United States' Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 94 | Intentionally Omitted | | |
| 95 | Text messages between Defendant and D.G. from April 28, 2022 | | 10/18/22 |
| 96 | Intentionally Omitted | | |
| 97 | Intentionally Omitted | | |
| 98 | Intentionally Omitted | | |
| 99 | Intentionally Omitted | | |
| 100 | November 8, 2019 Audio Recording of interview with Victim N<br><br>(USA_890) | 10/20/22 | 10/20/22 |
| 101 | December 18, 2019 Audio Recording of interview with Victim N<br><br>(USA_896) | 10/20/22 | 10/20/22 |
| 102 | Photographs Shown to Victim N During December 18, 2019 Forensic Interview<br><br>(USA_875-882) | 10/20/22 | 10/20/22 |

*United States v. Stefani Kasey Marie Stevens*

ED CR No. 19-00377-VAP

**United States' Exhibit List**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 103 | December 18, 2019 Video Recording of interview with Victim N | 10/20/22 | 10/20/22 |
| 104 | Clip 1 of December 18, 2019 Video Recording of interview with Victim N | | |
| 105 | Intentionally Omitted | | |
| 106 | Intentionally Omitted | | |
| 107 | Intentionally Omitted | | |
| 108 | Intentionally Omitted | | |
| 109 | Intentionally Omitted | | |
| 110 | Intentionally Omitted | | |

*USA v. Stefani Kasey Marie Stevens*

**Case No. ED CR 19-377-VAP**

**DEFENSE TRIAL EXHIBIT LIST**

| Exhibit No. | Description | Stipulation | Objection | Identified | Admitted |
|---|---|---|---|---|---|
| 201 | Combined text messages between SKS and DG | | | | |
| 202 | DG Grand Jury Transcript | | | | |
| 203 | SA Ruiz Grand Jury Transcript | | | | |
| 204 | May 19-20 texts b/w SKS and DG | | | | |
| 205 | May 25 Texts b/w SKS and DG | | | | |
| 206 | June 24 Texts b/w SKS and DG | | | | |
| 207 | Audio recording of interview of Victim N on November 8, 2019 - complete interview | | | | |
| 208 | Audio recording of interview of Victim N on November 8, 2019 - Clip 1 | | | 10/20/22 | 10/20/22 |
| 209 | Clip 1 Transcript | | | | |
| 210 | Audio recording of interview of Victim N on November 8, 2019 - Clip 2 | | | 10/20/22 | 10/20/22 |
| 211 | Clip 2 Transcript | | | | |
| 212 | Audio recording of interview of Victim N on November 8, 2019 - Clip 3 | | | 10/20/22 | 10/20/22 |
| 213 | Clip 3 Transcript | | | | |
| 214 | Audio recording of interview of Victim N on November 8, 2019 - Clip 4 | | | 10/20/22 | 10/20/22 |

1

| | | | | | Identified | Admitted |
|---|---|---|---|---|---|---|
| 215 | Clip 4 Transcript | | | | | |
| 216 | Audio recording of interview of Victim N on November 8, 2019 - Clip 5 | | | | 10/20/22 | 10/20/22 |
| 217 | Clip 5 Transcript | | | | | |
| 218 | Audio recording of interview of Victim N on November 8, 2019 - Clip 6 | | | | 10/20/22 | 10/20/22 |
| 219 | Clip 6 Transcript | | | | | |
| 220 | Audio recording of interview of Victim N on November 8, 2019 - Clip 7 | | | | 10/20/22 | 10/20/22 |
| 221 | Clip 7 Transcript | | | | | |
| 222 | Transcript of entire Nov. 8, 2019 interview of Victim N | | | | | |
| 223 | Video recording of interview of Victim N on December 18, 2019 - Clip 8 | | | | 10/20/22 | 10/20/22 |
| 223A | Audio recording of interview of Victim N on December 18, 2019 - Clip 9 | | | | 10/20/22 | 10/20/22 |
| 224 | Clip 8-9 Transcript | | | | | |
| 225 | Video recording of interview of Victim N on December 18, 2019 - Clip 10 | | | | 10/20/22 | 10/20/22 |
| 225A | Audio recording of interview of Victim N on December 18, 2019 - Clip 11 | | | | 10/20/22 | 10/20/22 |
| 226 | Clip 10-11 Transcript | | | | 10/20/22 | |
| 227 | Image-kaseyj187_2019-05-21 | | | | | |
| 228 | Image-lover7210_2019-05-08 | | | | 10/20/22 | |

2

| | | | | Identified | Admitted |
|---|---|---|---|---|---|
| 215 | Clip 4 Transcript | | | | |
| 216 | Audio recording of interview of Victim N on November 8, 2019 - Clip 5 | | | 10/20/22 | 10/20/22 |
| 217 | Clip 5 Transcript | | | | |
| 218 | Audio recording of interview of Victim N on November 8, 2019 - Clip 6 | | | 10/20/22 | 10/20/22 |
| 219 | Clip 6 Transcript | | | | |
| 220 | Audio recording of interview of Victim N on November 8, 2019 - Clip 7 | | | 10/20/22 | 10/20/22 |
| 221 | Clip 7 Transcript | | | | |
| 222 | Transcript of entire Nov. 8, 2019 interview of Victim N | | | | |
| 223 | Video recording of interview of Victim N on December 18, 2019 - Clip 8 | | | 10/20/22 | 10/20/22 |
| 223A | Audio recording of interview of Victim N on December 18, 2019 - Clip 9 | | | 10/20/22 | 10/20/22 |
| 224 | Clip 8-9 Transcript | | | | |
| 225 | Video recording of interview of Victim N on December 18, 2019 - Clip 10 | | | 10/20/22 | 10/20/22 |
| 225A | Audio recording of interview of Victim N on December 18, 2019 - Clip 11 | | | 10/20/22 | 10/20/22 |
| 226 ✓ | Clip 10-11 Transcript | | | 10/20/22 | |
| 227 | Image-kaseyj187_2019-05-21 | | | | |
| 228 ✓ | Image-lover7210_2019-05-08 | | | 10/20/22 | |

| | | | | Identified | Admitted |
|---|---|---|---|---|---|
| 229 | Image-lover7210_2019-04-19 | | | | |
| 230 | Image-onenonly7210_2019-04-14 | | | | |
| 231 | Photoshop Reference | | | | |
| 232 | SW Affidavit | | | | |
| 233 ✓ | Apple Guides | | | 10/20/22 | |
| 040 ✓ | SA Ruiz's Report | | | 10/19/22 | AAR SL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The defense reserves the right to modify this list at trial, including by adding or removing exhibits.

3