*United States v. Stefani Stevens,*

ED CR No. 19-00377-VAP

# Exhibit 1

to the

United States' Sentencing Position

In my eyes, you will never be a mother. Let that sink in because being a mother doesn't mean giving birth. Being a mother means being everything to your children. The real mother to your son was meant to be your mother instead and to be loved and taught and nurtured by a real woman. Instead of being everything to your child, you are nothing. You're not a real mom or woman and you never will be no matter whether you are behind bars or not. A real mother does not make another mother take her daughter to the doctor to make sure you didn't damage her vagina for the rest of her life by the things you did. A mother doesn't make another mother take her daughter to multiple blood draws and appointments where they poked her little 8-month-old arm over and over again until they could get enough blood so they can check her for STDS. A real mother would never think to do the things you did to someone else's child because they can't imagine or even stomach the idea of doing those things to a child. I thank God everyday that you did not rob A▇▇▇▇'s ability to have children by the vial things that you did to her reproductive system. Why did you do it? Money? Pleasure? Evil? I have no idea what justification you invented in your twisted mind, but I do know that my child was a victim of the ugly world you wanted to create.

You took advantage of our friendship and the trust I had for you. You used my daughter for your own sick pleasure. It haunts me to think about what she was thinking while you were doing what you were doing. Was she wondering why an adult, who was trusted to protect her, was violating her in ways she didn't even understand? Was she crying for me because she wanted to go back to the safety she knew she needed? You let my daughter believe she could trust you and you would take care of her, but instead, you showed her how sick and cruel people in this world can be. As long as I am on this earth, I will be here to protect her from the scum of this earth and you fall into that category. I will forever have my guard up 1000 times more than ever before because of what you did. I will never forgive myself for letting my daughter be anywhere near you. She trusted me and I had no idea I was letting her near a monster. If that is the only good thing that is to be gained from this, it is that. My mother bear sense has been heightened because when my child's innocence was shattered mine went with it. I have noticed I second-guess people more; I lock the doors sooner; I tuck her in tighter and whenever I get the chance I make sure to hug her a little harder.

There is a special place in hell for people like you. I only wish that will come sooner rather than later. But for now, you can sit and think and wonder what your son is doing without you. What your family is doing without you. You can rot and fester and beat yourself up for the things you did but nothing will change that black hole of a heart you have in your chest.

I will go on with my life and I will forget about you. I know the world already has forgotten about you. Just like you are nothing to your son, you are nothing to society. You're not a mother. You're not a woman. You're not human. So now I have to ask myself what I hope you ask yourself for the rest of your life, what the hell are you?