1  E. MARTIN ESTRADA
   United States Attorney
2  SEAN D. PETERSON
   Assistant United States Attorney
3  Chief, Riverside Branch Office
   SONAH LEE (Cal. Bar No. 246024)
4  Assistant United States Attorney
   Riverside Branch Office
5       3403 Tenth Street, Suite 200
        Riverside, California 92501
6       Telephone: (951) 276-6924
        Facsimile: (951) 276-6202
7       Email:     Sonah.Lee@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
                     UNITED STATES DISTRICT COURT
10
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,          ED CR No. 19-377-VAP
12
            Plaintiff,                UNITED STATES' SUBMISSION OF
13                                    ADDITIONAL VICTIM IMPACT
                 v.                   STATEMENTS AS EXHIBIT 4
14
   STEFANI KASEY MARIE STEVENS,       Sentencing Date:   May 8, 2023
15                                    Sentencing Time:    9:00 a.m.
            Defendant.                Location:    Courtroom of the Hon.
16                                                 Virginia A. Phillips

17

18

19       Plaintiff United States of America, by and through its counsel

20  of record, the United States Attorney for the Central District of

21  ///

22

23

24

25

26

27

28

1   California and Assistant United States Attorney Sonah Lee, hereby

2   submits additional victim impact statements in this matter.

3    Dated: April 17, 2023                Respectfully submitted,

4                                          E. MARTIN ESTRADA
                                           United States Attorney
5
                                           SEAN D. PETERSON
6                                          Assistant United States Attorney
                                           Chief, Riverside Branch Office
7

8                                          ___/s/ Sonah Lee_____
                                           SONAH LEE
9                                          Assistant United States Attorney

10                                         Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

**EXHIBIT 4, VICTIM IMPACT STATEMENTS**

| VICTIM IDENTITY | BATES |
|---|---|
| Chelsea of the 2CrazyGurls Series | USA_2223-2224 |
| April of the Aprilblonde Series | USA_2225 |
| Violet of the At School Series | USA_2226-2228, 2739-2741 |
| Henley of the BluePillow1 Series | USA_2229-2232 |
| Braided Zebra | USA_2233-2234 |
| Bright Pink Toddler | USA_2235-2237 |
| Crosstattoo | USA_2238-2240 |
| C from the Dalmations Series | USA_2241-2243 |
| KE from the Dalmations Series | USA_2244-2246 |
| KY from the Dalmations Series | USA_2247-2249 |
| Jan_Feb | USA_2250-2255 |
| Jenny of the Jenny Series | USA_2256 |
| Lexie | USA_2257 |
| Maureen of the Lighthouse1 Series | USA_2258-2259 |
| Marineland1 | USA_2260-2261, 2361 |
| Anna of the Middle Model Sister Series | USA_2262-2263 |
| Mother Full 20121 | USA_2264 |
| Cara of the MotherCouch1 Series | USA_2265-2267 |
| Super Hero Boy1 | USA_2268 |
| Pia of the Sweet White Sugar Series | USA_2269-2273 |
| Tara | USA_2274-2283 |
| Vicky (Lily) | USA_2284-2300, 2985-2988 |
| ZooFamily1 | USA_3382 |