*United States v. Stefani Stevens,*
ED CR No. 19-00377-VAP

# Exhibit 4

## to the

## United States' Sentencing Position

Case Name:      U.S. v. STEFANI KASEY      Conviction Date:      11/01/2022
MARIE STEVENS

Docket#:      19-cr-377-VAP      Request Date:      11/16/2022
2CrazyGurls (Chelsea)

IDENTIFIED VICTIM CHELSEA OF THE "2CRAZYGURLS" SERIES
*CONFIDENTIAL VICTIM IMPACT STATEMENT*

---

## VICTIM IMPACT STATEMENT

I have lost emotional trust of men.  This has affected my ability to have healthy and happy relationships, including a romantic relationship and friendships.  I struggle with depression, my diagnosis of PTSD, anxiety and I am paranoid.  My paranoia creeps-in when I think people are looking at me and have seen the videos of me.  I worry that people, especially men, have seen me naked as a child and recognize me when I am out in public.  When I am alone at home, I triple check the door locks and am fearful of being raped.  My sexuality and sex-life has been damaged because of the videos.  I cannot even touch myself (masturbate) because I feel weird and it makes me sad and cry.  I have lots of trouble sleeping and I often have nightmares.  In my nightmares, I am being raped by men who watched the videos of me.  I have problems with kleptomania, shop lifting.  I think this is because I want to try and make things feel better.  Because of the videos and what those men did, I think I will need a lifetime of therapy for all of my emotional problems.

I think that having sex at a very young age, 13, because of the video's and the men wanting to see me sexual and naked caused physical harm to me.  Because it made me so sexual, I got an STD when I was 15, I got herpes.  Related, the videos added to my poor judgement of boyfriends, so I had sex with boys I shouldn't have, and got STD's.  I also pull-out my hair and have trichotillomania, this hurts my scalp and hair, hurts my looks.  The hair pulling started with the videos and the things the men wanted me to do, to be naked and sexual.  I started using drugs to cope, the men liked this idea too.  I started having eating problems and would stop eating.  Now that I am older, I am disgusted when I look in the mirror and I still have problems with eating and not taking care of myself physically.

I have had probably 100 or more sessions over the years.  Because of my issues, I cannot work as much as I need, I must take time-off because of therapy, Dr. appointments and due to my depression, anxiety and PTSD, all because of the videos and those men.  Some days I cannot even get out of bed, maybe twice or more a week.  I have chronic pain, aches, headaches, which my therapist and Dr's think is the PTSD and depression.  I must drive an hour, each way, to go to my psychiatrist and for my medications.  I can't go onto a computer and go online, fear overwhelms me that I am being watched.  This causes me problems with applying for jobs.  I also think the computer camera's, like on laptops, are recording me and I don't even know it.  That is crazy, but I am afraid.

This is huge and has caused so many problems, like the choices I have made in boyfriends, unable to have good judgement, using drugs and getting attention and feeling

USA_002223

Case Name:    U.S. v. STEFANI KASEY MARIE STEVENS

Docket#:    19-cr-377-VAP
2CrazyGurls (Chelsea)

Conviction Date:    11/01/2022

Request Date:    11/16/2022

IDENTIFIED VICTIM CHELSEA OF THE "2CRAZYGURLS" SERIES
*CONFIDENTIAL VICTIM IMPACT STATEMENT*

good in all the wrong ways socially.  I cannot attend regular school, I think boys and male teachers are all staring at me and have seen the videos.  All they want is to have sex with me.  So, I go to an alternative school.  It is hard enough for me to go there and it is only 9 hours a week of school.  I also must drive to school, no bus picks me up.  So, I am always struggling to borrow a car and pay for gas.  I don't have a car and can't afford one, but I can't go to regular school, no way.  So, I must find a way to drive to school.

Socially, I guess I also lost good judgement, especially with friends and using drugs.  I had awful boyfriends, did drugs and had lots of sex because of the videos and what those men did to me.   Poor lifestyle choices and poor self-care was constant following the videos.  I think this affects my view of the future, I think my future is messed-up and limited because of the videos and what happened.   I don't even want to ever have children because of what happened to me … never, ever.

████████████

1/16/17

2

USA_002224

Case Name:     U.S. v. STEFANI KASEY          Conviction Date:        11/01/2022
MARIE STEVENS

Docket#:       19-cr-377-VAP                  Request Date:           11/16/2022
AprilBlonde (April)

### 'AprilBlond' Victim Impact Statement/November 2020

Being a teenager is hard no matter what.  But because I had to live with a messed up person who abused me and put my abuse on the internet, my life will always be more challenging.  I want to be a normal teenager and it makes me feel angry and violated that I can't.

I have to feel afraid to have a social media profile picture of myself due to fears of being recognized. I am afraid that pedophiles who look at the images of my abuse could try to find me and hurt me or my family. As a victim, it is my right to be notified each time an image of my abuse is viewed. My mom received 22,000 notifications and I had to stop the notifications because it made me have panic attacks.  It also makes me feel weird, uncomfortable, anxious, and sad. It's hard to imagine 22,000 people have seen or shared images of my abuse. It makes me sick to think about how many people there are in the world who don't care they are supporting child abuse.

It is difficult to trust people because I wonder if they have seen the images of my child abuse and are a pedophile. I get nervous when a person looks at me too long or just more than a passing glance. I wonder if they are putting together who I am from an image they saw on the internet. I feel scared, anxious, and angry I could be abused again if a person recognizes me who saw the images of my abuse. I have had to go to therapy to learn to talk about what happened.  I might have to continue going for the rest of my life because the images will always be there.  It's hard to trust people  and when I'm older and want to get married it might be hard to feel close to someone. I hope to have children when I'm an adult.   I know I will be very over protective, paranoid, and struggle to let them be independent because I fear they will be abused.  Instead of those years happy, they could be really hard for me and I might have to get help to deal with those feelings.

As a child I didn't have a choice what happened to me.  Now, I have to suffer twice;  the first time was being abused and the second time is the ongoing anxiety due to the images of my abuse forever accessible.  It's impossible to cope with and accept that I have to live with the images of my abuse being available on the internet indefinitely. These images will live on the internet longer than I will live.  It's very possible I could have to go to therapy for the rest of my life because of this.  If the feelings get too bad, I could have to take medication to help.

I can't get support from my close friends and family about my feelings because I'm paranoid and anxious that if I tell them, they will go to the internet and try to find and look at the images. It feels like nobody knows how I feel. A coping skill is supposed to make a person feel better.  It's hard to feel better about knowing I can't do anything about the images of my abuse being put on the internet and people using those images.

USA_002225

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
At_School (Violet)

Request Date:   11/16/2022

**Victim Impact Statement for "Violet"**

    The following statement cannot begin to cover the totality of the impact the heinous act(s) against our daughter. She is given a "Life" sentence by the people who have downloaded her images of her sexual abuse. She will forever have the stigma and branding of someone's sexual object of pleasure. The lifelong impacts for our daughter are tragic and we are afraid for her future well-being.

    For four long years, our daughters' sexual abuse was recorded on camera and subsequently distributed over the internet. Files were uploaded to secret hiding places where only other sexual abusers know about. The secret vault that caters to child pornography. Today's Information Age of Technology where most people benefit from such advances, has and will become even more so, a living hell for our daughter. As we all know, once something is posted over the World Wide Web, it cannot be taken back.

    The despicable images and videos will forever be available to a person who seeks and finds pleasure in abusing children. Thousands upon thousands of people, all over the world have access to images of our little girl during her darkest days, to do so as they wish with those images. A person can download her image, create their own child pornography movie, share it with other monsters, or keep it for themselves to continuously exploit our daughter in their own private bedroom. Our daughter is a child whom does not deserve to be exploited day after day by everyone that has these images of her. She unjustly has a lifelong sentence of abuse and exploitation.

    As our daughter grows up, and comes to realize the impacts of the sexual abuse and the methodology used in its perpetration, her adjustment into society with these torrid past experiences will be monumental. It will be an ongoing lifelong

1

USA_002226

Case Name:    U.S. v. STEFANI KASEY          Conviction Date:     11/01/2022
MARIE STEVENS

Docket#:      19-cr-377-VAP                   Request Date:        11/16/2022
At_School (Violet)

process for her. To reiterate, her sentence is for "LIFE". The awareness that her sexual abuse is memorialized via the internet and will forever be devastating. Although she is a child, it won't be long until she learns and realizes that thousands of people, all over the world can view her sexual images as long as they wish. She has no control of the circulation of those horrid videos. This is a tragedy. Our daughter will always be a victim each time another monster "enjoys" her videos. Again, this is a horrible tragedy, and leaves us helpless because there is nothing we can do to stop the distribution of such images.

Our daughter is bright, inquisitive and has a heart of gold. She dreams of being a school teacher, perhaps to help and educate kids who have experienced similar abuses as her. Our daughter has natural athletic abilities and is a fantastic soccer and basketball player. As her parents, we are committed to showing her what typical loving family life is like; most definitely a life without ongoing sexual abuse.

Knowing that people all over the world can continue to exploit her is the deepest concern. We dread the day we must tell her the abuse was videotaped and distributed all over the internet. Once she fully comprehends how her suffered abuse has been spread around the internet for others to "enjoy", it will shatter her soul. I repeat, we are afraid for her physical and mental health. While out shopping or eating at a restaurant, we are constantly worried and afraid one of these online monsters would recognize her from videos. If she is recognized, what stops them from approaching her, or possibly intending to kidnap her? As her mother, this is my worst fear. As she grows older and matures, the images of her abuse remain stagnant in a creepers mind. Once she, herself realizes the impact of her abuse there is no telling how she would react.

2

USA_002227

Case Name:     U.S. v. STEFANI KASEY          Conviction Date:     11/01/2022
MARIE STEVENS

Docket#:        19-cr-377-VAP                  Request Date:        11/16/2022
At_School (Violet)

One can only imagine she has the potential to feel violated all over again, she might feel ashamed or embarrassed; she may constantly (be) distracted, she may even feel the abuse was her fault. Adding to these feelings, knowing that she wouldn't be able to take down her online images, would be extremely painful and unnerving. She would feel helpless. As she becomes an adult and becomes more involved in society, how will her childhood abuse and continued exploitation affect her? At this time, we are carefully and constantly monitoring her for adverse signs of the abuse. She is being monitored by a counselor in hopes to become and remain successful in the healing process. There is no telling how much counseling she will need. The sexual abuse act itself is one aspect to heal from, but the more challenging aspect is the simple fact that her abuse is forever available online.

Any person(s) caught with sexual images of our daughter deserves the most severe punishment allowed by the courts. By having our daughters' sexual abuse images online, monsters will continue to exploit her, leaving her with a tremendous amount of pain to deal with. Those individuals must be held accountable for their actions. Our daughter has a "Life" long sentence of victimization and she will need help to recover from the trauma.

I swear and affirm under penalty of perjury that the above statement is true.

Date: _March 28, 2019_

_____
Signature
Mother of "Violet"

USA_002228

Case Name:     U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:     11/01/2022

Docket#:     19-cr-377-VAP
BluePillow1 (Henley)

Request Date:     11/16/2022

USA_002229

Case Name:    U.S. v. STEFANI KASEY          Conviction Date:      11/01/2022
MARIE STEVENS

Docket#:        19-cr-377-VAP                Request Date:         11/16/2022
BluePillow1 (Henley)

Victim Impact Statement

Henley

They always say you never truly know how something is going to affect you until the time comes. I have come to find, from personal experience, that this is beyond true. I am a Survivor of sexual abuse and exploitation. My father groomed me for sexual abuse from the time I was 5 years old. For many years he engaged me in numerous sex acts, which he photographed and videotaped. When I was 12, my father was arrested, and the police came to my school to make sure I was safe. After my father's arrest and conviction, I received counseling for a number of years, but I was not able to forget what happened, or that the photos and videos continue to be circulated among pedophiles. Having received therapy and knowing that the person who created this whole situation will be in jail for the rest of his life does not end the consequences. The effects of the abuse still follow me around to this day and will forever. Although I have come to terms with what happened to me, I fear I may never be able to heal completely because it never ends. It is like constantly having a scab ripped off a wound that is trying to heal.

The fact that I am struggling to write this statement, to tell the court the devastating effects of the ongoing circulation of my sex abuse images is yet one more challenge I face as a result of the crimes against me. My childhood innocence was stolen and continues to be exploited on a daily basis by strangers. Knowing that I cannot retrieve the photos or videos, nor can I remove them from the internet and dark web makes me feel helpless and powerless.

When I turned 18, I asked not to receive VNS notices because I just couldn't bring myself to confront the mountains of evidence that images of my abuse were being circulated. I really just wanted to act like it wasn't happening. However, when I came to understand that 1) I didn't have to get the notices; a lawyer could get them for me, and 2) if I "opted out" of the notices I also opted out of restitution, I realized that my decision to avoid knowing what was happening with the images of my abuse, and the ongoing crimes against me, was making my life harder, not easier.

I have struggled to put the past behind me, but it is impossible, because the most unexpected "trigger" can cause the past to come screaming into the present. I am simply not able to wipe it out or pretend it didn't happen.

The effects of the ongoing abuse are irregular and unpredictable. Every day is a new challenge and I never know what's going to happen. I never know what type of day I'm going to have, due to PSTD, anxiety and triggers. Anything can set me off:  the smell of a certain cologne, how certain males look, hearing the name Jessie (what father called me), hearing my father's name, smelling weed. I have made every effort to try to lead a "normal" life, but I am often derailed, by some unexpected thing (that might seem harmless to someone else) that causes me extreme anxiety and panic attacks.

Among the things I experience on a frequent (but irregular) basis:

- I am scared to leave the house in fear that someone will know who I am and either put me in danger, or make me feel less of myself, or draw attention to me in ways I do not want
- I have extreme fear of being alone especially at night; I lock all my doors anytime I'm showering or changing clothes

USA_002230

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
BluePillow1 (Henley)

Request Date:   11/16/2022

- I have trouble trusting in relationships, communicating, and feeling valued for more than just my body
- I fear that the fact that I am a victim of these crimes could affect my ability to get a job in my chosen career
- Knowing that my photos are forever on the internet and there is nothing I can do about it and having to tell people (prospective employers, for example, or friends who don't know my history) and explain my story is deeply embarrassing. I often feel that I have to justify or explain the most intimate, personal and degrading details, and I also fear that people judge me, that they make assumptions about me, and that I am marked or tainted.
- I constantly question my self-worth, if I am really loved for me, if I'm being cheated on, if I'm not good enough, etc. My own insecurities threaten my relationships.
- My reactions are often out of proportion to events
- I am unable to trust or be comfortable in intimate situations, even with my fiancé.
- When it is really bad, I have full blown anxiety attacks to point I can't breathe, see or move and I may start to scream, or be horribly rude to the people around me, or pass out, not remembering what happened when I wake up.
- My PTSD affects my work due to excessive absences as a result of anxiety attacks or having to take longer breaks/ lunches in order to calm down. My employer doesn't understand why I act the way I do when getting hit on by people who are trying to do business with me, when people flirt with me or make comments about my appearance, or even general the fear that a client or customer knows me because he has seen my images. One time a customer said, "I'd love to see you with just your glasses and nothing else." I had to leave; couldn't brush it off. It completely sent me sideways.
- I often feel that my needs, desires, security are secondary to others

Just having to keep my identity secret to protect myself and insure my safety from pedophiles who have seen my image is a struggle. I am aware of multiple people commenting on the photos and videos, and contacting people saying they know where I live and my whereabouts (a few have come close to finding my address). I have had to change my name, not own property with my name or mother's name on it, and have a safe-at-home program so my information is on no public records, making it hard to do just about anything from get my license to opening a bank account.

Multiple people have sent "fan mail", made comments on the internet and/or contacted law enforcement stating that if I didn't like what was happening to me I "would have stopped it sooner" or "she needs to do the internet a favor and grace us with her body again" and other vulgar and horrific things about my photos, videos, body and what they call "service" to the porn community. I have been approached multiple times in public by either "fans" or individuals who knew my abuser, making it crippling to go anywhere, especially go anywhere alone. While it is distressing to me to know how many people have been caught by law enforcement, it is even more distressing to realize how many have not been caught.

I feel guilt and shame, even though I recognize that I am not responsible for what happened to me. In many ways, I still feel like a child, trapped, powerless, paralyzed, unable to stop or prevent the ongoing abuse.

Case Name:    U.S. v. STEFANI KASEY        Conviction Date:      11/01/2022
MARIE STEVENS

Docket#:        19-cr-377-VAP                 Request Date:        11/16/2022
BluePillow1 (Henley)

As I've gotten older, I've been asked to model. Unfortunately, while that could be a lucrative career, that cannot be an option for me, as I don't want the pedophiles who are looking at the images of my childhood abuse to know what I look like now, or to place myself in danger. I don't want any more photos of myself on the internet! And I am unwilling to allow someone else to own photographs of me.

