# EXHIBIT H



# Santa Ana College
## School of Continuing Education
### Rancho Santiago Community College District

# Certificate of Participation

This is to certify that

**Stefani Stevens**

Has completed __48__ classes

## Attitude for Success
### Breaking Barriers

_Patricia Coyle_
Instructor

April 19, 2023
Date

_Lorena Chavez_
Associate Dean of Instruction
and Student Services

# Santa Ana College
## School of Continuing Education
### Rancho Santiago Community College District

# Certificate of Participation

This is to certify that

**Stefani Stevens**

Has completed __40__ classes

## Attitude for Success
### Breaking Barriers

_Patricia Coyle_
Instructor

December 21, 2022
Date

_Lorena Chavez_
Associate Dean of Instruction
and Student Services

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

*Stefani Stevens*

Has completed
The requirements for

## Attitude for Success ~ Adult Children

*Patricia Coyle*
Instructor

December 28, 2022
Date

*Lorena Chavez*
Associate Dean of Instruction
and Student Services



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Stefani Stevens*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

## Intro to Windows 10

*Alcaraz, S.*
Instructor

*October 14, 2021*
Date

# SANTA ANA COLLEGE
# SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

This is to certify that

*Stefani Stevens*

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

## MS Windows Overview

*Quiroz, L*
Instructor

*October 28, 2021*
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Stefani Stevens*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

## Intro to MS Word 2016

*Alcaraz, S.*
Instructor

*November 16, 2021*
Date

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Stefani Kasie Marie Stevens*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

# MS OFFICE/ADOBE APPS OVERVIEW

*Alcaraz, S.*
Instructor

*January 8, 2022*
Date

## SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Stefani Stevens*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

# Intro to MS Excel 2016

*Alcaraz, S.*
Instructor

*January 8, 2022*
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

This is to certify that

*Stefani Stevens*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**Introduction to MS PowerPoint**

*Alcaraz, Saul*
Instructor

*May 26, 2022*
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

This is to certify that

*Stefani K Marie Stevens*

*Has completed a course of instruction in*

**Computer Applications**

All Instruction Provided in English only.

**Intro to Web Page/HTML Theory**

*Alcaraz, Saul*
Instructor

*December 19, 2022*
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Achievement

This is to certify that

**Stefani Stevens**

*Has completed a course of instruction in*

## Computer Applications

All Instruction Provided in English only.

## Computer Basics Theory

_Alcaraz, Saul_  
Instructor

_February 16, 2023_  
Date

