| | |
|---|---|
| Name | Howard Shneider (Bar No. 309492) |
| Address | 321 East Second Street |
| City, State, Zip | Los Angeles, CA 90012 |
| Phone | (213) 894-1456 |
| Fax | (213) 894-01081 |
| E-Mail | Howard_Shneider@fd.org |

☒ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S),<br>v.<br>STEFANI KASEY MARIE STEVENS,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:19-cr-00377-VAP<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _Stefani Kasey Marie Stevens_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _05/11/2023_. Entered on the docket in this action on _05/15/2023_.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| 05/16/2023 | /s/ Howard Shneider |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).