I am always suspicious of people I don't know, and even of people I know only casually. This underlying suspicion causes me to constantly keep people at an arm's length.

I desperately want to "recover" or at least minimize the effects of the ongoing circulation of photos. I do not want to succumb to hopelessness or depression. I would like to be able to seek therapy and be able to pay for it. I do not currently have the funds to do so.

I would like to find a career where I can progress, contribute and feel a sense of purpose and accomplishment.

I would like to be able to feel confident about myself, to feel deserving of love, to be able to express my love for others, and to banish my fears and insecurities.

I don't know if those things are possible, as long as the images of my childhood sexual abuse continue to be downloaded and possessed by strangers. I feel that the least that these people who don't know me (and who I never want to know!) can do is contribute to my recovery.

The foregoing statement is true, under penalty of perjury and 28 U.S.C. §1746

Dated this _10th_ day of May 2019.

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Braided Zebra

Request Date:   11/16/2022

**Victim Impact Statement of**
**S▮▮▮ C▮▮▮**
**Grandmother of Victim S▮▮ B▮▮▮**

Dear Judge:

I am the grandmother of S▮▮ B▮▮ and am absolutely devastated about what has happened to my granddaughter. She does not know about her image being traded around by perverts, **but I do!** I just wish it would go away. It has impacted our lives knowing that her image is being traded and I just don't know how to adequately tell you how I feel about.

We can never put this behind us knowing that her image is out there. It makes us afraid for her. We worry that someone might recognize her and try to do her harm. We must watch out for her constantly. She can never do the things that other children her age get to do, because we must protect her.

I get letters in the mail about her image being traded around and I worry that some of those people could try to contact us. I am overly protective about her whereabouts at all times and we limit who she is permitted to spend time with. She cannot be a normal kid, and she does not understand this.

This is not a victimless crime. This horrible behavior is creating a lifelong devastation. Thank you for the opportunity to hear my voice on behalf of my granddaughter.

S▮▮ C▮▮▮



Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Braided Zebra

Request Date:   11/16/2022

2021 DEC 27  A  4: 42

U.S. ATTORNEY'S OFFICE

USA_002234

Case Name:    U.S. v. STEFANI KASEY          Conviction Date:     11/01/2022
MARIE STEVENS

Docket#:      19-cr-377-VAP                  Request Date:        11/16/2022
Bright Pink Toddler

**Victim Impact Statement for** ▮▮▮▮▮▮▮▮▮▮ **written by her maternal
grandmother and legal guardian:** ▮▮▮▮▮▮

▮▮▮ was born in ▮▮▮ of ▮▮▮ suffered many episodes of abuse at the hands
of her maternal grandfather who was also my husband during this time. ▮▮▮ is the
victim not only of sexual abuse but also of having images of this abuse traded through the
internet. Her abuser's name is Stephen ▮▮▮▮▮▮ and he is currently serving a 110
year prison sentence for his crimes against ▮▮▮ and her older sister ▮▮▮.

At the time of this statement, June 2014, ▮▮▮ and her siblings, ▮▮▮ and ▮▮▮ all live
with me, ▮▮▮▮, their maternal grandmother. I have had custody of the children
since ▮▮▮▮ due to the neglect and abuse they have suffered in their mother's
home. While they have been in my custody I have personally witnessed several episodes
where ▮▮▮ has displayed sexual behavior that can only be termed inappropriate for
someone only ▮▮▮ years old.

There have been episodes where ▮▮▮ has been the victim of sexually aggressive
behavior from her older sister ▮▮▮, who is ▮▮▮. These two young girls were taught by
their abuser that sex was a game that was both a secret and fun to engage in and that it
was okay if they practiced sexual behaviors with each other. ▮▮▮ and ▮▮▮
interaction has been in the form of me finding them in bed together engaged in sexual
activity.

▮▮▮ has also been caught using sexually aggressive behavior toward their younger
brother, ▮▮▮ ▮▮▮ has tried repeatedly tried to engage ▮▮▮ in sexual "kissing
games". ▮▮▮ is currently ▮▮▮ years old and ▮▮▮ is ▮▮▮ ▮▮▮wants ▮▮▮ to lay
down on her and kiss her. ▮▮▮ is more than willing to engage in the games because he
does not understand them. This aggression by ▮▮▮ has led to these children having to
be closely watched so that no inappropriate behavior is continued. ▮▮▮ is currently in
counseling and while in my care she will remain in counseling for as long as her doctor
feels it is needed.

In order to counteract the behaviors displayed by ▮▮▮ there is constant supervision to
keep any sexual interaction from taking place between these siblings. There are no
shared baths and no shared beds. Bedroom and bathroom doors remain open at all times.
There is very little alone time for these children and an adult is always no more than a
few yards away. Even though the sisters share a room there is no interaction allowed
when changing clothes or dressing each morning. Both girls know that someone is
listening out and checking in on them every few minutes when they are ready for bed.
They sleep in bunk beds and neither girl is allowed to be in the other's bed, even for story
time they remain separated. Their bedroom door is always kept open so we can monitor
their behavior.

The impact that the abuse has had on ▮▮▮ has also been felt through her lack of
boundaries with any adult, male or female. There is no holding ▮▮▮ back from jumping
on anyone's lap and hugging them. ▮▮▮ does not always understand that she cannot sit

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Bright Pink Toddler

Request Date:   11/16/2022

on a stranger's lap or be too friendly with them. Part of it is ▮▮ bubbly socialite personality but part of it is her inability to understand inappropriate touching. ▮▮ has had to be taught that it is not okay to touch breasts or private parts of any adult. She has had to be taught that no one is allowed to touch her except her few female caregivers. She also had to be taught that if her sister, ▮▮, tries to engage her in sexual activity she is to tell her caregivers right away.

▮▮ also does not understand that we cannot discuss the sexual abuse with everyone. She is just now finally beginning to understand that it is not appropriate to tell anyone outside our home that "paw-paw" put his pee-pee on my tu-tu" or that "paw-paw" peed in my face". ▮▮ started discussing these things with me once I gained custody of her and her siblings. She was and still is very verbal about what happened to her but it is with a child-like understanding that she knows it was wrong but she also knows it happened and she needs to talk about it. During her beginning time at daycare I had to make sure that each teacher was aware of the abuse and that ▮▮ might discuss it with classmates. Each teacher had to be warned so that they could handle it discreetly by distracting ▮▮ from talking about it. When ▮▮ starts Pre-K this year I will have to meet with the school staff and make them aware to look for these behaviors as well.

▮▮ was told during the years of her abuse to keep the games between her and "paw-paw" secret from everyone. Her abuser told her that he would go away and she would never see him again if she told anyone about their "games". Her "paw-paw", (as the abusive Stephen ▮▮ was called) was always willing to spend time with her to help fill the void of having no father. We now call her abuser the "bad man" since he deserves no title as endearing and familiar as grandfather or "paw-paw".

▮▮, at this time, is totally unaware that pictures of her engaged in sexual acts with this man and filmed by him have been traded over the internet. I see no reason at this young age to tell her that her abuse was intended to be used for the perverted pleasure of other abusers. Should she have to deal with this aspect of her abuse one day, hopefully she will be stronger and better able to handle it.

I want to address the impact of ▮▮ as a victim to anyone who seeks this type of child pornography through the internet or any other source. ▮▮ is a living-breathing child. She is not a nameless victim. To the person who seeks out this type of pornography I want to add that just viewing these pictures may not have physically harmed her, but it does not mean that that no harm was done. This innocent child is not an object and pictures of her engaged in sexual activity with a child predator are harmful whether or not the viewer of the pictures ever laid a hand on her physically. ▮▮ and her sister ▮▮ suffered abuse by this predatory molester of children. These children will have to live with the fact that their pictures are released to be sought out by a perverted internet user. Seeking, viewing and trading pornographic pictures of innocent children is a heinous crime because it makes victims of the children and encourages those who have the physical contact with these victims to continue abusing them.

Case Name:    U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:    11/01/2022

Docket#:    19-cr-377-VAP
Bright Pink Toddler

Request Date:    11/16/2022

Please read these words as a description of the impact the sexual abuse of this child has had on her. ▇▇▇ is too young to write this letter herself. I am describing the things I have seen and heard as her grandmother.

▇▇▇▇▇  ▇▇▇▇▇

USA_002237

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Crosstattoo

Request Date:   11/16/2022

**Victim Impact Statement for** █████████   **written by her maternal
grandmother and legal guardian:** ███████

██████ was born in November of 2006.  From a very young age she suffered many
episodes of abuse at the hands of her maternal grandfather who was also my husband
during this time.  █████ is the victim not only of sexual abuse but also of having images
of this abuse traded through the internet.  Her abuser's name is ███████ ████████,
and he is currently serving a 110 year prison sentence for his crimes against ████ and her
younger sister ████.

At the time of this statement, June 2014, ████ and her younger sister and brother all live
with me, █████████, their maternal grandmother.  I have had custody of the children
since October 9, 2013 due to the neglect and abuse they have suffered in their mother's
home.  During this time I have personally witnessed several episodes where ████ has
displayed sexual behavior that can only be termed inappropriate for someone so young.
████ has been taught sexual behaviors by her abuser and is now dealing with how to
unlearn these behaviors.

When I have found ████ carrying out these behaviors I have tried to stress the need for
her to stop acting out what she was taught by her abuser.  I have met with ████
counselor and received counseling myself on how to react to these behaviors.  I will
continue to meet with ████ counselor every time these behaviors present themselves
because I believe that ████ needs this reinforcement at home and her caregiver and her
counselor need to handle these behaviors together to give the support and care she needs.

████ is literally so confused that it is emotionally devastating to her when she is
confronted about stopping these behaviors.  She will cry and break down and let me hold
her while she tells me that she does not know why she does the things she does.  So far I
have been the only member of our family that ████ will talk to about her abuse and
about the behaviors she is acting out.  She just wants someone to understand how
confused she is.  She tells me she is ashamed and that there is something wrong with her.
I tell her again and again that she is just a little girl and that she is not the one who did
something wrong.  The abuse that ████ has suffered is deeply rooted in her young mind
and it is going to take years to reverse the way she thinks and feels about sexual behavior.

There have also been several times ████ has been caught acting sexually aggressive
toward her younger sister, ████.  ████ is four years old, three years younger than ████
who at the present time is only seven.  ████ interaction with ████ was in the form of
me finding them in bed together engaged in sexual activity.  Both girls were taught by
their abuser that sex was a game that was both a secret and fun to engage in and that it
was okay if they practiced sexual behaviors with each other.

In order to counteract these behaviors displayed by ████ there is constant supervision to
keep any sexual interaction from taking place between these siblings.  There are no
shared baths and no shared beds.  Bedroom and bathroom doors remain open at all times.
There is very little alone time for these children and an adult is always no more than a

**USA_002238**

Case Name:    U.S. v. STEFANI KASEY          Conviction Date:    11/01/2022
MARIE STEVENS

Docket#:    19-cr-377-VAP                    Request Date:       11/16/2022
Crosstattoo

few yards away. Even though ▮▮▮ shares a room with her younger sister, ▮▮▮, there is no interaction allowed when changing clothes or dressing each morning. Both girls know that someone is listening out and checking in on them every few minutes when they are ready for bed. They sleep in bunk beds and neither girl is allowed to be in the other's bed, even for story time they remain separated. Their bedroom door is always kept open so that we can monitor their behavior and I have been advised by their doctor/therapist to buy a video monitoring system and have it installed in their room.

The impact that the abuse has had on ▮▮▮ has also been felt through her inability to form relationships with other children, especially in school. She has expressed her feelings to me that she is different and that other children make fun of her. ▮▮▮ lacks the self assurance or self esteem to stand up to bullies and has been targeted by other children because she won't defend herself. She has expressed feelings to me that she is a bad kid and feels she is not worth defending. Even after much reassurance that none of the sexual abuse she suffered at the hands of her abuser was her fault she still feels isolated from others and has trouble making friends at school. This year she will be enrolled in private school in hopes that it will boost here self confidence to be in a more controlled Christian environment.

I have personally witnessed ▮▮▮ showing fear and caution when grown men who are strangers try to interact with her. She is very guarded with men and is very reserved in her reactions to them. I have tried to instill caution within her while also reminding her that not all men are like ▮▮▮ ▮▮▮. She has a few very good male role models in our family and these men take extra care not to interact in any way that will alarm her or remind her of her abuser.

▮▮▮ was brain-washed during the years of her abuse into keeping secrets from everyone. Her abuser told her that he would go away and she would never see him again if she told anyone about their "games". ▮▮▮ loved her grandfather very much and the confusion she feels about him is still evident. ▮▮▮ lost her father when she was only two years old. Her "paw-paw", (as the abuser ▮▮▮ ▮▮▮ was called) was always willing to spend time with her to help fill the void of having no father. ▮▮▮ has had to learn at a very young age that some people are dangerous predators and that just because someone says they love you does not mean you should trust them. We now call her abuser the "bad man" since he deserves no title as familiar as grandfather or "paw-paw".

▮▮▮, at this time, is totally unaware that pictures of her engaged in sexual acts with this man and filmed by him have been traded over the internet. I see no reason at this young age to tell her that her abuse was intended to be used for the perverted pleasure of other abusers. Should she have to deal with this aspect of her abuse one day, hopefully she will be stronger and better able to handle it.

I want to address the impact of ▮▮▮ as a victim to anyone who seeks this type of child pornography through the internet or any other source. ▮▮▮ is a living-breathing child. She is not a nameless victim. To the person who seeks out this type of pornography I want to add that just viewing these pictures may not have physically harmed her, but it

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Crosstattoo | 19-cr-377-VAP | Request Date: | 11/16/2022 |

does not mean that that no harm was done. This innocent child is not an object and pictures of her engaged in sexual activity with a child predator are harmful whether or not the viewer of the pictures ever laid a hand on her physically. ▮ and her sister ▮ suffered abuse by this predatory molester of children. These children will have to live with the fact that their pictures are released to be sought out by a perverted internet user. Seeking, viewing and trading pornographic pictures of innocent children is a heinous crime because it makes victims of the children and encourages those who have the physical contact with these victims to continue abusing them.

Please read these words as a description of what it has been like for this little girl to try and come to terms with how she was used and abused by someone she loved. ▮ is too young to write this letter herself. I am the one who has held her through all the tears and I am describing how she feels when she talks to me, her grandmother.

▬▬ ▬▬

USA_002240

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP Dalmations (C)

Request Date:   11/16/2022

## Multiple Victim Series Disclaimer: ███████
Current as of October 9, 2014

The ███████ series has eleven identified victims.  There are three victim impact statements on file.  Two are from victims and the third one is from two victims' family.  In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

USA_002241

Case Name:     U.S. v. STEFANI KASEY          Conviction Date:     11/01/2022
MARIE STEVENS

Docket#:       19-cr-377-VAP                   Request Date:        11/16/2022
Dalmations (C)

/

### To whom it may concerns

I apologize for not being there today my work in California has kept me
there longer than I expected, but I wanted my voice to be heard all the way
across this country. I can't begin to tell you how this situation effected
myself and my family, there are so many effected, truth, responsibility and
justice are words thrown around every home and school around this country,
what do they really mean, How do you tell a child whose been manipulated,
terrorized and victimized that everything would be ok, how do you tell that
same child, tell the truth and justice will avail and the person responsible
will pay for there action, when the person is still manipulating and
victimizing from jail using court system. As the law has it set Mr. ████ has
more rights than my children, I find this really troubling. I could not believe
what I was hearing when the district attorney called to tell me ████ had
wanted to take the plea agreement that had stood from day one day two there
should have been no deal on the table anymore, for my self hearing 50 years
was like a slap on the face as to everything I have taught to my children
since they were young. With truth justice will prevail I don't think any of us
think 50 years as justice. Regardless of the demise of these monsters in this
case. With a 50 years sentence, the thought in Mr. ████ 's head must be
someday I could still get out. The authorities should not have allowed that
thought to have entered his head.

I know with time, counseling and the love of their families all the people
affected by this will move on with their lives – Mr. ████ has not won. I
pray that anyone investigating, prosecuting, or judging this case never has to
hear from a child close to him or her, that someone has sexually assaulted
him or her. It leaves a knot in your stomach and a hole in your heart that can
never be fixed, anyone who says they understand how you feel, and has
never had a child close to them sexually assaulted, can't even imagine until
it happens to you, you have no idea. I don't know if a thousand years would
make me feel like justice has been served. But for the crimes that Mr. ████
has committed 50 years seems like a slap on the wrist. Mr. ████ has hasn't
just taken the hope and dreams of 12 children and how many more that have
not come forward. He has taken the hopes and dreams of our future and for
that no amount of time could be justice enough.

All I can hope is Mr. ████ gets his justice in prison. I thank the court for
the time at least to be heard and I hope the court decides 50 years is not
enough and sentences Mr. ████ to a harsher, tougher sentence that sends a

USA_002242

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Dalmations (C)

Request Date:   11/16/2022

message to all offenders like him that they cannot get away with this kind of
behavior.

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
|---|---|---|---|
| Docket#: | 19-cr-377-VAP | Request Date: | 11/16/2022 |
| Dalmations (Ke) | | | |

### Multiple Victim Series Disclaimer: ███████

Current as of October 9, 2014

The ███████ series has eleven identified victims.  There are three victim impact statements on file.  Two are from victims and the third one is from two victims' family.  In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

USA_002244

Case Name:    U.S. v. STEFANI KASEY          Conviction Date:    11/01/2022
MARIE STEVENS

Docket#:    19-cr-377-VAP              Request Date:    11/16/2022
Dalmations (Ke)



**Victim Impact Statement for the School-Aged Child**

What is your name?
How old are you?                    What grade are you in?

Please explain briefly what led to you originally being victimized or assaulted. You can continue
on another piece of paper, if necessary, to answer this or any other question.

I Mett him at a fair and, the next Imetthim
year through my brother Then wa
yans out at his House bill To b
one of them to Bget me involved whit
it,

Explain how your life has been affected by having images of your victimization viewed and
downloaded by others from the internet and from knowing this is likely to continue occurring.

it makes me fat feel in bembarressed
and I dount like people haveing
they me on the internct.

What sentence would you like a judge to order for someone caught sending, receiving or
possessing sexually explicit pictures of you?

80 year in Jail

USA_002245

Case Name:   U.S. v. STEFANI KASEY      Conviction Date:    11/01/2022
MARIE STEVENS

Docket#:    19-cr-377-VAP                Request Date:       11/16/2022
Dalmations (Ke)

Describe any psychological or emotional long term effects that have occurred, and/or you expect
will continue to occur, as a result of the defendant sending, receiving or possessing sexually
explicit pictures of you.

*Some people don't forget*

Is there anything else you would like the judge to know about how you feel because of what has
happened to you?

*Tortured*

USA_002246

Case Name:     U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:     11/01/2022

Docket#:        19-cr-377-VAP
Dalmations (Ky)

Request Date:     11/16/2022

**Multiple Victim Series Disclaimer:** ▮▮▮▮▮▮
Current as of October 9, 2014

The ▮▮▮▮▮▮ series has eleven identified victims.  There are three victim impact statements on file.  Two are from victims and the third one is from two victims' family.  In order to ensure that the victim impact statements for this series correspond to the child[ren] in the photo(s) you have charged, please contact the case agent for this series and have him or her identify the child[ren] in the photos you have charged.

USA_002247

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:    11/01/2022

Docket#:    19-cr-377-VAP
Dalmations (Ky)

Request Date:    11/16/2022



### Victim Impact Statement for the School-Aged Child

What is your name?
How old are you?                What grade are you in?

Please explain briefly what led to you originally being victimized or assaulted. You can continue
on another piece of paper, if necessary, to answer this or any other question.

I mett him at the fair and
the next yes we mett through
a friend. hangwout at his house
he told the other kids to get
us invoIved.

Explain how your life has been affected by having images of your victimization viewed and
downloaded by others from the internet and from knowing this is likely to continue occurring.



makes me feel embaressed
don't really tell any body
don't like to talk to Police

What sentence would you like a judge to order for someone caught sending, receiving or
possessing sexually explicit pictures of you?



humped to deth by a
horse and make the bee+
aids and die

USA_002248

Case Name:     U.S. v. STEFANI KASEY     Conviction Date:     11/01/2022
MARIE STEVENS

Docket#:     19-cr-377-VAP     Request Date:     11/16/2022
Dalmations (Ky)

Describe any psychological or emotional long term effects that have occurred, and/or you expect
will continue to occur, as a result of the defendant sending, receiving or possessing sexually
explicit pictures of you. Don't have any

Is there anything else you would like the judge to know about how you feel because of what has
happened to you? that they all should
get hump by a horse
and get aids and get
std and all the other
kinds of sickness
in the world sis

USA_002249

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Jan_Feb

Request Date:   11/16/2022

**Series Disclaimer:** 
Current as of May 6, 2014

The mother of this victim has provided more than one victim impact statement. Attached here is the most current statement on file for this victim. The victim's mother has indicated that she wishes this statement to be used by prosecutors instead of, and not in addition to, any prior statements. The prior statements prepared by the victim's mother can be provided upon request.

USA_002250

Case Name:    U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:    11/01/2022

Docket#:    19-cr-377-VAP
Jan_Feb

Request Date:    11/16/2022

08/26/08

To Whom it May Concern:

I am writing this statement as the mother of a child who was used to produce a series of
pornographic images that have been identified in this case

I have struggled for quite some time with how to balance seeking justice on my daughter's behalf
with protecting her privacy (or what is left of it after the nightmare of the past few years.) I am
providing the following statement in the interest of justice, but I also ask the court to Please place
under seal any court documents that contain my daughter's name, my name, or any other identifying
information (such as the name and relationship to her of the abuser)

USA_002251

Case Name:   U.S. v. STEFANI KASEY          Conviction Date:   11/01/2022
MARIE STEVENS

Docket#:     19-cr-377-VAP                  Request Date:      11/16/2022
Jan_Feb

**Contribution:**

From 2002-2003, my daughter was abused repeatedly to produce images for the purpose of being traded/shared over the internet. Without a market to receive and trade those images, without the encouragement of those who wanted to acquire the images, I truly believe this abuse would not have occurred.

All those who trade these images and thereby create the demand for lurid and violent depictions of children are participants in the exploitation of my daughter. Each traded picture that placed a value on inventiveness, novelty, or cruelty played a role in egging on the abuser to even more vile acts.

The pictures of my daughter were "made for trade" - her abuser adapted to serve his market- whatever his audience was looking to acquire, that's what happened to her. Torture, degradation, pain & suffering – whatever was being traded for and downloaded directly influenced what happened to her – and what is still happening to other children like her.

My daughter was exploited, not only by an individual, but also by an industry that consumes and destroys innocent children.

Producer, distributor, and consumer- everyone who participates in this evil exchange helps creates a market, casting a vote for the next abuse. Regardless or whether they directly abused children themselves, reveled in the images of suffering, or persuaded others to abuse children on their behalf (to provide images of the abuse) each participant has a responsibility for the effects.

**Effects:**

What are the effects? I've watched my daughter transformed from a buoyant, cheerful child full of energy and enthusiasm, to an anxious and fretful shadow of her former self. And I've then watched the painful struggle as she's worked to overcome the damage done, and build a new life for herself.

She still can't talk about what happened to her- just a whisper now and then with her eyes wide with horror.

During the time these pictures were being made, she had steadily been falling behind in school. And not due to any lack of ability - she tested well above average in intelligence. She seemed to be unable to focus. And no wonder. As her classmates learned to read and spell, school their biggest challenge, she had been living a silent hell, unable to communicate the source of her distress.

Even now, she has so much trouble even talking about what happened, I can't even hope to do justice in words to her suffering. Only a child who has suffered meaningless sadistic torture, for another's idle amusement, could even begin to know.

USA_002252

Case Name:    U.S. v. STEFANI KASEY     Conviction Date:     11/01/2022
MARIE STEVENS

Docket#:     19-cr-377-VAP              Request Date:        11/16/2022
Jan_Feb

Once she was no longer being used to produce those horrible pictures, she began to recover and was able to concentrate on school like other children her age. With many months of tutoring, and constant hard work on my daughter's part, she began finally reading with confidence. Regaining lost ground in math was harder, but she was finally able to do it. She's a tough kid. She's had to be.

Throughout this nightmare, I'd longed to put my arms around my child and comfort her. But her experience left her distrustful of any touch - a hug, a kiss, an arm around the shoulder - all met with disdain and shouts of "no smooshies." For months, the only creature she would hug was the stuffed toy she carried to bed with her.

The little girl who once played at dress up and called for me to come see how beautiful she was, now hates being called pretty. She's learned that being "pretty" attracts the type of attention she dreads. After extensive therapy, she's beginning to recover now: she no longer smears food on her face, or pulls tangled hair over her eyes to hide behind, as she used to. It's less often now that she rubs her hands raw, washing them over and over again, trying to feel "clean". She even comes to mom for hugs now and then.

But the fear is not entirely gone. The strategically placed broken toys on the floor ("to hurt the feet of the bad men if they try to sneak into our house") have been replaced with martial arts lessons, which she practices with a grim determination "to learn how to protect myself". And then there's the shadow that still comes over her face if a stranger gives her an unexpected complement. The pictures are still out there...

My daughter is a courageous and resilient child, and I know that she will continue to find the strength to cope with the losses and suffering she has endured. But I also know that this will always be with her, a cross she has to bear in her life. As she grows up, looks for companionship, marries, when she holds own children in their arms- the fear and doubt brought on by this living nightmare can never be entirely erased.

**Forever**

My daughter understands that some police and social workers have seen "the pictures". The account of how she was saved - how the policemen on the internet saw that a little girl was being hurt, and wouldn't stop looking for her until she was found and rescued- she likes hearing that. But now that she's growing older and realizing the extent of the internet, she's also beginning to grasp the darker side of the story - how many people saw those same pictures as something to enjoy rather than abhor.

We have no way of knowing how many pedophiles used the pictures of her being tortured and degraded as an opportunity for personal gratification. Someday, the full realization will surely strike her. I dread the day when her anxious question "have they seen the pictures?" becomes a daily trial for her with every new face, as I know it already is for me.

USA_002253

I struggle with anger at the unbounded nature of this continuing exploitation and the arrogant callousness of those who perpetuate it.

If I had my way, each and every image of my daughter's sufferings would be burned. Then she would no longer have to worry about those images being used to further hurt or humiliate her. But as it is, there are those who have no shred of decency, and continue to copy and pass on these pictures. Each person who callously passes on those sickening pictures is exposing my daughter to further shame and humiliation. As long as this continues, the pictures will always be out there.

My child dreams of accomplishing great things in her life. She sees herself one day becoming a famous movie star, or president, or both. Whenever I think about this, I am overcome with fury at those who keep these pictures alive, always waiting to be exploited in the future by the unscrupulous to cause further pain.

**A mother's fear**

Every parent knows that there are individuals out there they desperately want to keep their children away from - the sadistic predators, the merciless fiends that would prey on young lives. Each horrible, tragic tale that appears in the paper brings the silent prayer- "not my child!  Please, not my child!" My daughter has already suffered so much - it seems an outrage that anyone would put her at further risk.

But then there's the cold reality - who bothers to risk prison to acquire pictures of a child being tortured and abused? Exactly the type of fiend that a parent fears! Surely the people who pass on these pictures know they're exposing the children in them to the risk of being further victimized! But it must not matter to them.

The more widely distributed these pictures become- the larger the audience- the greater the chance that they will fall into the hands of someone who feels that just looking at the suffering is not enough. Who wants to follow up with a more personal relationship. I do not want my daughter advertised to these fiends as a victim!  I don't want her to have to worry when she sees a flash of recognition in a stranger's eye that they may recognize her not as a person, but as an object for abuse!

**Not alone**

"What about the other kids?" my daughter asks me.  She knows she was not alone in being exploited – her abuser used her image to trade for thousands of others. There's no answer I can give her on why her prayers for rescue were answered, when so many others have not been.

For more than a year, she suffered humiliation and torture while her pictures were being traded and her abuser practiced "improving" the product he was providing.  Any one of the folks who acquired her picture could have reacted in a decent, human matter and contacted the police to let them know a helpless child was being tortured.

USA_002254

Case Name: U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date: 11/01/2022

Docket#: 19-cr-377-VAP
Jan_Feb

Request Date: 11/16/2022

But they didn't – not one of them. She was only rescued when the police finally found her picture in an arrest. Everyone who downloaded or traded for those pictures, enjoyed their entertainment, and never thought to help- just prolonged her suffering.

And those other kids? The ones she still worries about? Who's moms aren't writing statements now because they don't know what's being done- because their children are still being used to produce entertainment for those who never stop to think of them as real human beings? Their suffering continues...

Worse yet are those who have been disposed of entirely (as my children and I would have been had the police not found my daughter's abuser first. I learned first hand the extremes to which those who exploit children will go when her abuser confessed to having hired men to kill us to get rid of us). Thank God my daughter was rescued' But the silent images of the unrescued children should shout just as loudly the real horror of this crime.

**Responsibility**

I can find no words to express the fury I feel at those who participate in this evil, or my scorn for any attempt to minimize the responsibility by feeble claims that the crime was "victim-less". My daughter is a real person. She was horribly victimized to provide this source of "entertainment" She is exploited anew each and every time an image of her suffering is copied, traded or sold. While the crime is clearly conscienceless, it is hardly "victim-less".

I asked my daughter what she most wanted to ask of the judge. Her request: "Please, don't let them pretend no-one's getting hurt!"

She had some words for the defendant as well: "don't you know no one should do that to a little girl! Don't you know it hurts!"

As the mother of a child victimized by this crime, I would ask that the court take into consideration the damage done by this heartless crime to my daughter and others like her (including those children who still wait for someone to rescue them from their exploitation, and have no-one here today to speak for them ) and impose a sentence that takes into account the full impact of the crime on the victims.

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS                          Conviction Date:      11/01/2022

Docket#:      19-cr-377-VAP              Request Date:        11/16/2022
Jenny

Victim Impact Statement

"Jenny"

I'm 18 now and so I am writing this to have my own voice in my victimization when I was a child.

I was only seven when my predator began molesting me and photographing me. It went on for two years before they found him on the internet sending pictures of me to men. Then they found me after arresting him, but my life has never been the same. I have lived my life uncomfortable with men and boys around. I am always conscious of my clothing and making sure no one can see any parts of me. I worry about the pictures of me that are out there and I hate that others see them. I have feared over the years that someone would recognize me in public. I wish only that every single one can be found and destroyed someday. It is upsetting thinking about them and I want them to go to jail for doing it.

Not many people know what happened to me and if they know anything it is not the whole truth. I don't want people to know and I want to forget it but I cannot do that all the time. I want to shut off my brain so many times.

I want my perpetrator to stay in jail forever and I fear when he gets out. It has been so hard to trust anyone, even family and friends sometimes, since he did those things to me. I went to therapy for a while but I stopped because I just wanted to forget it. With the pictures still out there I can't.

USA_002256

Case Name:     U.S. v. STEFANI KASEY          Conviction Date:        11/01/2022
MARIE STEVENS

Docket#:       19-cr-377-VAP                   Request Date:           11/16/2022
Lexie

Victim Impact Statement                                        Jessica ███████

     The last few years have been extremely difficult for my family.  The day I found out what Charles had been doing to my daughter I had been at the hospital with my grandfather; he was having surgery for a brain bleed. I arrived home that night and had finally sat down for less than 2 hours when there was a knock on the door. Next thing I know, all of us are being pulled out of the house by officers into 40-degree weather. Everything was a blur from then on. I remember being so frustrated that my kids were outside and I wasn't allowed to even put shoes or coats on them. I was not able to go inside to get what they needed and had to ask the officers to find it for me. I wasn't allowed to call my grandmother to come help with them. Late that night ███ and I were taken to the FBI building for ███ to be interviewed until past 1am. Ever since that night, life has ranged from being difficult for all of us to downright impossible to comprehend.

     Immediately following the raid, ███ was put through multiple interviews with child advocates asking her about what had happened to her. I was told I was not allowed in the room so that she wouldn't be coached through answers, but that also meant… I couldn't comfort her while she was forced to recall and relive…the events. Since then she has experienced declining grades in school, behavioral problems (such as angry outbursts, crying uncontrollably and hiding under the table) and has difficulty knowing appropriate boundaries. We immediately sought counseling for her to try to get her to talk about or help process what happened; however, she just refuses to talk to anyone about it. This has led to her being diagnosed with-PTSD, anxiety, depression and sleep disorders.

     This ordeal has affected my son as well who does not respond to change due to a diagnosis of ADHD. He lost someone who had been a big part of his life and he looked up to as a father-figure. Suddenly the person he did "guy stuff" with was no longer around. He blamed his sister for what happened because he just didn't understand what was going on. This, of course, led to a lot of animosity between him and his sister causing several fights, arguments and undeserved anger. We had to move immediately and they were placed in different schools where neither knew anyone. This only made them feel more alone! They had to leave all their friends, everything, and everyone they knew from school and the neighborhood. He didn't want to go to school and didn't like the kids in his class. He is just now starting to be okay with some of the changes that had to happen because of the situation. However, they are still so angry at each other and this is still a work in progress. I worry every day about how I'm going to help mend that bridge for them.

     How do I put into words what this has done to my children and me? How could I have not known for so long? Since I found out about what was going on, what little I was told about what truly happened, I just can't trust most everyone. Leaving my children with anyone for any length of time is almost impossible. I have now started going to counseling myself for what happened. They have prescribed medication for anxiety, depression and sleeping disorders, as well. When everything first came to light, I was so angry! They are one of the reasons I was able to get through this! I just had to! I should have noticed something earlier, done something earlier! After seeing the pictures, I haven't stopped worrying about what did happen to her. Why she can't bring herself to share with me or, anyone.

     I have been informed, after she turns 18, she will be notified every time her pictures are found "during an investigation". ███ for the rest of her life, will be "updated" and reminded of the events! How do I explain to her and protect her from all of this? How do I protect her from all this? How do I try and help her think "it will be okay"?

     When I was first asked to write this statement, I was informed there were 5 other cases pending that involved my daughter. That was a few months after he was arrested. Now almost, 3 years later. I have received over 700 different e-mails or correspondence informing me that her photos, "have been involved in a new case." I receive 3-18 mailings a day, this is consuming a large portion of my life! I try always to collect the mail first so my children don't see the letters. I've wrestled with how to, regaining and rebuilding my children's happiness/trust. All I can truthfully say is that I would like to see the offenders prosecuted for their crimes to the fullest. I want my daughter to grow and be able to be happy in spite of all of this… to be okay!

     I want my daughter to realize life doesn't just take from a person! I want her to know there are good people out there that will watch out for her. I want, her to be happy again…!

*Jessi* ████████
7-27-17

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP

Request Date:   11/16/2022

Lighthouse1 (Maureen)

To whomever it may concern,

One in five women and one in 10 men will be raped or sexually assaulted in their lifetime. Nobody is really safe. I don't trust anyone around my children or myself. I always carry pepperspray when I leave my home. I always am hyperaware of anyone who crosses my path. I stay vigilant of anyones eyes who linger to long on me for fear someone might recognize me.

I find that the justice system is failing children and people of these crimes. I knew a man who molested a child and only got five years in jail. Ruined a child and only got five years. This happens to often. Men, women, and children after such a crime is commited against them should not have to worry about crossing paths with these people.

Being a victim of this kind of crime becomes permanetly suspicious. If someone calls you pretty or says you look good you can't help but feel like they have an ulterior motive. You have to think if they are thinking of you in a sexual manner. Nobody should have to feel like this.

USA_002258

Case Name:   U.S. v. STEFANI KASEY   Conviction Date:   11/01/2022
MARIE STEVENS

Docket#:   19-cr-377-VAP   Request Date:   11/16/2022
Lighthouse1 (Maureen)

When Justice isn't served for the victim you feel as though the court has supported the criminal. These people do not change. Offenders with a previous sex offense conviction have a 37% re-offense rate. Sex offenders that will commit another crime, non-sexual in nature is 70%. On top of all of these facts only 10% of sex crimes actually end in a criminal conviction.

The victims need support now. Many like myself have PTSD, need counsling, or some other form of help. The courts need to start making a difference for these families. People need to know that sexual assault, rape, and molestation of anyone will not go unpunished.

An

USA_002259

Case Name:    U.S. v. STEFANI KASEY          Conviction Date:      11/01/2022
MARIE STEVENS

Docket#:       19-cr-377-VAP               Request Date:         11/16/2022
Marineland1

VICTIM IMPACT STATEMENT

I am writing to tell you what it is like for me to know that pictures of what my father did to me are on the internet. I am told that there is a known group of my pictures that is labeled the ▮▮▮▮▮▮▮series. My natural father sexually molested me when I was a child. First he woke me up at 3-5:00 in the morning on school nights to take pictures. First the pictures were of me with my clothes on, then he made me take my clothes off for the pictures. Then he made me look at pictures of other people—men and little girls —who had their clothes off. He said it would give me ideas. As things progressed he started molesting me and taking pictures of me in more  and more private and uncomfortable poses.   He molested me with his own body parts and sometimes with a vibrator.  He took many pictures and I know now that he sent those pictures to his "friends" and many other people on the internet.

My father is now in jail and will be for a long time. And I am not a child anymore. But I worry that the people he sent my pictures to will come after me and try to do the same things to me again.  I worry that the pictures of me and what he did have been passed on and on and on to many other pedophiles and any one of them or more could be in my neighborhood or at the store I go to or anywhere around me.  I don't go out of my house unless I have a friend with me I really trust.

I am afraid that someone from the police will call and tell me that they found more pictures on other people's computers.  Every time someone else sees pictures or videos of me it feels like they are the ones who hurt me to begin with.  It feels like they are the ones who did this to me, like they are my father and they just want to use me for their own pleasure.  It is like I am just here for other people's pleasure and am not a person myself with my own wants and needs.  If you are looking at pictures or videos of me, or any other child for that matter, then you are hurting every one that you look at.  Anyone who looks at those horrible pictures of me or other children are abusing us.  Anyone who looks is keeping my pain going for the rest of my life. I cry at night because of this.  Even though I don't know the names of all of them, I know that they are out there and I am afraid that they are all around me.  My fear keeps me from doing things that other girls my age could normally do, like go to school or have a job or be social with more than just the very small number of people that I really trust.

I need help.  I have never been able to have any counseling or therapy or someone to talk to help me deal with my fears and nightmares and my problems in getting along in life.  I have medical conditions too, and the stress I have from my fears makes my pain worse. I am only able to work in things I can do at home, like child care.  I would love to have a daycare business, but my medical conditions are so  much worse due to my stress that I cannot work and have had to give up caring for the children that did come to me.

I ask that the judge who sentences anyone who is convicted of having or trading my pictures make that person contribute to the costs of a counselor for me.  I am told that a

USA_002260

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Marineland1 | 19-cr-377-VAP | Request Date: | 11/16/2022 |

good counselor for the problems I have will cost at least $100 every time I see her.  I would like to be able to do this so that I can get the help I need to get on with my life.  I have no ability to pay for any counseling costs.  I have no job, but would like to have one.   I hope that the court will help me by granting me restitution from the people who have and trade my pictures.

DATE: 5 - 30 -14

USA_002261

Case Name:     U.S. v. STEFANI KASEY          Conviction Date:        11/01/2022
MARIE STEVENS

Docket#:        19-cr-377-VAP               Request Date:           11/16/2022
Middle Model Sister (Anna)

The name I go by is Anna. I am a victim of child sex abuse and child pornography. I was

sexually abused at a very young age, starting when I was 4 and ending when I was 6. I was

abused at the hands of my father. He was part of an international child pornography trading ring.

He shared the horror he inflicted on me and because of that, people are still viewing my abuse

for their pleasure.

When I started receiving the email notifications from the U.S. Department of Justice I

was 18, and only then did I start to understand the full extent of what my father had done to me. I

had always known the images were out there, but it wasn't until I was older that I was finally

able to understand that what he had done was wrong. Not only had he abused me but he had

allowed others to share in that pleasure he got from abusing me. They love what is being done to

me, they want more. They wish they had me.

There are and will be so many people out there taking pleasure in watching me suffer, in

watching the most terrifying and humiliating moments of my life. Not knowing who has seen

you in your most vulnerable moments is a horrifying thing. I can't help but wonder when men

look at me if they've seen me like that. When men look at me in a certain way, it reminds me

that there are still people looking at my images forcing me to remember that I am still vulnerable

and exposed. It will never stop. I can't move on. I am helpless to do anything about it.

There's a constant feeling of violation, distrust, and anxiety. The extent of my sexual

abuse being shared constantly affects my life. When I was in high school, I was a great student. I

was in the top of my class, captain of my sports team. An ambitious student. Then at 18, my past

resurfaced when the FBI agent reached out to me. My world started to change, I started doing

poorly in school, eventually failing out of University. I started engaging in unhealthy

relationships with much older men. I have and still struggle immensely with insomnia. At night

USA_002262

Case Name:    U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:    11/01/2022

Docket#:    19-cr-377-VAP
Middle Model Sister (Anna)

Request Date:    11/16/2022

the anxiety becomes unbearable and I struggle every night to fall asleep. I started drinking to cope with this newfound understanding of my situation. I stopped moving forward, and was stuck in this place. I want to emphasize that these behaviors are completely uncharacteristic of who I believe myself to be.

I had finally come to understand that the pictures of my abuse were going to be out there forever. My past continuously haunts me and is much harder to leave in the past when I know others are still watching.

My childhood was stolen from me, but because there is this record of my abuse, it continues and will forever affect my life in ways words cannot express. My images will probably always be circulating the internet, but this person is perpetuating this. This person chose to view the images of my abuse for their pleasure. By having done this they are allowing and encouraging more young victims to be groomed, they are normalizing the sexualization of children, and they are watching the abuse a non-consenting child had to suffer.

I implore you to understand that this person is primarily why I continue to suffer. I ask the court to order restitution in addition to other punishment so that they are held fully accountable for what they've done to me. Also, that I may begin to build a life where I can be healthy, strong, and safe.


Sincerely,



Anna

*Anna is my pseudonym to keep my identity private; my true identity can be confirmed by speaking with my attorneys

USA_002263

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
|---|---|---|---|
| Docket#: | 19-cr-377-VAP | Request Date: | 11/16/2022 |
| Mother Full 20121 | | | |

This letter is to serve as a victim impact statement and restitution request in every case that DJMW is identified in as a victim. DJMW has suffered greatly as a result of the crime that was committed against her regarding the Mothefull2112 case and has been exploited sexually do to this crime. DJMW suffers severe anxiety attacks and has been diagnosed with anxiety, depression, visual and auditory hallucinations as a result of the crimes committed against her. She is in therapy weekly and is on several prescription medications to help her deal with the ongoing effects of this abuse.

While DJMW does everything that she can to lead a normal life the events of her past have severely impacted her health and well being and continues to cause her ongoing and severe mental health issues. The impact of the abuse that was inflicted upon her is massive and she will suffer its effects for the rest of her life.

Please consider this statement in every case that is brought to light as every time the video that was created is viewed, ▮▮▮ is again made a victim. The fact that this video is on the internet and cannot be stopped is an ongoing abuse that will impact her life and wellbeing for the foreseeable future.

We are also requesting all restitution that is available to help offset the costs of her ongoing treatment and any future treatment that will be required.

Thanks

T▮▮▮ ▮ ▮▮▮▮ and P▮▮▮ ▮▮▮▮▮▮▮▮.

Although most of DJMW expenses are covered through Medicaid there are still financial impacts to her and the rest of our family. I (T▮▮▮ ▮ ▮▮▮▮) have not been able to work a full-time job as I'm constantly having to be home for doctors appointments and counselling sessions (while my wife P▮▮ ▮▮▮▮▮▮▮▮ is the sole provider) in line with DJMW ongoing treatment. This impacts our family's ability for any meaningful saving and the ability for us to save for DJMW further education (College savings) or any extra funds that would go towards the betterment of DJMW quality of life. While I do not have a specific dollar amount available we would like to use any restitution available to help DJMW prepare for her future such as setting up a fund for college and being able to afford all of the expenses that come with her future educational plans. Without my ability to be able to work full time and focus my time and energy on DJMW we (our family) is greatly impacted and not able to set aside any significant saving for our child's future. The main goal of requesting restitution is to try and ensure my daughters future education, growth and well-being. In addition to cover DJMW future expenses once her Medicaid coverage stops.

Thank You

T▮▮▮ ▮ ▮▮▮▮ and P▮▮▮▮▮▮▮▮▮s

USA_002264

Case Name:    U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:    11/01/2022

Docket#:    19-cr-377-VAP
MotorCouch1 (Cara)

Request Date:    11/16/2022

VICTIM IMPACT STATEMENT of "CARA"

My name is "CARA" and I was sexually abused as a child by my biological father, who also photographed, and video recorded my sexual abuse. The images and videos of my sexual abuse are being circulated on the internet.

It makes me very uncomfortable to know images of my sexual abuse are circulating and that people are looking at it, doing who knows what while they are watching it.

It blows my mind that it's still going around after all these years. Technology has changed. I am now an adult and it happened to me when I was so little. I was a child. And people are still watching it.

It is always on my mind, that those images will always be circulating.

It's hard to explain how I feel. I know that I have accepted that the images of my sexual abuse were made and sent out there, and that it will always be circulating. But as a parent, I am cautious of my kids going anywhere. I don't trust anyone to take my kids because I know what my dad did to me and my friends. And I don't want that to happen to my kids.

I do notice that I don't connect with people. As a teenager, I was sexually active, and I didn't connect love with sex. It didn't connect for me.

Now, I am not connected with my husband. He does notice. We have our issues, and issues with intimacy. It has affected my relationship with my husband.  It's probably why I am the way I am. I feel that because of what I went through, and how I know people are still looking at what happened to me that I am disconnected.

It has crossed my mind that my online exploitation has caused me to fear for my safety and the safety of others. A lot of people have asked me, but people don't like to talk about that stuff. The fact that I don't tell people, if I tell people, they are surprised by it, they judge me for it.

The thought of what happened to me grosses me out. I didn't understand what was happening as a kid, but now I do. It grosses me out that anyone would want to look at that.

Sometimes I understood he was taking videos of me when I was being sexually abused. But he would give me medicine to make me sleep and give me alcohol in my drinks. I didn't know the extent of the videos until it came to light. So, I was aware of some of it, but not all of it.

USA_002265

Case Name:    U.S. v. STEFANI KASEY        Conviction Date:    11/01/2022
MARIE STEVENS

Docket#:       19-cr-377-VAP             Request Date:      11/16/2022
MotorCouch1 (Cara)

I do monitor my kids' access to internet and look at their internet history. They are not
allowed to be on social media. My kids are allowed to access the internet and play
games, but they are not allowed to go on chat sites.

I don't let my kids go anywhere else, unless I know the parents and trust them. I don't let
them play outside. I don't let them go to neighborhood friends, unless I am there.

I have never taken any therapy. It was offered but I haven't taken the opportunity. I think
I wasn't ready. I think I would probably benefit to go therapy. I have realized that things
that have happened to me, and what is still going on, have affected me in my life, and
that I should talk to a therapist.

The things that have affected in my life that I realize include my relationship with
my husband, and also, I have really, really bad anxiety. I really don't like people. I don't
like going into places, I don't like going into Walmart by myself. I have panic attacks and
anxiety attacks.

Its other things that trigger the panic attacks and anxiety attacks, in particular being
stressed out and overwhelmed. I saw a general practitioner and I was diagnosed with
major depressive disorder. It is a combination of depression that anxiety that causes the
panic attacks.

What happened to me as a kid and what continues to happen now with my online
exploitation has caused my whole life to be a mess. I do have feelings of being
worthless and being not good enough. I want to be alone; I don't want to be with
anyone. I feel like anyone would be better without it.

Even though my dad sexually abused me, and put my sexual abuse online, he was
sweet to me. I didn't know it was bad until I was told it was bad. It was uncomfortable.

My anxiety and depression pushed me back. I tried to go to school, I couldn't handle it. I
have problems with my husband and we have our issues. Even me having a job, I was
a stay at home mom for 8 years. I didn't have time for me because I had to be a mom.

I do get flashbacks. I look at my own kids and think, how could that happen? I think
about the stuff that has happened to me when they are in the bath.

I have thought about the fact that someone might recognize me from my videos. One
case in particular, I was a teenager and I was pulled over for speeding. They said there
was a weird file on my name in the system.  The only thing was that I could think of was
that I was protected by the FBI. Could you look up my dad's name and see what he did?
Did they put my name and his together and think of something?

It is not something I have thought about a lot, over years. I did not want to be notified
every single time someone in the world accessed or possessed images of my sexual
abuse. I knew people were looking at it and I didn't want to know every time it

USA_002266

happened. It's depressing and sickening to know that people were looking at images and videos of my online sexual abuse when I was a little girl and that they were getting pleasure from it - my abuse.  But I need help and so I recognize that I need to ask for it. Now I want the people who take pleasure from my abuse to make up for that by helping me get the therapy I need.

I want people to know that just because this happened to me as a child, that it doesn't continue to prevent me from being a good mother and a worthwhile person as an adult. I am a person who deserves respect.

_8/24/2021_
Date

_Cara_
"Cara"

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP

Request Date:   11/16/2022

Super Hero Boy1

The Burden We carry every day is unimaginable.

This situation is never something that you imagine would happen to your child. I had heard about it and knew that this type of evil existed, but never thought it would happen to my family. That all changed with one phone call. I was at work that day and my phone started ringing every couple of minutes. I stepped away and got the news that I needed to leave work immediately and meet with detectives. They told me it was about my son and my heart sunk. Not my child not my little boy he was my world. they calmed me down and told me he was safe now, but they need to meet with me as soon as possible. I pulled myself together and drove to meet them.    It seemed bad when I was on the phone but when we met, they proceeded to tell me what had happened to my son. The world collapsed around me. everything changed at that moment my life my family and it will never be the same.


After we found out the news of what had happened. I was disgusted on how someone could do these heinous acts without care for anyone around them or the innocent child they were committing them with. our life disappeared and we had to figure out how to survive.  I had to find new place to live and start moving forward and with half the family involved that was extremely difficult. It was hard to comprehend how my life and my family could be torn apart by one selfish individual trying to live out his fantasies, however that's what was happening to me and will continually torment my family for a lifetime.

The next chapter was interesting we as a family had to figure out our new reality.  Constant calls from detectives, district attorneys, and family. everyone with a different narrative and us trying to piece together who is on your side and who is trying to help the selfish people who commit these acts. .Its torture you have to live with the thought and the images of what this person has done to your child over and over . It's a wound that never gets a chance to heal no matter how hard you try. You finally get to a point where you can block it out, avoid the questions and try to move on. You think the individual has been convicted that its finally over.

It may be a month it may be a year but then the calls start again.  It's the FBI, It's the da, Its and advocate, It's a detective. Etc. The ptsd starts to set in with every call thinking it's the worst, but you must deal with it to fight for your child. You must go though with it no matter the pain the stress or the heartache.  There comes a time when you realize it will never be over no mater how bad you want it to be. There will always be the calls because there will always be some selfish individual watching the videos someone looking at the pictures. It destroys you from the inside knowing that these things are out there of your child and that there is nothing that you can do about it.

You can choose not to be notified and I chose that to try to reduce the constant opening of the wound. It helps some. but the thought never leaves your head, and it will still hit you at random times. You try to shake it off and move on, but you know it will be back.  It will never go away the impact is lasting in my family and in my child.

Its not just a picture its not just a video. It's a father that has been crushed. it's a child that will have to deal with this till the day he passes. it's a family that has been shattered to pieces that will never be put back together. Because of a selfish individual and the people who posses and share the videos for their own desires.

USA_002268

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: | 19-cr-377-VAP Sweet White Sugar (Pia) | Request Date: | 11/16/2022 |

VICTIM IMPACT STATEMENT

BY PIA'S MOTHER

"SWEET SUGAR" VICTIM

Regarding my daughter:

How has this crime affected my child's general well being? A crime of this magnitude has had an enormous emotional effect on my child. My child's life has been changed forever.  She is very aware of the images and videos that were produced and distributed online. She is aware of the seriousness and vastness of this crime. This crime creates a crippling insecurity in her and makes her worried and extremely upset. The fear consumes her daily. Talking about this crime (the distribution of her abuse images) causes her to feel sick almost to the point of vomiting. When her siblings start to talk about anything related to this crime, she will ask us, her family, to stop talking about it and will go on to say how she feels ill. She will shut down and not want to talk about it. At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized  by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see.  She is afraid, as am I,  that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing. My child, the victim, understands that I, her parent, will do whatever is necessary to keep her safe and be her voice in the ongoing criminal proceedings. I do not know how to help her come to terms with what she continues to experience. I worry that it may never be possible for her to "recover" from the ongoing abuse. I fear that she may not be able to grow beyond it because she is forever that little girl, caught in those images that are repeatedly viewed by the defendant and his ilk.

What physical injuries or symptoms has my child suffered as a result of this crime? My child has prolonged major trauma that will mess with her mind for the rest of her life. She is concerned for her appearance, and, at times, has asked to alter her features to change her appearance. Around the time when our family was notified of the crime of the circulation of her images, she wanted her hair style to cover her

USA_002269

Case Name:     U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:          11/01/2022

Docket#:        19-cr-377-VAP
Sweet White Sugar (Pia)

Request Date:             11/16/2022

eyes. She was so little and scared, that it was a possibility that other predators might notice her from pictures and videos that surfaced online so she tried to hide herself! At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized  by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see.  She is afraid, as am I,  that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing.

How has this crime affected the way my child relates to his or her friends, either at school or in my neighborhood? Has the crime affected my child's school work in any way? I'd like to give you an example of how this crime has affected her in relation to social situations at home and school. At home, she is often afraid to go outside and play unless one of her family members is watching and keeping an eye on her. Mostly she has resorted to staying inside where she feels safe. She used to be such a carefree, outgoing little girl, not afraid of anything. The circulation of her abuse images has fueled a type of ingrown fear causing her to be withdrawn, often causing her to not want to engage in public events. Most recently, there was talk about a school project that the teacher had requested the students converse with an adult (a Community Political Party Leader) online, for the sole purpose of asking questions related to politics. My child was in no way comfortable communicating online with an adult, especially a stranger. She is afraid of the internet, and what she knows is out there.

My joy of parenting has been paralyzed. When I became a mom, never did I once think that my child would become a victim of sexual exploitation. Abused and molested over and over again through online child pornography. Sexual predators watching my little girl being coerced into performing degrading acts of cruel and violent abuse. My child's body being violated incessantly. She is my baby. Her well-being and my job to protect her is my concern. How is she protected from individuals such as this person? Individuals that willingly upload, possess and share videos of her? My older children are appalled to learn that these videos are in circulation. One of my children said to me, "But Mom, they can be removed forever, right?" How do I reply to a question like that? This particular individual somehow gained possession of the videos we speak of. How can I insure they will be removed forever?

USA_002270

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: | 19-cr-377-VAP | Request Date: | 11/16/2022 |
| Sweet White Sugar (Pia) | | | |

I worry about my daughter's safety and wonder if she is recognized by other pedophiles when we are out in public. My trust in other people is forever tarnished. Neither I nor my child know: who has seen her images? What do people assume or believe about her, based upon what has been circulated on the internet? She does not want to be defined by her abuse, but she cannot escape it either. When we go to a public place, like a mall, a theater, a sporting event, I wonder: who here has seen my child's abuse? Like my child, I am suspicious of everyone, and I no longer believe in the goodness of other people. I fear that strangers may come after my child, seeking to perpetuate or re-enact the abuse they've witnessed, perhaps even trying to kidnap her. My child and I are defensive and fearful in ways that other children don't have to be—because their privacy isn't invaded on a regular basis by strangers, like the defendant.

Do you have any idea how this has affected us? Counseling is ongoing, but it can only help us cope with the reality—it cannot un-do the harm. Financially we have struggled greatly. My mental and emotional health has been affected due to the crime and has impacted my ability to work full time. Emotionally we have all had to manage depression brought on by the knowledge of the ongoing crimes.

As the parent, I try to be strong, but feel very weak. I am overcome with grief; I feel dead. I myself have been diagnosed with Post-Traumatic Stress Disorder. I have had to delicately handle my older children's emotional turmoil that they have experienced due to their knowledge of these crimes.

I look at my beautiful little girl and am heartbroken. I wish I could put a stop to this crime. Today I am her advocate. I am her voice. She is the victim of a horrible crime, that no one ever, especially a child, should ever have to go through. When she becomes an adult she will be retold the stone cold truth, about what is fully online and how she has been silently abused all these years. I know she will be livid but beyond that, what other life-long health issues will she encounter? It pains me to even imagine.

This defendant has damaged, demeaned and de-valued my child. He or she may tell the court they are sorry, but there is no actual accountability to my daughter for the ways that the defendant has harmed her .

To the defendant:

You make me angry. I stand here broken-hearted for my child. As the parent, I am devastated. How will this crime affect her future? My own mind can't even comprehend why an individual would seek to possess, distribute and watch images of my child being abused. I want to protect her and keep her safe. My well being is at stake. Insecurity runs rampant through all of us. It is a daily struggle to maintain strength. The uncertainty of who is watching or viewing my exploited child is killing me!

Your actions more than disgust me! How can you prey on helpless, innocent little kids? How could you deceive everyone? It's because of people like you that our trust

USA_002271

Case Name:    U.S. v. STEFANI KASEY          Conviction Date:      11/01/2022
MARIE STEVENS

Docket#:      19-cr-377-VAP                   Request Date:         11/16/2022
Sweet White Sugar (Pia)

in others has been compromised. My kids attend school. Are they safe to do so? How many other people like you are there out there?

I want to keep my child in a bubble to ensure that she is safe from people like you. Unfortunately, her abuse is on the internet. How can I reassure her that those images and videos are no longer being circulated online?

Her little body is supposed to be her most valuable possession, and not intended to be available for unlimited exposure. She becomes powerless through your actions. I want to know how many times you indulged in watching my child be abused. How many other people did you share the abuse with? I want to make it clear to you that my child is not a sexual object or your toy! This child is my pride and joy. I love her more than anything in the world. Being a mom is all I have ever dreamed of. What I didn't ever dream of is her life being crushed by this horrendous crime.

I have prepared this statement to speak on her behalf. I am determined to be her advocate. I strive to be the best Mom that I can be. I sacrifice my needs for the sake of my child's needs. Unfortunately, it's apparent that you and people like you selfishly pursue your own self-interest with no regard for the harm inflicted upon my child. You make me sick. Have you any remorse? Because my child has to live the rest of her life knowing that she was and is still being looked at and watched by people like you.

No court order can restore what you have taken from her—and what she is exposed to by the continuing circulation of her images to others, with no regard for her, as a child, as a person. I want you to understand the damage you have done to my daughter. I want you to understand the tremendous costs she bears and I bear for the damage you have done by invading my daughter's privacy and circulating her images.

I swear and affirm that the above statement is true and accurate.

Dated this _27_ day of March, 2019.

USA_002272

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Sweet White Sugar (Pia)

Request Date:   11/16/2022

ADDENDUM TO VICTIM IMPACT STATEMENT

I'm in disbelief that I am actually having to explain the on-going suffering of my daughter(s) in point form. Each criminal found guilty of contributing to the exploitation of my girls should be handed a sentence that includes restitution for them. The restitution is justice for my daughters.

I have four children that each have different needs at different times. In the last few months I've been trying to keep Pia's head above the water. This little girl is in a downward spiral. She is at an age that she wants larger answers and yet it is not in her best interest for her own health and wellness to be exposed to the gross details of her abuse. It would be even more detrimental to her development. It pains me to have to explain myself and the situation she is having to deal with. I myself have to remove my protective layer and feel completely violated and vulnerable (just like my girls must feel each and every time they need to be evaluated) just to prove that my children deserve restitution.

I've been dealing with a little girl who talks daily about not wanting to exist anymore. A little girl whose pain is so great and who feels so hopeless and angry that she talks openly about wanting to kill herself. She has become more depressed and anxious as she is maturing and growing, and as she understands to a greater depth the ongoing crimes committed against her. She will not socialize with peers outside of school. School attendance is irregular and I am working with the school counsellor. My daughter had a breakdown at school just last week when she was speaking to her school counsellor. She is easily overwhelmed by her emotions. Her counsellor was very worried and concerned about her talk about suicide. Pia will be seeing a new counsellor, soon. It's not a problem that will ever be solved but it is the only option out there to teach her how to manage the continuous pain experienced from the existing ongoing abuse she must endure.

DATED THIS ☾☉ DAY OF JUNE, 2019.

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: | 19-cr-377-VAP Tara | Request Date: | 11/16/2022 |

**Series Disclaimer: Tara**
Current as of October 13, 2021

As of October 2021, the victim's mother has provided an updated restitution request as part of her daughter's statements. The current amount of unpaid restitution is highlighted in yellow on the attached documents.

EOUSA is in communication with the victim's mother concerning the updated request for restitution. Should the attached documents not be sufficient as supporting documentation, please contact EOUSA and keep in mind that pursuant to 18 U.S.C. 3664(d)(5), you may wish to ask the Court to delay ruling on the restitution request for 90 days to allow time for additional materials to be gathered.

All additional guidance concerning the restitution request for this victim can be found on the Child Exploitation Intranet at https://dojnet.doj.gov/criminal/ceos/restitution/Tara-Restitution-Guidance.pdf.

USA_002274

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
|---|---|---|---|
| Docket#: | 19-cr-377-VAP | Request Date: | 11/16/2022 |
| Tara | | | |

# VICTIM IMPACT STATEMENT
## "Tara" Series

9/20/20

As the victim of this horrific crime that continues to follow me, I would like to submit a statement.  I have tried over the years to overcome my past and not let it determine my future, but perpetrators and stalkers still find a way to view this filth.  As a child, I had no control over these acts nor the videos that were produced.  As I have aged, I'm appalled at the number of people who find this on the internet still.

From the time that this came into the public eye, I have been unable to live in my family home not only due to the fact that these original crimes were perpetrated in that home, but also to the fact that harassment by people who began to watch my house and post our comings and goings in chat rooms.  Someone immediately broke our windows.  People continued to harass me and my family by turning on the water, tampering with the mailbox, throwing nails in our yard.  The last straw was someone sending sexually explicit items to me (an under 12-year-old minor at the time) to our house address.  I was forced to vacate this house since law enforcements were unable to track the perpetrators, so my young life was topsy turvy trying to find temporary housing.  I was forced to live with different people for my protection, so the instability has caused me to live in constant fear for my safety.

I went through weekly counseling for several years and had night terrors for months after the original perpetrator was convicted of all his crimes, but he had shared this with more individuals who shared this.  Since this time, I have been unable to be a normal child growing into a normal teen who could come and go and just enjoy being young.  I was unable to have social media like the normal kid, because these sick individuals would find me and send me very threatening messages against my welfare.  My mom was forced to constantly follow me places – school events, sports, field trips, etc.  Even as I have grown older, there are consistent concerns for my welfare, and extreme measures are in constant force to keep me safe.  I received threats in message boards along with people telling me that I was worthless and should kill myself. So, in effect, I, as a victim, was being bullied over a crime that robbed me of my childhood.  It makes me extremely angry at the individuals who view and distribute this because they are fueling this sick obsession.

Even in the past 3 years as most recent as 2019, I have been stalked online and off.  I even had a young person I knew send me some of those terrible photos during the past 3 years.  In recent months, I had a stranger contact one of my friends to get in touch with me.  Even though he came across to my friend as curious, I have no doubt it was a predator looking for me.  I most recently have been in counseling due to constant anxiety and stress over the situation.  This counselor has suggested that I remain in counseling for many years due to this constant anxiety.  Because of this continuous stalking and fear, I have begun to have severe panic attacks during the summer of 2020.  My physician said that these can be caused by a build-up of years of fear for my life.

Every time someone views this trash, he is once again making me re-live the most horrific part of my childhood.  I can never truly heal because the perpetrators and stalkers never allow me to do so.  Anyone viewing these videos/pictures is just as guilty for causing me or any other exploited child undue harm, unneeded stress and insecurity in a time when we need to feel safe and have a chance to heal/recover.  As a young adult, I now realize the extent of people looking at these and I'm concerned about their locations fearing that they will find me.  These people need to be punished for taking away a major part of my childhood and sense of security.

I offer these reasons the defendant should not be allowed around children for a long time.

Sincerely,


"Tara"

USA_002275

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
|---|---|---|---|
| Docket#: Tara | 19-cr-377-VAP | Request Date: | 11/16/2022 |

**"Tara" - claims to restitution**

| | Billings | $ | 9,190.78 | Counseling Sessions/mileage ███ Ctr 2008-2010 |
|---|---|---|---|---|
| | | $ | 8,666.00 | 2008-2021 insurance prem |
| | | $ | 216.00 | **2019 counseling expenses** |
| | | $ | 26,400.00 | future counseling -recommended (see attached letter) |
| | | $ | 3,447.03 | Medical expenses 2020-2021 due to panic attacks |
| | | $ | 5,484.00 | tracker phone for protection |
| | | $ | 3,639.84 | expenses for PO Box to avoid harassment |
| | | $ | 217,000.00 | loss of housing for victim due to stalkers/harrassers 2012 - see impact statement/attachment |
| | | **$ 274,043.65** | | **subtotal before reimbursement** |
| | | $ | (6,872.38) | reimbursed by insurance |
| | | $ | (115,500.00) | reimbursed by outside source (non-insurance) |

**$ 151,671.27  unreimbursed expenses**

USA_002276

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Tara

Request Date:   11/16/2022

1:33 PM
31/06/10
Accrual Basis

**Treatment Center,**
**Invoices for H**
All Transactions

| Date | Name | Amount |
|------|------|--------|
| 4/29/2009 | H: | AB:... | 106.06 |
| 6/3/2009 | HL... | AB:... | 106.00 |
| 6/10/2009 | Hu | AB:... | 106.00 |
| 6/17/2009 | Hu | AB:... | 106.00 |
| 7/1/2009 | H: | AB:... | 106.00 |
| 7/22/2009 | H: | AB:... | 106.00 |
| 7/29/2009 | H: | AB:... | 106.00 |
| 8/5/2009 | H: | AB:... | 106.00 |
| 8/12/2009 | Hu | AB:... | 106.00 |
| 8/19/2009 | H: | AB:... | 106.00 |
| 9/2/2009 | H: | AB:... | 106.00 |
| 9/9/2009 | H: | AB:... | 106.00 |
| 9/30/2009 | H | AB:... | 106.00 |
| 10/14/2009 | H:... | AB:... | 106.00 |
| 10/21/2009 | H: | AB:... | 106.00 |
| 10/28/2009 | H: | AB:... | 106.00 |
| 11/11/2009 | H: | AB:... | 106.00 |
| 11/18/2009 | Hu | AB:... | 106.00 |
| 11/25/2009 | H: | AB:... | 106.00 |
| 12/2/2009 | H: | AB:... | 106.00 |
| 12/16/2009 | H: | AB:... | 106.00 |
| 12/30/2009 | H: | AB:... | 106.00 |
| **Total** | | | **2,332.06** |

F

USA_002277

Case Name:  U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:  11/01/2022

Docket#:  19-cr-377-VAP  Tara

Request Date:  11/16/2022



USA_002278

Case Name: U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date: 11/01/2022

Docket#: 19-cr-377-VAP
Tara

Request Date: 11/16/2022

**TARA INS CLAIM**
Claim Information ...

| Patient/Me | Date of Service | Type | lim # | Status | My Portion |
|---|---|---|---|---|---|
| H | 9/29/2021 | Prescription | 8290 | Processed | $1.73 |
| H | 9/29/2021 | Prescription | 8290 | Processed | $1.73 |
| H | 8/28/2021 | Prescription | 3290 | Processed | $1.73 |
| H | 8/2/2021 | Prescription | 8190 | Processed | $1.73 |
| H | 6/28/2021 | Prescription | 2190 | Processed | $1.73 |
| H | 5/21/2021 | Prescription | 5090 | Processed | $2.12 |
| H | 4/26/2021 | Prescription | 1090 | Processed | $2.12 |
| H | 3/30/2021 | Prescription | 6980 | Processed | $3.00 |
| H | 2/1/2021 | Prescription | 6880 | Processed | $3.00 |
| H | 1/20/2021 | Prescription | 4880 | Processed | $3.43 |
| H | 1/20/2021 | Prescription | 4880 | Processed | $3.49 |
| H | 1/8/2021 | Medical | 7400 | Processed | $84.28 |

$110.09  **2021**

USA_002279

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP

Request Date:   11/16/2022

Tara

**TARA INS CLAIM**
Claim Information ...

| Patient/Me | Date of Service | Type | aim # | Status | My Portion |
|---|---|---|---|---|---|
| H | 12/31/2020 | Prescription | 11880 | Processed | $3.00 |
| H | 12/3/2020 | Prescription | 56780 | Processed | $3.00 |
| H | 11/2/2020 | Prescription | 21780 | Processed | $3.00 |
| H | 11/2/2020 | Prescription | 21780 | Processed | $3.00 |
| H | 11/2/2020 | Prescription | 21780 | Processed | $1.40 |
| H | 10/4/2020 | Prescription | 26680 | Processed | $3.00 |
| H | 9/22/2020 | Prescription | 14680 | Processed | $1.45 |
| H | 9/21/2020 | Prescription | 04680 | Processed | $1.45 |
| H | 9/9/2020 | Prescription | 31680 | Processed | $3.00 |
| H | 8/24/2020 | Prescription | 19580 | Processed | $1.45 |
| H | 8/21/2020 | Medical | 88900 | Processed | $120.26 |
| H | 8/21/2020 | Prescription | 58580 | Processed | $3.00 |
| H | 7/31/2020 | Prescription | 05580 | Processed | $1.01 |
| H | 7/30/2020 | Medical | 14100 | Processed | $143.13 |
| H | 7/30/2020 | Medical | 34400 | Processed | $1,206.21 |
| H | 7/24/2020 | Medical | 15100 | Processed | $120.26 |
| H | 7/24/2020 | Prescription | 33580 | Processed | $3.00 |
| H | 7/20/2020 | Medical | 19400 | Processed | $18.00 |
| H | 7/20/2020 | Medical | 54200 | Processed | $13.77 |
| H | 7/19/2020 | Medical | 31700 | Processed | $1,480.87 |
| H | 7/18/2020 | Medical | 03400 | Processed | $252.12 |
| H | 7/18/2020 | Medical | 59700 | Processed | $0.00 |
| H | 7/18/2020 | Medical | 22400 | Processed | $18.00 |
| H | 7/18/2020 | Medical | 16300 | Processed | $13.77 |
| H | 7/18/2020 | Prescription | 72580 | Processed | $3.11 |
| H | 7/10/2020 | Medical | 86900 | Processed | $109.49 |

**$3,529.75**     **2020**

USA_002280

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Tara | 19-cr-377-VAP | Request Date: | 11/16/2022 |

SHERIFF'S ENTRY OF SERVICE

SC-81-2

AT CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. CV12M0308

Superior Court ☐
State Court ☐
Juvenile Court ☐

Magistrate Court XX
Probate Court ☐

Date Filed 2-24-12

_____ COUNTY

Attorney's Address

Hall

CitiMortgage, Inc.

_____ Plaintiff

VS.

Hi

Name and Address of Party to be Served.

Any Other Occupant

H

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
X I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 24 day of February , 20 12 .

March 2, 2012
Last date to answer

#85

_____ DEPUTY

SHERIFF DOCKET_____ PAGE _____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DH

USA_002281

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Tara | 19-cr-377-VAP | Request Date: | 11/16/2022 |

Amy ▆▆▆▆ Psy.D.
Licensed Psychologist

▆▆▆▆▆▆▆▆▆▆▆▆▆▆

August 31, 2019

Dear Sir or Madam:

Ms. ▆▆▆ H ▆▆▆ was my client from 2008 until 2010. At age 10, she was brought into treatment to address symptoms related to enduring several years of severe sexual abuse by a family member. I evaluated Ms. H ▆▆▆ on August 30th, 2019 and she continues to experience symptoms of anxiety, suspiciousness, excessive worry, and insomnia.

As a result of her symptoms, ▆▆▆▆ struggles with social interaction, and with completing assignments. She is often withdrawn from others and activities, and feel overwhelmed by tasks. As such, Ms. H ▆▆▆ indicates that she feels limited in her functioning.

Because Ms H ▆▆▆ is a ▆▆▆ this year, in addition to classes, working, and volunteering, she has the additional pressure of applying to ▆▆▆▆ programs. As a mental health professional, I am aware of the significant benefits that emotional support animals provide for individuals with similar struggles. As such, I am recommending that Ms. ▆▆▆ be allowed on campus. It is my belief that her animal will provide comfort, and assist Ms. H ▆▆▆ in best achieving her goals at ▆▆▆▆

I have also recommended that Ms. H ▆▆▆ pursue regular, ongoing treatment with ▆ ▆▆▆ mental health professionals.

Thank you in advance for your time and consideration. Please don't hesitate to contact me with any questions or concerns.

Best regards,

*[signature]*

Amy ▆▆▆▆
Licensed Psychologist
License▆▆▆▆▆▆

USA_002282

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Tara | 19-cr-377-VAP | Request Date: | 11/16/2022 |



USA_002283

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
|---|---|---|---|
| Docket#: | 19-cr-377-VAP | Request Date: | 11/16/2022 |
| Vicky (Lily) | | | |

### Series Disclaimer: Vicky
Current as of September 26, 2017

This victim has provided more than one victim impact statement; the 3 most current (dated December 2011, January 2013, and September 2013) are available on VISA.  Additionally there are statements attached here from the husband of the victim (dated November 2016) as well as the mother and step-father of the victim (both dated October 2010).  The victim has indicated that she wishes all of these statements be used by prosecutors instead of, and not in addition to, any other previously provided statements.   The other statements prepared by the victim and her parents can be provided upon request.

Please note that since the victim has reached the age of majority, only she has the right to be heard by the court pursuant to 18 U.S.C. § 3771(a)(4). However, the victim has requested that the statements of her husband and parents be provided to the court along with hers, to be heard in the court's discretion.  *See United States v. Matthew*, 449 Fed. Appx. 542 (8th Cir. 2011); 18 U.S.C. § 3661.

The attorney of record has indicated that she has a video of Vicky reading her victim impact statement and it can be made available upon request. If you feel the video would be more helpful in your case, please contact the attorney directly.

For questions regarding restitution and/or the video statement, please contact:

Carol Hepburn
200 First Ave., Suite 550
Seattle, WA 98119
Office Number: 206-957-7272
Office Fax: 206-957-7273
Cell Number: 206-498-8668

USA_002284

Case Name:     U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:     11/01/2022

Docket#:     19-cr-377-VAP

Request Date:     11/16/2022

Vicky (Lily)

## UPDATED VICTIM IMPACT STATEMENT FROM "VICKY" SERIES VICTIM—September 23, 2013

Dear Judge

I am writing to let you know that I am still having emotional and psychological problems due to knowing that the images of me being abused as a child are circulated freely on the internet. I am attending counseling or don't need it any more.  That is very far from the truth. I have been in counseling  over the last several years and am continuing on.  Many of my same problems remain but I have made good progress in dealing with the disassociation problems that I have had in the past.

I have recently gotten married and with this change to a new stage in my life I have found that I have a new set of emotional challenges.  I also have a step daughter who is just two years old.  I see myself in her in so many ways and this triggers many concerns I have about keeping her safe given the amount of people who are downloading images of me.  Because of this I know that the world is not a safe place for children.  Knowing that there are so many out there who have taken pleasure in my pain has also interfered with my intimacy with my husband.  The images which were intermittently flashing in my waking thoughts and in my nightmares are now more frequent as my marital relationship brings up things which trigger these symptoms for me.  I know now that my life will always be an emotional roller coaster because of the "public" nature of my own private hell.  Even though I know this and can see it coming, it is very hard to bear. Counseling is a rock for me and helps me hang on to what stability that I can.

I am still focused on my schooling so that I can become a counselor and psychologist myself one day and help other children who have been abused.  I have to take it more slowly than other students do as I still find that I cannot attend open classes in the usual manner.  I have not found a job that I can do and feel safe,  I have not been able to work because of the panic attacks that I get when working in public or the intrusive questions that always seem to come from co-workers in my small town.  So the restitution which I received is very important to allow me to pay for the extra schooling and to take the place of the income I would have received had I been able to work and support myself in this process.

USA_002285

All of the statements in the impact statements I have given before are still true for me. As I go on with my life the effects of these crimes still hurt me and I want the court and every one involved in the child pornography cases to understand this and how serious it is.

Thank you for reading my statement and considering me and the effects of this crime on me.

I, _____, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencings in cases in which involve my images.

SUBSCRIBED AND SWORN TO BEFORE ME    this
___30___ day of ___September___, 2013

STATE OF _____   :
                      : ss:
COUNTY OF _____  :

I certify that I know or have satisfactory evidence that _____ signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 30th day of September, 2013.

_____

Type/printed name
Notary Public in and for the State of
My commission expires:___11-6-13___

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Vicky (Lily) | 19-cr-377-VAP | Request Date: | 11/16/2022 |

### Supplement to Victim Impact Statement of Vicky Series Victim

### January 31, 2013

I am making this supplement to my prior Victim Impact Statement to make clear that each additional time that another person downloads and sees the computer images that are now known as the "Vicky series" it does me immeasurable additional harm. I am hurt every time I hear about another criminal case that involves my images. With each criminal case that I hear about I know that many more copies of my images are spread around the internet; I know that there is a lesser and lesser chance that the horror I feel about people seeing me in this way will ever end.

It seems the cases will never stop coming. With each one I have more to talk to my therapist about. I don't know if I will ever not need a therapist. I have hopes that some day there will be no more new cases and I can then see an end to the therapy that is my lifeline now. But so far, that does not seem to be possible.

Despite feeling hurt each time I learn about another case with my images, I feel strongly that I have a right to know about every case. My attorney keeps me up to date on there being notices coming in with new and on-going cases. Even though we don't talk about the details of each case, I do know that additional notices about new cases are coming in. Each one means an additional hurt to me. This hurt is over and above the general "aching" in my heart that is always there. It tells me that someone else was enjoying my pain. It may be hard for someone else to understand, but I feel that by knowing about the cases, even though it hurts, it helps me better protect myself in some small way. My knowledge that this defendant was among those who have downloaded, looked at, and enjoyed the pictures of me at my most vulnerable has caused me more and real psychological and emotional hurt and harm.

I declare that this statement is true and correct under penalty of perjury under the laws of _____ . Signed at

_____1/31/13_____ .

Case Name:    U.S. v. STEFANI KASEY         Conviction Date:      11/01/2022
MARIE STEVENS

Docket#:      19-cr-377-VAP                  Request Date:         11/16/2022
Vicky (Lily)

**UPDATED VICTIM IMPACT STATEMENT FROM**
**"VICKY" SERIES VICTIM—December 2011**

I live everyday with the horrible knowledge that many people
somewhere are watching the most terrifying moments of my life and
taking grotesque pleasure in them.  I am a victim of the worst kind of
exploitation: child porn.  Unlike other forms of exploitation, this one is
never ending.  Everyday, people are trading and sharing videos of me
as a little girl being raped in the most sadistic ways.  They don't know
me, but they have seen every part of me.  They are being entertained
by my shame and pain.

My world came crashing down the day I learned that pictures of me
being sexually abused had been circulated on the internet.  Since
then, little has changed except my understanding that the distribution
of these pictures grows bigger and bigger by the day and there is
nothing I can do about it.  The enormity of this has added to my grief
and pain, and given me a paranoia.  I wonder if the people I know
have seen these images.  I wonder if the men I pass in the grocery
store have seen them. I feel totally out of control.  They are trading
around my trauma like treats at a party and it feels like I am being
raped all over again by every one of them.  It sickens me to the core,
terrifies me and makes me want to cry.  So many nights I have cried
myself to sleep thinking of a stranger somewhere staring at their
computer with images of a naked me on the screen.  I have
nightmares about it often.  I can never feel safe so long as my images
are out there; every time they are downloaded I am exploited again,
my privacy is breached, and I feel in danger again.  I fear that any of
them may try to find me and do something to me.

I have a right to know who has my pictures and who is trading them.
While it hurts to know, not knowing makes me feel more in danger.
To be criticized for wanting to know what is going on with the
humiliating pictures of me, to exercise the few rights I have under the
law, only makes the hurt that much worse.  How can such people not
understand, or care?

I am justified in my paranoia.  Some of these perverts have contacted
me. I have received emails suggesting making porn with these

Page 1 of 4

USA_002288

Case Name:     U.S. v. STEFANI KASEY
MARIE STEVENS

Docket#:      19-cr-377-VAP
Vicky (Lily)

Conviction Date:     11/01/2022

Request Date:     11/16/2022

strangers; one has stalked me.  Another created a slideshow of me on YouTube.

As I go on with my life the effects of these crimes still hurt me and I hope the court and every one involved will understand this and how serious it is.  While the abuse from my biological father was awful, as time goes on that is farther and farther away from me.  He is in jail and can never hurt me.  That is over.  The men that download my pictures are all around me for all I know and it will keep going on forever.  I have no control over it at all.  This is frightening, beyond belief.

I still have nightmares that come from knowing that pictures of me are spread around the internet by people with perverted interests in my pain.  I have panic attacks and flashbacks.  I can't sleep a lot of nights--no matter how early I go to bed or how early I wake up in the morning. Even if I've barely slept for days and I'm exhausted, sleep doesn't come easy. I take afternoon naps just to function, but something about the night time puts my mind on alert and after all these years and going to different counselors, I still haven't learned the trick to let my mind rest. When I do sleep, my dreams are vivid and I remember them for weeks. A common theme is finding myself naked in front of a crowd of people or in an enclosed space and I can't escape or run away fast enough.

Most days I can put away the thoughts of the previous night and function okay, but some days I get "stuck" and zone out. When this happens, I sit in the same spot motionless for a long time. My mind will come back at some point later in the day, maybe 30 minutes later or maybe 6 hours later. I can't remember what I did during that time but I look around my apartment for clues. This happens a few days out of the month, more frequently if I'm under a lot of stress.

I've left my home in this "zoned-out" state of mind a few times. Friends and family who've seen me in this state describe me as "loopy" and tell me that they can talk me out of it by pointing out my odd behavior and talking me through some deep breaths. They've told me my personality changes when this happens. I can't remember things I've said in that state, and when they repeat them back to me it's really surprising.

Page 2 of 4

USA_002289

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:      11/01/2022

Docket#:      19-cr-377-VAP
Vicky (Lily)

Request Date:      11/16/2022

I have struggled off and on with this, which I now know is called dissociating.  This last year I felt under such stress, I started zoning out (or disassociating) a few times a week and having the personality issues so bad that my friends were really concerned about me. They kept telling me I wasn't acting normal, especially at night.  I had missed a lot of the first two weeks of school so I had the added stress of trying to catch up. I felt like I couldn't control it. I never knew when I was going to zone out and I kept missing classes and appointments. It seems crazy, but it took me a long time to recognize what was going on and to get myself to start working on my coping skills again.

School has been a struggle.  I have had to quit two different times; I cannot attend a regular college away from home due to my paranoia. Over the last year I have been disassociating and missing classes. This puts me behind and hurts my grades.  I'm doing my best to salvage my grade and do all the extra credit I can to compensate. My struggles with sleep due to the fear of unknown people watching my images and coming after me compounds all the other problems.  It frustrates me because I hate the feeling of being out of control, yet these effects can get triggered when I least expect it.

My paranoia about pornography and panic attacks have so far made a serious relationship beyond my capabilities.  The paranoia of knowing people are viewing videos of me messes with my mind and adds a back burner type of stress to my life constantly that is brought to the front of my mind by unexpected situations and still throws me for a loop, the episodes of disassociation and personality change, and stress management. Many of my PTSD symptoms have gotten better.  One thing that has gotten worse is that the stress affects my health and makes me sick. I sometimes stress out to the point of not being able to keep food down for days.  It also seems to wear down my immune system because I seem to be getting sick more often. In my efforts to counteract this I try to work on doing regular exercise, eating healthy, and taking vitamins every day.

I want you to know that dealing with the effects of the stress of random men looking at pictures of my sex abuse as a child is like a full time job that wears me down and colors every aspect of my life. Please think of me and what I am going through.

Page 3 of 4

USA_002290

| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
|---|---|---|---|
| Docket#: Vicky (Lily) | 19-cr-377-VAP | Request Date: | 11/16/2022 |

I, _____, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencings in cases in which involve my images.

SUBSCRIBED AND SWORN TO BEFORE ME _____ this _____ day of _Murch_____, 2012.



CAROL L. HEPBURN
Notary Public in and for the State of
Residing at _____ .
My commission expires 11-6-13.

Page 4 of 4

USA_002291

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Vicky (Lily)

Request Date:   11/16/2022

**LETTER TO DEFENDANT FROM VICKY'S HUSBAND**

In my home every day is riddled with challenges: each with its own challenges that plague the mind and sear a broken heart towards callous obscurity.  We chase the ghosts of the past and battle the phantoms that fight to keep that darkness circulating.  Unfortunately, time can't heal all things, this is especially true as we face the persecution of a wound opened again and again for the pleasure of strangers.  You have more impact than you know.  It is our desire not only that justice be served, but that true change would be enacted through the enlightenment of this unfortunate situation.

I assure you that child pornography is not a victimless crime.  These are not the recorded tales of mutual love, but of the violation of a child's trust and the savage destruction of their childhood; resulting in a fractured and unforgiving adulthood.  There are many affects of child pornography, some more extreme than others. My wife suffers from dissociative personality disorder, which means her memory shuts off to protect her from triggers to perceived trauma.  Many of these triggers (some as simple as a word) have been discovered; but as you might guess, there are still new scenarios encountered all the time.  We are still unable to celebrate her birthday because of events that were beyond her control and their effects still linger today. Our family must guard our personalities very closely when using social media or other internet accounts.  We have been plagued by stalker after stalker calling themselves "fans" and being oblivious to the damage they are causing a survivor of one of the most traumatic evens a human can experience.

My aim is not to hurt you with these words; I pray that you were unaware of the damage you have caused.  My greatest hope is that we can meet with the realization that child pornography must stop.  There are too many little girls with broken hearts, walking around feeling empty because someone wanted what was not theirs and then took it by force and coercion.

You are a participant in that crime. You became part of the problem.

I am asking you now to help us make amends for your sins and the sins of many.  Please speak out against this act, impact the world around you for good, and turn away from what I can only describe as a great evil in our midst.  This evil creeps into the lives of otherwise good men, and begins to corrupt the heart.

I am imperfect and so how could I expect you to be? You have already been forgiven, and I want nothing more than your full restoration without the mar of your past habits and appetites.  Unfortunately, that means consequences; those that challenge you and place you in new scenarios in life.  I believe that God has a plan for you, He has not cast you aside or condemned you outright.  Please consider the ways that you can turn your perspective around, experience true repentance, and walk freely as a man redeemed.

USA_002292

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: | 19-cr-377-VAP Vicky (Lily) | Request Date: | 11/16/2022 |

I don't wish you pain, I don't wish you sorrow, I only ask for your assistance in putting the light back in so many broken little girls' eyes.  Help put an end to child pornography, you have more impact than you know.

Sincerely,

Vicky's Husband

DECLARATION OF COUNSEL

This Letter to Defendant was received by me November 17, 2016 from the person I know to be the husband of the Vicky series victim.  It has not been edited or altered by me and is presented to the Court in this form to preserve the anonymity of the Vicky series victim and her family.

_____
Carol L. Hepburn

STATE OF _____      :
                                 : ss:
COUNTY OF _____               :

I certify that I know or have satisfactory evidence that
_Carol L. Hepburn_ signed this instrument, on oath, and acknowledged it as his/her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this _18th_ day of _November_, 2016.

Notary Public
State of Washington
MICHELLE D SPARKS
My Appointment Expires May 16, 2019

_Michelle D Sparks_____
Type/printed name _Michelle D. Sparks_
Notary Public in and for the State of _____
My commission expires: _5/16/19_ _____
Residing at: _____

USA_002293

Case Name:   U.S. v. STEFANI KASEY          Conviction Date:      11/01/2022
MARIE STEVENS

Docket#:      19-cr-377-VAP                Request Date:         11/16/2022
Vicky (Lily)

Victim's Impact Statement – Mother of Victim Vicky Series          October 1, 2010

Your Honor and ladies and gentlemen of the court:

My daughter was raped and sexually abused in so many horrible ways, as a child, by her biological father.  He also videotaped her abuse, as he ravaged, raped, and pillaged her 10 year old body.  This sick man shared these repulsive pictures and videos of her on the internet for perverts like himself, to see.  The sexual abuse she suffered at the hands of her father, without a doubt, started her agonizing pain, but this is certainly not where her pain ends, or mine.  Yes, the memories and trauma of her abuse still haunt her, and our family, but, now, there is a new abuser.  The new abusers are the sick individuals who down load her pictures, and enjoy watching her being sexually assaulted as a child.  This sickens me!  Every time these pictures of my daughter are looked at and passed around, the depraved people doing this are furthering my daughter's pain, shame and abuse.  They pass it around like some dirty magazine, when in fact it's the footage of an abused, helpless child.  There are days when the pain from this is unbearable for me.  These vile people increase her pain, and mine.  These are certainly not the hopes and dreams I had for my little girl; this life of pain and shame.  It is so terribly sad and painful, to watch her struggle with this.  These awful people are raping my little girl all over again, by cruelly enjoying her pain and deriving some sick sexual pleasure out of it.  The knowledge of this sends me into mourning; mourning the loss of my child's dignity and well being, and mourning the fact that she suffers such deep pain.  I have watched her suffer so much already and it kills me.  I have to watch her suffer still, at the hands of people wanting to view the nightmare of her abuse, as her innocence was being robbed.  She was a child and helpless, and made to do disgusting things she did not want to do.  Approval from her biological father came only when she carried out his every dirty command.  He posed her, insisted she say certain things, and made her force a smile as he was brutalizing her.  When I think of my daughter being groomed and posed and make to feel so dirty in these perverted, and depraved pictures, and videos, it hurts me to the core.  I wonder how there can be people that could actually enjoy watching my little girl getting raped, and sexually abused.  I wish they knew how much it hurts, and how much they are worsening our pain.  Knowing that these disturbing videos of her and her abuser are being viewed, and are continuing to foster this corrupt sexual behavior, bring a lot of pain, stress and shame to her.  At the cost of here dignity, modesty, and innocence, people viewing those images of her, are furthering the terrible addiction of child pornography for themselves and others they pass it on to.  Those images are not who my daughter is, or ever wanted to be, but because she was robbed of her innocence, forced to do ugly things, and it was videotaped, she is continually being viewed as someone she is not.  She is in fact the opposite.  These offenders are still victimizing and torturing her, bringing pain and shame every time they look at those images of her.  As her mother, I share in this heartbreaking pain and the sadness this brings to me is unending.  These viewers need to understand that there is a helpless little girl on the other side of these videos, whose innocence and childhood were shattered and viewing these things make them a part of the abuse, and unimaginable pain my daughter, and our family have to face all the time.  Making viewing, and downloading child pornography is wrong and a crime.  I hope everyone can know that child pornography is not a victimless crime by the statement I've shared with you about my daughter, and our family's constant pain and struggle.

Page 1 of **3**

USA_002294

Case Name:    U.S. v. STEFANI KASEY MARIE STEVENS                 Conviction Date:    11/01/2022

Docket#:    19-cr-377-VAP                                          Request Date:    11/16/2022
Vicky (Lily)

Victim's Impact Statement – Mother of Victim Vicky Series                 October 1, 2010

**Update 10/01/2010**

Now as a young adult, my daughter's life is still very hard and she still struggles so much, due to her sexual abuse and it being constantly viewed.  I also struggle.  It is so devastating to know your child's life has been brutalized, and to make matters worse, it has been released to the public for any deviant, at the press of a button, to view and continue this sickening process of enjoying my daughter's pain.

Although, she is making progress and growing stronger, this still has a major grip on her life, as it also does on mine.  She has never had a boyfriend, due to trust issues and fear of relationships.  She does very well in college and is trying to open herself up more to her friends, and fellow students.  This is going to be a continuing process.  She feels like she is marked with a scarlet letter because of her victimization and rape, marking her with shame.  The pornographic images of her are out there continually being viewed, and will continue to be forever.

If I could quote my daughter in something she often says in describing how she feels about these people downloading her images....If you can imagine having a bad picture of yourself taken, one that you're really embarrassed about ....now picture yourself naked, being raped and abused and hurt at the age of nine or ten....your pictures of abuse at the hands of someone else are now being viewed for anyone to see at the touch of a button on a computer.....these viewers are even interacting with your images of abuse.  That is how she feels everyday......wondering who is going to see her next.

As I write this impact statement I find myself drained because of the emotional strain and pain that comes from reliving this horrible ongoing crime that terribly affects me and my family.  It's a huge sorrow every day of my life, and my daughter's life, knowing her images of abuse are being traded, viewed, and inter acted with, by sick people using her nine year old body as a sexual thrill. To know these perverted people want to partake in, and are excited about the horror of your child's little body being raped over and over again makes me sick!  These viewers know she is a child. They can very clearly see that.  It makes no difference to them.  They're the reason my daughter and our family have to keep reliving this horror of her abuse because they keep it going.  They keep viewing it and passing it on to others.  She didn't have a choice....they do!!  Their choice is traumatizing my daughter and exploiting the broken pieces of her life.  These viewers made the choice to descend to the lowest degree and rape her with their eyes , and with their minds,  as she was being robbed of her innocence at 9 years old. I feel robbed every time I get notified of another case involving my daughter's images.  I feel like some part of her is being taken and used and abused every time I hear of another perpetrator.  Can you imagine how hard it is for her to regain her self esteem, dignity, and well being?  It confuses me that some people in powerful positions can believe this is a victimless crime.....not only is our daughter a victim, but our family is also.

As her mother, the sadness of what has happened to her and what is still happening to her is unending.  They say time is a healer of all wounds, but I have yet to feel this pain sub side.

Child pornography is a crime and those viewing it are committing a crime that always hurt the child or children who are involved.  It is destructive in every way to the viewer as well. This crime needs to have severe consequences because of the devastating pain, fear, and shame it causes children.  This pain

USA_002295

Case Name:   U.S. v. STEFANI KASEY
MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Vicky (Lily)

Request Date:   11/16/2022

Victim's Impact Statement – Mother of Victim Vicky Series                 October 1, 2010

does not end for the child or their families, but continues on for the rest of their lives.  I wish I could take away my daughter's pain and give her back what has been stolen from her.  I cannot, but I am asking for accountability from the individuals who have hurt her and are continuing to hurt her.  For my daughter and countless others who are victims of such a terrible and painful crime; please grant us justice today!

 Sincerely,



USA_002296

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP

Request Date:   11/16/2022

Vicky (Lily)

**VERIFICATION**

STATE OF ████████          )
                          ) ss.
COUNTY OF ████████         )

I, ████████, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencing proceedings in cases which involve the images of my daughter.



SUBSCRIBED AND SWORN TO before me this 16 day of October, 2010.

PRINTED/TYPED NAME: CAROL HEPBURN

NOTARY PUBLIC in and for the State of _____, residing at _____
My Commission Expires 11-6-13

USA_002297

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Vicky (Lily) | 19-cr-377-VAP | Request Date: | 11/16/2022 |

Victim's Impact Statement – Step-Father of Victim Vicky Series                    October 1, 2010

To whom it may concern,

My family has endured five years, to date, of a living hell because of the selfish, perverted actions of a very sick and evil individual.  My daughter lived with this pain and trauma for six years prior, unable to tell anyone because of the fear she had for her biological father.  We thought we were dealing with one "bad apple", but as time goes by we are finding that there are more and more of these sick individuals that are viewing, and sickly satisfying their awful desires.

We still have the haunting memories of the letters in the mail, and emails letting us know of all the individuals that are being prosecuted because they have our daughter's images, child pornographic images, on their computer.  We don't' receive the notices anymore, the pain and gut wrenching reminder of receiving enough notices to over flow a 55 gallon drum is more than my family can take.  It's also unfathomable to know there are so many perverts in this country and around the world.  It sickens me and hurts me to the core knowing that so many perverts are viewing my little daughter as she was made to dress up like a hooker, and is molested and raped time and time again.  I am heartbroken knowing that I couldn't protect my daughter.  The letters and emails brought that pain up again and again and I couldn't deal with that, knowing her innocence has been torn away and now how she is continually reminded that her pictures will be there forever!   This father's heart is broken.

My daughter carries her shame like a scarlet letter.  She knows that if a friend or acquaintance looks her up on the internet they are going to find the ugly, horrible, awful history that eats away at her self-esteem and paralyzes or inhibits her ability to function at school and as a normal young adult.  She knows that this is the challenge that she has to live with, but the horrible trauma continues to take its toll on her body and soul.  The constant reminder that her pictures are out there brings forward the guilt and shame, which cause nightmares and makes her want to isolate herself from others.  Each time she hears about these cases she looks so strong on the outside, but when you sit and talk with her you see the pain, you hear the struggles and feel the sadness, despair and the emotional drain that it causes.

My family is asking for Justice with each case that is brought forward with these perverted individuals.  We are hoping and praying that they can understand how wrong they are and how hurtful their actions are for each victim in the pictures and videos on their computers.  We want them to know that they have a choice to decide to view the images, or not, and because they have chosen to view these child pornographic images they are victimizing each child viewed… bring back the pain and suffering these children have already had to endure.  Our Justice System needs to protect these children from the preying eyes and hands of these perverts, because they can't fight back, or don't know how to.  Our Justice System needs to understand that there is a victim in each of these images, and each time a picture is downloaded these children are victimized again and again.  Please help these perverted individuals understand the significance of what they are doing and how each child is a victim because each child has done nothing wrong.

My daughter is the strongest person that I know and I am so proud of her.  It is extremely sad to see how this horrible situation continues to beat her down emotionally and physically.  She still has trouble sleeping due to nightmares of the horrible trauma she went through, and also of new people finding out

Page 1 of 2

USA_002298

| | | | |
|---|---|---|---|
| Case Name: | U.S. v. STEFANI KASEY MARIE STEVENS | Conviction Date: | 11/01/2022 |
| Docket#: Vicky (Lily) | 19-cr-377-VAP | Request Date: | 11/16/2022 |

Victim's Impact Statement – Step-Father of Victim Vicky Series                    October 1, 2010

who she is, or unknown people finding her and abusing her.  She also has severe stomach aches and headaches that incapacitate her, causing her to miss school and work.  I pray that she can heal from the trauma that her biological father did to her and from the constant reminders that each of these sick individuals bring with each download.  I also pray for the rest of my family.  The crimes against my daughter have had untold effects on our other children, my wife and myself.  This "living hell" that I first mentioned is a day-to-day ordeal that can raise its ugly head at the most in-opportune times.  Like my daughter, we are sometimes paralyzed by the trauma that comes from being the parents of a sexually abused child.  The sad fact is this doesn't end, because my daughter's images will be out on the internet forever, continually reminding her and us of how fragile we all are.  The internet is such a powerful tool, but child pornography, and how it perpetuates the re-victimization of children is an extreme consequence to our society as a whole, but specifically to our vulnerable children.

Our society views our children as precious little gifts that we should love and protect.  Some sick, perverted individuals use the internet as their evil play ground to share and use in their sick, fantasy world.  They choose to do this. They choose to push the buttons.  They make a decision to download and view.  Actions sometimes have consequences, and when actions like this happen the consequences should be powerful and lasting.  Give my daughter her justice, so that she may completely heal some day.

Respectfully,



USA_002299

Case Name:   U.S. v. STEFANI KASEY MARIE STEVENS

Conviction Date:   11/01/2022

Docket#:   19-cr-377-VAP
Vicky (Lily)

Request Date:   11/16/2022

p

**VERIFICATION**

STATE OF ▮▮▮▮▮▮          )
                         ) ss.
COUNTY OF ▮▮▮▮▮          )

I, ▮▮▮▮▮▮, being first duly sworn on oath hereby certify and affirm that the victim impact statement I have given is true and accurate to the best of my knowledge and belief. I submit the statement to the court for its use in sentencing proceedings in cases which involve the images of my step-daughter.

SUBSCRIBED AND SWORN TO before me this _16_ day of _October_ , 2010.

PRINTED/TYPED NAME: _CAROL Hepburn_

NOTARY PUBLIC in and for the State of _____, residing at ____
My Commission Expires _____ _11-6-13_ .

Victim Impact Statement for "Violet"

The following statement cannot begin to cover the totality of the impact the heinous act(s) against our daughter. She is given a "Life" sentence by the people who have downloaded her images of her sexual abuse. She will forever have the stigma and branding of someone's sexual object of pleasure. The lifelong impacts for our daughter are tragic and we are afraid for her future well-being.

For four long years, our daughter's sexual abuse was recorded on camera and subsequently distributed over the internet. Files were uploaded to secret hiding places where only other sexual abusers know about. The secret vault that caters to child pornography. Today's Information Age of Technology where most people benefit from such advances, has and will become even more so, a living hell for our daughter. As we all know, once something is posted over the World Wide Web, it cannot be taken back.

The despicable images and videos will forever be available to a person who seeks and finds pleasure in abusing children. Thousands upon thousands of people, all over the world have access to images of our little girl during her darkest days, to do so as they wish with those images. A person can download her image, create their own child pornography movie, share it with other monsters, or keep it for themselves to continuously exploit our daughter in their own private bedroom. Our daughter is a child whom does not deserve to be exploited day after day by everyone that has these images of her. She unjustly has a lifelong sentence of abuse and exploitation.

As our daughter grows up, and comes to realize to impacts of the sexual abuse and the methodology used in its perpetration, her adjustment into society with these torrid past experiences will be monumental. It will be an ongoing lifelong process for her. To reiterate, her sentence is for "LIFE." The awareness that her sexual abuse is memorialized via the internet and will forever be devastating. Although she is a child, it won't be long until she learns and realizes that thousands of people, all over

1

USA_002739

the world can view her sexual images as long as they wish. She has no control of the circulation of those horrid videos. This is our tragedy. Our daughter will always be a victim each time another monster "enjoys" her videos. Again, this is a horrible tragedy, and leaves us helpless because there is nothing we can do to stop the distribution of such images.

Our daughter is bright, inquisitive, and has a heart of gold. She dreams of being a school teacher, perhaps to help and educate kids who have experienced similar abuses as her. Our daughter has natural athletic abilities and is a fantastic soccer and basketball player. As her parents, we are committed to showing her what a typical loving family life is like; most definitely a life without ongoing sexual abuse.

Knowing that people all over the world can continue to exploit her is the deepest concern. We dread the day we must tell her the abuse was videotaped and distributed all over the internet. Once she fully comprehends how her suffered abuse has been spread around the internet for others to "enjoy," it will shatter her soul. I repeat, we are afraid for her physical and mental health. While out shopping or eating at a restaurant, we are constantly worried and afraid one of these online monsters would recognize her from videos. If she is recognized, what stops them from approaching her, or possibly intending to kidnap her? As her mother, this is my worst fear. As she grows older and matures, the images of her abuse remain stagnant in a creepers mind. Once she, herself realizes the impact of her abuse there is no telling how she would react.

One can only imagine she has the potential to feel violated all over again, she might feel ashamed or embarrassed; she may be constantly distracted, she may even feel the abuse was her fault. Adding to these feelings, knowing that she wouldn't be able to take down her online images, would be extremely painful and unnerving. She would feel helpless. As she becomes an adult and becomes more involved in society, how will her child abuse and continued exploitation affect her? At this time, we are

2

USA_002740

carefully and constantly monitoring her for adverse signs of abuse. She is being monitored by a counselor in hopes to become and remain successful in the healing process. There is no telling how much counseling she will need. The sexual abuse itself is one aspect to heal from, but the other more challenging aspect is the simple fact that her abuse is forever available online.

Any person(s) caught with sexual images of our daughter deserves the most severe punishment allowed by the courts. By having our daughters' sexual abuses online, monsters will continue to exploit her, leaving her with a tremendous amount of pain to deal with. Those individuals must be held accountable for their decisions our daughter has a "lifelong" sentence of victimization and will need help to recover from the trauma.

I swear and affirm under penalty of perjury that the above statement is true.

Date: 06/01/2020              Signature: _____

USA_002741

My name is "Sarah" and I am the subject of the "Marineland1" series.

I was tricked to "model" for a web cam and then sexually abused for the web cam starting when I was five and lasting until I was eleven. I was just a little girl and trusted this person when he said I was pretty and I should dance for the camera. Sometimes my abuser would wake me up in the middle of the night to take photos. The actions shown in the photos got progressively worse over the six year period, including various types of sexual penetration, and photos involving my pet. Part of this was performing in front of the web cam for a person I was told was a teen aged girl but who I found out later was a grown man. In addition to this, the photos were sent to "friends" of my abuser.

My original abuser is now in jail, but I have been left to grow up knowing that those images are still all over the internet. When I was originally notified that the images were out there, I was stunned beyond belief. I had pushed the abuse to the back of my mind. Now it is front and center and I know that the images are being constantly downloaded and used for perverted sexual pleasure. Now I cannot hide from it, I know that many more than just the people I am notified about are looking at the images. Every time someone looks at the images they are abusing me again for their pleasure! How many more are out there? When will I feel free from my abuse? It seems that this has been going on forever.

I have been unable to finish high school, get a GED, or find stable and ongoing gainful employment. I am scared to participate in the world. I have psychological problems that leave me in a static state of suspicion and often depressed. I live in a place with a lot of land around the house so I can feel "away" from everyone. I have outfitted my home in surveillance devices and I prefer not to go anywhere alone. I work hard to have a positive outlook and make changes in my life that will make things better in the future. But I still have nightmares and physical pain. At this point I am trying to participate in the world but don't know about being social like other people or finishing school or getting a long-term job. All the downloaders who followed me have forced me to pretty much withdraw from the world. Part of me feels powerless to do anything about it. I don't know of anything I can do to get the photos of me being abused off of the internet. It is like a constant cloud which hangs over me despite all of my efforts to find happiness. I have traveled down some different paths to find a release from the emotional pain. I still have not found this. Some might say I have been self-destructive. The one true pleasure I have in my world is my animals. They don't judge me; they only love me.

Since I have been unable to get a regular job I struggle financially, and I need to go to counseling which costs upwards of $100 every visit. I ask that the judge who sentences anyone who has had or traded my pictures require that downloader make restitution to make up for what I have lost. I have dreams of one day opening a day care business. I want to help children. I wish one day to have a job and feel safer being out in the world.

Thank you,

"Sarah" The Marineland1 series victim,

_____

Date 3|15|21

USA_002316

Victim Impact Statement for Lily 8-20-19

I live everyday with the horrible knowledge that many people somewhere are watching the most terrifying moments of my life, and taking grotesque pleasure in them. I am a victim of the worst kind of exploitation: child pornography.

Unlike other forms of exploitation, this one is never-ending. Everyday people are trading and sharing videos of me as a little girl being raped in the most sadistic ways. They don't know me, but they have seen every part of me. They are being entertained by my shame and pain.

The world came crashing down the day that I learned pictures of me being sexually abused had been circulated on the Internet. Since then, little has changed except my understanding that the distribution of these pictures grows bigger and bigger by the day. I have always been told that there is nothing I can do about it.

The enormity of this has added to my grief and pain, and given me paranoia. I wonder if the people I know have seen these images. I wonder if men I pass in the grocery store have seen them. I feel totally out of control. They are trading around my trauma like treats at a party, and it feels like I'm being raped all over again by every one of them.

It sickens me to the core and terrifies me. So many nights I have cried myself to sleep thinking of a stranger somewhere staring at their computer with images of a naked me on the screen. I have nightmares about it often. I can never feel safe as long as my images are out there. Every time they're downloaded I am exploited again, my privacy is breached and I feel in danger again. I fear that any of them may try to find me and do something to me.

I'm justified in my paranoia. Some of these perverts have contacted me. I have received emails suggesting making porn with these strangers. One has stalked me and others have created slideshows and videos of me on YouTube referencing my life as an adult, as recently as last year.

Every time I sit down to write about these experiences, I just stare at the screen and start to cry or feel my body become very distant from me, like an out of body experience. It is so hard to put words to unspeakable experiences and pain. I want to have a normal life and put this all behind me, but it just does not end. I have been so careful about my online presence. I feel that I have to be careful interacting with strangers and letting new people get to know me, as I am ever vigilant about this threat to my safety and privacy. As a divorced single mom, I have many fears about dating again and will always be questioning people's motivations for wanting to get close to me.

I also have a constant fear for my children's safety as pedophiles have continued to stalk me over social media and have hacked into my Facebook and Instagram to steal pictures of what I look like now to post on their own anonymous forums. They successfully discovered and posted on one of those forums a former address of ours, so we moved and I shut down my social media accounts. I fear what would happen if they did find out where we live or got a hold of pictures or

USA_002985

information about my children considering the efforts that some have gone to as they have continued to stalk me online.

While the abuse from my original abuser was awful, as time goes on, that is farther and farther away from me. He is in jail and can never hurt me, and that is over. The men that download my pictures are all around me for all I know, and this part of my abuse could keep going on forever. I have no control over it at all. This is frightening beyond belief. It impairs my ability to function socially, to have romantic relationships, to participate in social media, and it affects my daily functioning.

The paranoia of knowing that people are viewing these videos of me adds a type of backburner stress to my life that is constantly brought to the front of my mind again and again by unexpected situations, and it still throws me for a loop.

I still have nightmares that come from knowing that pictures of me are spread around on the Internet by people with perverted interests in my pain. Some nights I just can't sleep, no matter how early I go to bed, how early I wake up in the morning. Even if I have barely slept in days and I am exhausted, sleep doesn't come easy for me.

Most days I can put away the thoughts of the previous night and function okay, but some days I get stuck and zone out. When this happens, I can sit in the same spot motionless for a long time. My mind will come back, maybe 30 minutes later. This happens probably a few days out of the month and more frequently when I'm under a lot of stress.

I've struggled on and off with this, which I now know is called "Disassociating." A few years ago, I felt I was under such stress that I started zoning out or disassociating a few times a week and having personality issues so bad that my friends were really concerned about me. They kept telling me that I wasn't acting normal, especially at night. It seems crazy, but it took me a long time to recognize what was going on and get myself to start working on my coping skills again. Getting through college while working on my undergraduate degree was a struggle because of my PTSD, and I had to quit and take a break on two different occasions due to my paranoia and anxiety. I was worried that my fellow students may have seen the videos and because the dissociating made it difficult to attend class regularly.

When I decided to pursue my Master's degree, I wanted to do it online because it felt safer. I am currently doing the same while working on my Ph.D. Due to how the stress of this situation affects me, both my health and my ability to function, can be unpredictable, therefore, continuing my education in a way that is flexible and allows me to be in me safe space has been really important for me.

My health has suffered in all sorts of ways because of the stress and the lack of sleep. I have struggled with many different stress-related disorders over the years affecting various organs. Some of these have developed into chronic conditions that I have to stay on top of so that they do

not flare up frequently. I have also had many acute stress related health issues that have caused me to be hospitalized or treated in emergency departments. I get sick very easily and understand that my immune system has likely been compromised by the chronic stress related to the way these images affect my life. Furthermore, the frequent sleep deprivation is dangerous for me because I have seizure disorder, and the lack of sleep makes me more vulnerable to having seizures.

It's overwhelming all of these pieces that need healing and it's sure to be an ongoing process. Trying to overcome this has already caused me to seek out multiple counsellors who use various techniques as well as countless hours of my own research into whatever might help me. This kind of ongoing trauma is not an issue that most counsellors have been trained to take on.

I want you to know that dealing with the effects of the stress of random men looking at pictures of my sex abuse as a child is like a fulltime job, and it wears me down and colors every aspect of my life. We hear more and more now about child exploitation and child pornography. But when you hear about it, please try to remember that we are not talking about an object or an image; we are talking about little children, like I was, being abused. It's real and it becomes a life-long battle. While I have hope that things will get better and good people will continue to fight this issue and make positive changes, I know this is a struggle I will be fighting in different ways for likely the rest of my life.

Date: 8-27-19

"Lily"

STATE OF    Washington        :
                              : ss:
COUNTY OF        King          :

I certify that I know or have satisfactory evidence that "Lily", the Vicky series victim signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this 27 day of August, 2019.

Type/printed name: CAROL Hephur
Notary Public in and for the State of Washington
My commission expires: 11/6/21
Residing at: _____ Seattle

CAROL L HEPBURN
NOTARY PUBLIC
COMMISSION EXPIRES
11-06-21
STATE OF WASHINGTON

## ATTESTATION

I have represented this person as her attorney for over 10 years. I know that she is the identified victim of the Vicky series of child pornography images and videos.  I know that she has composed and signed this statement and offers it to the court as evidence of the effect upon her of violations of the laws against possession, distribution, and trafficking of child sex abuse images and videos.

Dated this ___ day of August, 2019.

_____
Carol L. Hepburn, WSBA No. 8732

STATE OF ___Washington___           :
                                                        : ss:
COUNTY OF _____King____           :

I certify that I know or have satisfactory evidence that _Carol L. Hepburn_ signed this instrument, on oath, and acknowledged it as her free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated this ___ day of _August,_ 2019.

_____
Type/printed name: _Michelle D. Sparks_
Notary Public in and for the State of Washington
My commission expires: _5|16|23_
Residing at: _Shoreline, WA_

USA_002988

**Exhibit A - ZooFamily1 Series – Restitution Request and Victim Impact Statement**

The victim in the ZooFamily1 series is represented by Attorney Sarah Dohoney Byrne, Moore & Van Allen PLLC. For questions regarding requested restitution please contact CSAM@mvalaw.com. If restitution is ordered for this victim, payments should be made payable to "Moore & Van Allen in trust for Ali of ZooFamily1" and sent to:

Moore & Van Allen PLLC
Attn: Sarah Byrne/049549.1
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202

**Victim Impact Statement**

I don't remember everything that happened to me.  But I do know I was molested by a lot of men for three years and that there are images of it on the internet.  I am scared of that because I look similar to when that happened so it would not be hard to put my face together with those images.

The ongoing harm of what happened to me impacts me every single day.  I cry multiple times a day and it's exhausting. I feel like everything in life in pointless.  I am just existing.

I have horrible insomnia and anxiety.  My mind goes blank a lot during the day.  I often sit and stare and I can't hear anything.  I am easily angered and certain sounds like voices, door slamming, wind blowing, and hairdryers, and certain smells really bother me.  I am overwhelmed with emotion, anger and sadness, every day.

I have a constant fear of disappointing people or thinking they are angry with me.  I will do anything and everything for validation from everyone in my life. I know this comes from what happened to me.  I feel like there are so many things wrong with me and I know it comes from this on-going nightmare.

I can't trust anyone because of all this.  I can't open up to people and I can never tell anyone anything.  I am afraid people will think I am crazy.  I don't feel close to anybody.  I don't think I'll be able to get married because of all this.  I don't like men.  I never want semen inside of me, so I guess that means I won't have children.

I am so angry that the images are out there and can't be taken down.  I feel like the images will always be out there.  I think I am too broken to be fixed.